9:35 Am

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Bid Protest*

FILED
AUG 6 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC. | ) | |
| 300 Beavercreek Road, | ) | |
| Oregon City, OR 97045 | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07-593 C |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff, Benchmade Knife Company, by and through its undersigned counsel, submits the following complaint for declaratory and injunctive relief:

## PARTIES

1. Plaintiff Benchmade Knife Company ("Benchmade") is an Oregon corporation with its principal place of business at 300 Beavercreek Road, Oregon City, OR 97045.

2. Defendant is the United States of America ("Government"), acting by and through the United States Department of Defense ("DOD"), Defense Logistics Agency ("DLA"), Defense Supply Center-Columbus ("DSCC").

## JURISDICTION AND FACTUAL BACKGROUND

3. Jurisdiction in this action is conferred on this Court by 28 U.S.C. §1491(b). This Court has the authority to issue a declaratory judgment pursuant to Rules of the United States Court of Federal Claims ("RCFC") 57 and preliminary and permanent injunctive relief pursuant to RCFC 65.

### The Solicitation

4. Defendant issued Solicitation SPM7LX-07-R-0001 (the "Solicitation"), for two types of knives to be used by the military: a fixed blade knife and an automatic (commonly known as a "switchblade") knife. Offers on an "all or none" basis were due on November 17, 2006. The Solicitation would result in two awards: contract line item number ("CLIN") 0001 for the automatic knife, and CLIN 0002 for the fixed blade knife. The awards would be indefinite delivery, indefinite quantity contracts for one base year and four one-year options. The Solicitation is attached hereto as Exhibit 1.

5. The Solicitation stated that the contracts would be awarded on a best value to the Government basis. All evaluation factors when combined were approximately equal to price. The following factors, ranked in descending order of importance, would be considered: price, past performance, proposed delivery, social economic support, DLA Mentoring Business Program, and Javits-Wagner-O'Day ("JWOD") Program.

6. The Government received four offers, three of which were from small businesses, including Benchmade. The fourth offer was from Gerber Legendary Blades ("Gerber"), which is not a small business.

7. The Solicitation was not designated by the Government as a small business set-aside.

8. Federal law and regulations require the Government to designate procurements for small business set-asides when certain criteria are satisfied. FAR 19.502-2(b) describes the conditions under which the Government must designate a procurement as a total small business set-aside. The process is typically referred to as "the Rule of Two." FAR 19.502-2(b) states in pertinent part:

> (b) The contracting officer shall set aside any acquisition over $100,000 for small business participation when there is a reasonable expectation that (1) offers will be obtained from at least two responsible small business concerns offering the products of different small business concerns (but see paragraph (c) of this subsection); and (2) award will be made at fair market prices.

9. A contracting officer must therefore do market research prior to issuing the solicitation to determine whether there is a "reasonable expectation" of receiving offers from at least two responsible small business concerns.

10. The Solicitation's description of the automatic knife the Government wanted to purchase referred expressly to a Benchmade automatic knife, Model 9100SBT. Vendors offering the Government that specific item would be providing the Government with an acceptable item.

11. The Solicitation, however, also allowed vendors to offer a different knife as long as it was an acceptable substitute. "Acceptability" would be determined in accordance with a clause in the solicitation, Defense Logistics Agency clause 52.217-9002 CONDITIONS FOR EVALUATION AND ACCEPTANCE OF OFFERORS FOR PART NUMBERED ITEMS . That clause reads in pertinent part:

> The product described in the acquisition identification description (AID) of this solicitation is that product which the Government has determined to be acceptable. All Offerors shall indicate below, or

> through an alternative means in an electronic quoting system, whether they are offering an "exact product," an "alternate product" (which includes a "previously reverse-engineered product"), a "superceding part number," or a "previously-approved product;" and shall furnish the data required for whichever is applicable. (To determine which type of product to indicate, Offerors must refer to the criteria in sub-paragraphs (b)-(e) of this provision, respectively.) Any product offered must be either a product cited in the AID; or be physically, mechanically, electrically, and functionally interchangeable with a product cited in the AID, including additional requirements referred to in the AID, if any.

12. Gerber did not offer the Government the Benchmade knife. Instead, Gerber submitted data to the Government to try to establish that its knife was "physically, mechanically, electrically, and functionally interchangeable" with the Benchmade automatic knife specifically requested by the Government.

13. The Government apparently concluded during the solicitation process that the Gerber knife was interchangeable with the Benchmade knife. However, during the course of the GAO protests filed by Benchmade as further described below, Benchmade discovered and alerted the Government to flaws in the Gerber knife which suggested to Benchmade that the winning Gerber knife was not "interchangeable" with the Benchmade knife. See Affidavit of Greg Mooney, President of Benchmade Knife Company, attached hereto as Exhibit 2.

14. The differences between the Benchmade and Gerber knife are significant:

a. The Benchmade and Gerber knives have different safety lock mechanisms. The Benchmade knife has a push button blade opening mechanism with a safety on the spine to ensure that there is not an accidental opening of the knife. When a soldier wants to make sure the blade of the Benchmade automatic knife stays open, he/she would simply have to push the button opening the blade. The Gerber knife had a push button with an on/off safety on the face

of the handle. To guarantee the blade of the Gerber model remains open in all situations, a soldier would have to push the button and then, assuming the soldier had enough time to do so in combat, take the extra step of locking the blade with the safety. This is due to the blade unlocking if it is hit on the spine. As tested in May, the knife fails if the blade is hit on the backside without the safety on. This happened with any upward thrusting motion.

b. The weight of Benchmade's knife is 3.9 ounces, as compared to Gerber's knife which is 7.0 ounces.

c. Benchmade's handle is a contoured aluminum handle that allows for ease of use in both the traditional and reverse grip. Gerber's handle is made of aluminum over steel liners and a steel spacer that adds weight and does not allow the user to effectively use the knife in the reverse grip.

d. Benchmade's blade is made of 154CM grade steel, which is not only hard but also durable. Gerber's blade is made of S30V grade steel, which is also hard but can be brittle. Tests show that S30V grade steel has a tendency to chip after hard use.

15. On information and belief, the only folding combat knifes that Plaintiff is aware of in the DLA system for the past six to eight years have been Benchmade automatic knives. More than 95% of the automatic knives Benchmade has shipped to DLA have had the safety on the spine of the knife. As soldiers who have trained with these knives go to use Gerber switch blade knife, they will find a heavier more cumbersome product that operates in a significantly different manner.

**The First Award**

16. The Government did not have discussions with the offerors prior to award. On December 21, 2006, DLA notified Benchmade by letter that Gerber won the contract award for the CLIN 0001 automatic knife.

17. The prices proposed by Benchmade and Gerber for the automatic knife were essentially equal: Benchmade's price was $12,207,813.95 and Gerber's price was $12,129,183.72. Therefore, Benchmade's price was higher by approximately $78,000 or 6/10ths of 1%.

18. Benchmade won the contract award for the CLIN 0002 fixed blade knife.

**Protests at the GAO**

19. After a debriefing by the Government, Benchmade filed a timely protest to the Government Accountability Office ("GAO") on January 9, 2007. GAO assigned the protest No. B-299366. Pending resolution of the protest, the Government stayed the performance of both the Gerber and the Benchmade contracts.

20. Benchmade's protest was successful. DLA took corrective action, continuing to stop work on both contracts and re-evaluating all offers under the Solicitation. Based on this agency action, GAO dismissed B-299366 as moot.

21. Gerber filed protest B-299366.2 at the GAO, protesting the Government's proposed corrective action, but later withdrew that protest.

22. After re-evaluating the offers, the DLA notified Benchmade that it had re-awarded CLIN 0001 to Gerber on April 5, 2007. The debriefing of Benchmade by the Government revealed, among other things, the unexplained appearance and reliance by the Government on

information about Gerber's past performance that had apparently had not been used in the Government's first award decision.

23. Benchmade filed a second protest to GAO (B-299366.3) challenging the Government's reliance on information about Gerber's past performance that the Government had not used in the first award, and the Government's subsequent award of the contract for CLIN 0001 to Gerber.

24. The agency report to GAO on B-299366.3 described how the Government compared the past performance scores of Benchmade and Gerber. Its comparison, however, appeared to be an "apples to oranges" comparison, because the Government's past performance analysis used on-time delivery percentages for Gerber's GSA deliveries and compared them to Benchmade's on-time delivery percentages for DLA deliveries. GSA and DLA, however, used different evaluation methodologies.

25. After this information on the Government's "apples to oranges" comparison came to Benchmade's attention for the first time from the agency report in B-299366.3, Benchmade then filed a supplemental protest, B-299366.4, to GAO that challenged the past performance comparison the Government had made.

26. That supplemental protest, B-299366.4, also challenged another aspect of the Government's award to Gerber – the Government's use of Government Standard Form ("SF") 26 to award the contract for CLIN 0001 to Gerber. The SF 26 is attached hereto as Exhibit 3.

34. The Government is currently in the process of testing the Gerber knife.

35. Immediately following the GAO's decision on July 16, 2007, the Government issued orders for the Gerber automatic knives under the Contract protested herein.

**COUNT I**

**(The Government Failed to Set the Procurement Aside For Small Businesses in Violation of Statute and Regulation)**

36. Paragraphs 1-35 are re-alleged and hereby incorporated into this Count I by reference.

37. The Government's decision not to set aside the solicitation for small businesses was arbitrary, capricious, and not in accordance with the law and regulations.

38. FAR 19.502-2(b) describes the conditions under which the Government must designate a procurement as a total small business set-aside. The process is typically referred to as "the Rule of Two." FAR 19.502-2(b) states in pertinent part:

> b) The contracting officer shall set aside any acquisition over $100,000 for small business participation when there is a reasonable expectation that (1) offers will be obtained from at least two responsible small business concerns offering the products of different small business concerns (but see paragraph (c) of this subsection); and (2) award will be made at fair market prices.

39. A contracting officer must therefore do market research prior to issuing the solicitation to determine whether there is a "reasonable expectation" of receiving offers from at least two responsible small business concerns.

40. Following the Government's decisions to award a contract to Gerber, Benchmade learned that several other small businesses had submitted offers on the protested contract.

41. In addition, during the course of the GAO protests, the Government explained to Benchmade why the procurement had not been set aside for small businesses. The Government argued that, because only one small business, Benchmade, was the manufacturer, the Government could not set the procurement aside for small businesses. See Letter from Gail L. Booth to Terry O'Connor, dated March 5, 2007, attached hereto as Exhibit 4.

42. The Government's failure to conduct an adequate market survey and its improper interpretation of the Rule of Two resulted in an unreasonable determination not to set aside the solicitation for small businesses and violated FAR 19.502-2(b).

**COUNT II**

**(DCSS's Conclusion that the Gerber Knife Was Acceptable Was in Violation of Law and Regulations.)**

43. Paragraphs 1-42 are re-alleged and hereby incorporated into this Count II by reference.

44. The Government's conclusion that the Gerber knife was an acceptable substitute for the Benchmade knife, i.e., that it is interchangeable with the Benchmade knife, is arbitrary, capricious, and not in accord with law and regulation.

45. The Gerber knife is not "physically, mechanically, electrically, and functionally interchangeable" with the Benchmade automatic knife.

46. When a soldier would want to make sure the blade of the Benchmade "switch-blade" knife stayed open, he/she would simply have to push the button opening the blade. But to keep the blade of the Gerber model open, a soldier would have to push the button and then, assuming the soldier had enough time to do so in combat, take the extra step of locking the blade with the safety. This is due to it opening/unlocking if the blade is hit on the spine. This can happen with

any upward stabbing motion.

47. The weight of Benchmade's knife is 3.9 ounces, as compared to Gerber's knife which is 7.0 ounces.

48. Benchmade's handle is a contoured aluminum handle that allows for ease of use in both the traditional and reverse grip. Gerber's handle is made of aluminum over steel liners and a steel spacer that adds weight and does not allow the user to effectively use the knife in the reverse grip.

49. Benchmade's blade is made of 154CM grade steel, which is not only hard but also durable. Gerber's blade is made of S30V grade steel, which is also hard but can be brittle. Tests show that S30V grade steel has a tendency to chip after hard use.

50. On information and belief, the only folding combat knifes that Plaintiff is aware of in the DLA system for the past six to eight years have been Benchmade automatic knives. More than 95% of the automatic knives Benchmade has shipped to DLA have had the safety on the spine of the knife. As soldiers who have trained with these knives go to use Gerber switch blade knife, they will find a heavier more cumbersome product that operates in a significantly different manner.

51. The Government's conclusion that the Gerber knife is interchangeable and therefore an acceptable substitute for the Benchmade knife is an unreasonable determination and was made in violation of DLA regulations.

## COUNT III

**(The Government's Award of the Contract to Gerber Using Government Form SF 26 Was Contrary to Regulations and Resulted in the Failure to Form a Valid Contract.)**

52. Paragraphs 1-51 are re-alleged and hereby incorporated into this Count III by reference.

53. The Government's award of the Gerber Contract using Government Form SF 26 and without obtaining Gerber's signature on the document is arbitrary, capricious, in violation of regulations, and did not result in a binding contract.

54. It is basic contract law that there must be an offer and acceptance before there can be a binding contract.

55. FAR 14.408-1 (d)(1) says that:

> Award is generally made by using the Award portion of Standard Form (SF) 33, Solicitation, Offer, and Award, or SF 1447, Solicitation/Contract (see 53.214). If an offer from a SF 33 leads to further changes, the resulting contract shall be prepared as a bilateral document on SF 26, Award/Contract.

56. When the Government awarded Gerber the contract, the Government used an SF 26.

57. Gerber's signature is not on the SF 26.

58. If the Government wanted to accept only half of Gerber's offer and wanted to use the SF 26, it should have obtained Gerber's signature or used the SF 33 Gerber submitted and in Block 19 "Accepted as to Items Numbered" inserted CLIN 0001. No additional Gerber signature would have been needed on that SF 33.

59. By using the wrong form and not getting Gerber's signature, the Government violated procurement regulations and basic contract principles.

## BASIS FOR DECLARATORY AND INJUNCTIVE RELIEF

60. Benchmade has standing because there is a substantial chance that it would have received the contract award for CLIN 0001, but for the errors in the procurement process, including the following:

a. Benchmade was second in line only to Gerber, the successful offeror, for the award of CLIN 0001 in the final agency ranking;

b. Benchmade is a small business and therefore was prejudiced by the Government's decision not to designate the Solicitation as a small business set-aside in accordance with applicable statutes and regulations and its decision to award the CLIN 0001 to Gerber, a large business;

c. Benchmade was prejudiced by the Government's unfounded conclusion that the Gerber knife is "interchangeable" with the Benchmade knife and acceptable under the Solicitation, because Benchmade's offer was for the automatic knives specifically requested by the Government, whereas the automatic knives submitted in Gerber's offer were not.

61. As a result of the Government's unlawful actions, Benchmade will suffer irreparable injury for which it has no adequate remedy. Benchmade cannot sue the Government for lost profits. This injury consists of lost opportunity to fairly compete for and perform work under the Solicitation as well as the substantial profit it would have earned if allowed to perform under the contract.

62. The relief requested by Benchmade will not injure the Government and will serve the public interest by ensuring that the procurement was conducted pursuant to statute and regulations.

## PRAYER FOR RELIEF

WHEREFORE, Benchmade Knife Company respectfully requests that this Court grant the following relief:

a. Declare that the solicitation should have been issued as a small business set-aside pursuant to FAR 19.502-2(b);

b. Declare that the solicitation should be canceled and be re-issued as a small business set-aside in accordance with FAR 19.502-2(b);

c. Declare that the Government lacked a rational basis for concluding that the Gerber knife was interchangeable with the Benchmade knife as required by Defense Logistics Agency clause 52.217-9002 CONDITIONS FOR EVALUATION AND ACCEPTANCE OF OFFERORS FOR PART NUMBERED ITEMS;

d. Declare that the Government's use of SF 26 to award Gerber the Contract was improper and that the Government did not validly accept Gerber's offer, thereby resulting in the Government's failure to enter into a valid contract with Gerber;

e. Preliminarily and permanently enjoin the Government from proceeding with performance of the Gerber contract;

f. Grant such other and further relief, including the award of attorneys fees, court costs and bid preparation costs as the court may deem just and proper.

Respectfully submitted,

Terrence M. O'Connor
Stephanie D. Wilson
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard, Suite 1201
Arlington, Virginia 22201
Telephone: (703) 562-3382
Facsimile: (703) 312-0415
*Counsel for Benchmade Knife Co., Inc.*

Dated: 8/6/07

**CERTIFICATE OF SERVICE**

I hereby certify that copies of Plaintiff Benchmade Knife Co, Inc.'s COMPLAINT were served on the 6th day of August 2007, via e-mail, at the parties' requests, on:

Kenneth Kessler, Esq.
United States Department of Justice
Commercial Litigation, Civil Division
8th Floor, 1100 L Street, NW
Washington, DC 20530

David T. Ralston, Jr.
Foley & Lardner, LLP
3000 K Street, N.W.
Suite 500
Washington, DC 20007
*Counsel for Awardee Gerber Legendary Blades*

and via facsimile on:

Brenda Williams
Contracting Officer
Department of Defense, Defense Logistics Agency,
Defense Supply Center-Columbus
Fax: (614) 693-1574

Terrence O'Connor

# INFORMATION TO OFFERORS OR QUOTERS
## SECTION A - COVER SHEET

*Form Approved*
*OMB No. 9000-0002*
*Expires Oct 31, 2004*

The public reporting burden for this collection of information is estimated to average 35 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (9000-0002), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person will be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE ADDRESS IN BLOCK 4 BELOW.

| 1. SOLICITATION NUMBER | 2. (X one) | 3. DATE/TIME RESPONSE DUE |
|---|---|---|
| SPM7LX-07-R-0001 | [ ] a. INVITATION FOR BID (IFB)<br>[X] b. REQUEST FOR PROPOSAL (RFP)<br>[ ] c. REQUEST FOR QUOTATION (RFQ) | 04 Dec 2006 / 1:00 PM (Eastern Standard Time |

**INSTRUCTIONS**

Note: The provision entitled "Required Central Contractor Registration" applies to most solicitations.

1. If you are not submitting a response, complete the information in Blocks 9 through 11 and return to the issuing office in Block 4 unless a different return address is indicated in Block 7.

2. Offerors or quoters must include full, accurate, and complete information in their responses as required by this solicitation (including attachments). "Fill-ins" are provided on Standard Form 18, Standard Form 33, and other solicitation documents. Examine the entire solicitation carefully. The penalty for making false statements is prescribed in 18 U.S.C. 1001.

3. Offerors or quoters must plainly mark their responses with the Solicitation Number and the date and local time for bid opening or receipt of proposals that is in the solicitation document.

4. Information regarding the timeliness of response is addressed in the provision of this solicitation entitled either "Late Submissions, Modifications, and Withdrawals of Bids" or Instructions to Offerors - Competitive Acquisition".

| 4. ISSUING OFFICE (Complete mailing address, including Zip Code) | 5. ITEMS TO BE PURCHASED (Brief description) |
|---|---|
| DEFENSE SUPPLY CENTER COLUMBUS<br>LAND SUPPLY CHAIN<br>PO BOX 3990<br>COLUMBUS OH 43218-3990 | Various |

6. PROCUREMENT INFORMATION (X and complete as applicable)

| | |
|---|---|
| X | a. THIS PROCUREMENT IS UNRESTRICTED |
| | b. THIS PROCUREMENT IS % SET-ASIDE FOR SMALL BUSINESS. THE APPLICABLE NAICS CODE IS: |
| | c. THIS PROCUREMENT IS % SET-ASIDE FOR HUB ZONE CONCERNS. THE APPLICABLE NAICS CODE IS: |
| | d. THIS PROCUREMENT IS RESTRICTED TO FIRMS ELIGIBLE UNDER SECTION 8(a) OF THE SMALL BUSINESS ACT. |

7. ADDITIONAL INFORMATION

8. POINT OF CONTACT FOR INFORMATION

| a. NAME (Last, First, Middle Initial) | | b. ADDRESS (Include Zip Code) |
|---|---|---|
| Karen Robertson, FLCLGCH | | DEFENSE SUPPLY CENTER COLUMBUS<br>LAND SUPPLY CHAIN<br>PO BOX 3990<br>COLUMBUS OH 43218-3990 |
| c. TELEPHONE NUMBER *(Include Area Code and Extension)*<br>(614) 692-7768 | d. E-MAIL ADDRESS<br>Karen.Robertson@dla.mil | |

9. REASONS FOR NO RESPONSE (X all that apply)

| | | | |
|---|---|---|---|
| | a. CANNOT COMPLY WITH SPECIFICATIONS | | d. DO NOT REGULARLY MANUFACTURE OR SELL THE TYPE OF ITEMS INVOLVED |
| | b. UNABLE TO IDENTIFY THE ITEM(S) | | e. OTHER (Specify) |
| | c. CANNOT MEET DELIVERY REQUIREMENT | | |

10. MAILING LIST INFORMATION (X one)

WE [ ] DO [ ] DO NOT DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE TYPE INVOLVED.

| 11a. COMPANY NAME | b. ADDRESS (Include Zip Code) |
|---|---|
| | |

c. ACTION OFFICER

| (1) Typed or Printed Name (Last, First, Middle Initial) | (2) Title | (3) Signature | (4) DATE SIGNED (yyyymmdd) |
|---|---|---|---|
| | | | |

DD FORM 1707, FEB 2002 — Previous edition is obsolete.

EXHIBIT 1

BKC Ex. 1 001

From:DSCC OFFICE OF COUNSEL 6146921888 01/23/2007 15:21 #080 P.012/047

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) → RATING | PAGE 1 OF 34 PAGES

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | SPM7LX-07-R-0001 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 02 Nov 2006 | |

7. ISSUED BY CODE SPM7LX

DEFENSE SUPPLY CENTER COLUMBUS
LAND SUPPLY CHAIN
PO BOX 3990
COLUMBUS OH 43218-3990

8. ADDRESS OFFER TO (If other than Item 7)

DEFENSE SUPPLY CENTER COLUMBUS
LAND SUPPLY CHAIN
ATTN: DSCC-PBA (Bldg. 20, Room A2N135)
PO BOX 3990
COLUMBUS OH 43218-3990
For courier service and facsimile numbers—See Block 9

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ___ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Lobby (3rd Box), Bldg 20, 3990 E. Broad St., Columbus, OH 43213 until 1:00 PM local time Dec 4, 2006
(Hour) (Date)

FAX Number(s): (614) 692-4278

CAUTION - LATE Submissions, Modifications, and Withdrawals: Section L, Provision No. 52.214-7 or 52.215-1.
All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: A. NAME Karen Robertson, PLCLGCH
B. PHONE / FAX (NO COLLECT CALLS) (614) 692-7768 / FAX: (614)693-1572
C. E-MAIL ADDRESS Karen.Robertson@dla.mil

11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 18 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 9 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | 22 |
| X | D | PACKAGING AND MARKING | 14 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 16 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 16 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 14 | X | M | EVALUATION FACTORS FOR AWARD | |

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8) | 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|---|
| | % | % | % | % |

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR CODE ____ FACILITY ____

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO. (Include area code)

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. ☐

17. SIGNATURE

18. OFFER DATE

15D. FAX NO.

15E. E-MAIL ADDRESS

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☒ 41 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) → ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or print)

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

NSN 7540-01-152-8064
PREVIOUS EDITION NOT USABLE

PerFORM (DLA)

STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA
FAR (48 CFR) 53.214(c)

BKC Ex. 1 002

From:DSCC OFFICE OF COUNSEL 6146921889 01/29/2007 15:21 #080 P.014/047

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SPM7LX-07-R-0001 | PAGE 2 OF 34 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

**PLEASE NOTE THAT SECTIONS B THROUGH M MAY NOT BE IN ALPHABETICAL ORDER. PLEASE READ SOLICITATION IN ITS ENTIRETY.**

## SECTION A
## GENERAL INFORMATION FOR OFFERORS

**NOTE: FAR References in block 9 will be changed to Provision A12A04 and FAR Reference in block 13 will be changed to clause A12A01, for this procurement.**

1. This long-term contract initiative is for the procurement of NSNs which have historically been provided by Benchmade (041N2) although that is no indication that any of these NSNs will ultimately be awarded to those contractors as a result of this solicitation. The scope of this project is for the purchase of drawing items, specified in Section B of the solicitation, where Benchmade (041N2) has supplied these items in the past directly to the Government. The project includes 2 NSNs managed by DSCC which are Ordnance and Accessories, n.e.c. Awards will be made on an "all or none" basis by National Stock Number (NSN). Therefore, there may be split awards to various awardees. This contract initiative is for an indefinite quantity contract with a base period of one year and four one-year options which will provide stock coverage for military customers in the United States including Alaska and Hawaii, and our possessions. The Government will place orders under this contract for DLA Stock Support only.

The method used to place orders under this contract will be:

Delivery Orders placed by DLA Inventory Control Points (ICP's). The DLA ICP's listed below will issue delivery orders with the awardee for the supplies cited in Section B. The orders may be issued using Electronic Data Interchange (EDI) or via Email (refer to clause H15D02). Manual orders may also be issued by the individual ICP's when deemed necessary. These orders will be for stock requirements only.

DSCC and its related organizations, DSCP and DSCR, are transitioning to a new suite of business software, called Business Systems Modernization (BSM). Once an NSN on a contract has transitioned to BSM, delivery orders issued for those NSNs will contain information which will be different from current practices. The differences are as follows:

Delivery order number:
The delivery order number will vary by one digit for orders issued in the BSM system. The third digit in the order number will be an "M". For example:

Non-BSM order: SP0750-06-D-XXXX-XXXX
BSM order: SPM750-06-D-XXXX-XXXX

DO/Modification Distribution:

Vendors will receive notice of the delivery orders and subsequent modifications for those delivery orders via e-mail notification and posting on the BSM DLA Internet Bid Board System. They must register in DLA DIBBS and provide a valid e-mail address to receive e-mail notices of modifications and awards. Upon receipt of an e-mail notice of award, delivery orders are to be retrieved from DLA DIBBS (https://www.dibbs.bsm.dla.mil). The DLA DIBBS website is separate from and unrelated to the DSCC DIBBS site. Additionally, BSM solicitations and awards are not posted on the Procurement Gateway. (NOTE: When vendors register, they will receive a logon account and password (required for quoting) and can register to receive e-mail notices of solicitations of interest as they are posted to the DLA DIBBS site.)

Pay office for BSM orders will be SL4701.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SPM7LX-07-R-0001 | PAGE 3 OF 34. |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Vendors need to ensure they use the correct information when invoicing or referencing a DLA award or delivery order. This means orders not issued from BSM are not affected by these changes (i.e., the correct order number, payment office, etc. is shown on the

actual delivery order whether it is issued from BSM or not). As additional NSNs transition into BSM system, more delivery orders will be issued in this manner.

The following ICP(s) are authorized to place delivery orders:

Defense Supply Center, Columbus, OH (DSCC),
S9C – Orders to begin with prefix " SP0750" (ex., SP0750-06-D-XXXX-0001)
PO Box 3990
3990 East Broad Street
Columbus, OH 43218-3990

The Defense Supply Center Columbus (DSCC) will administer the basic contract.

2. The proposals received in response to this solicitation will be evaluated under "Best Value" procedures as described in Section M.

3. This solicitation contains multiple items that have code and part number and/or associated drawings/specs. Each NSN may have unique characteristics associated with it, such as QPL, PVT, special quality codes, drawing distribution restrictions, etc. These requirements will be detailed in Section B (under "Product Item Description"). Applicable clauses will be included in the latter part of the solicitation and will cross-reference the information found in Section B Narrative.

4. QFD items are identified by an ICC of "1."

5. Partial Shipments are acceptable for Stock Purchases.

6. DPAS ratings are as follows.
   **DOAS: 1095-01-456-4457, and 1095-01-466-8569**



From:DSCC OFFICE OF COUNSEL 6146921889 01/23/2007 15:22 #080 P.016/047

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SPM7LX-07-R-0001 | PAGE 4 OF 34 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

**SECTION B – SCHEDULE OF SUPPLIES**

This solicitation is for the acquisition of items manufactured per stated part numbers or drawings.

1. Award will be made on an all or none basis per individual CLIN (NSN) for the supplies covered under this contract.

2. The supplies covered by this contract are listed on the enclosed spreadsheet and PID information listed on the DIBBS (DSCC Internet Bulletin Board System). The spreadsheet contains supplies managed by the Defense Supply Center, Columbus. Offerors may provide their prices/delivery on the hard copy Section B spreadsheet or a diskette. If the offeror needs more space to complete the necessary entries on the worksheet, offeror may use hard copy attachments. The hard copy offers or diskettes must be identified with the Company Name and CAGE Code and must be accompanied by the remainder of the required solicitation documents.

3. Spreadsheet Information / Instructions:

<u>CLIN(s)/NSN/ITEM NAME/UI</u>: Self-Explanatory

<u>CAGE/PART NUMBER</u> : Self – Explanatory

<u>CIC</u>: Critical Item Code (Yes/No – critical item)

<u>PIC</u>: Place of Inspection Code – "1 or C" requires origin inspection, and the offeror needs to fill in the place of inspection for both supplies/packaging (See Clause E46D01/E46D02). A "2" indicates inspection at destination (See Clause E46D05/E46D06). Note: There is a separate column entitled <u>"PLACE OF INSPECTION SUPPLIES/PACKAGING"</u> where the offeror can fill in the location. If locations are the same as offeror's address, offeror can indicate "SAME".

<u>QCC</u>: Quality Control Codes

1st Position - Contract Quality Requirement
C - Contractor Responsibility
FAR Clause 52.246-1, Contractor Inspection Requirements (DPACS E46A01) applies.

D - Standard Inspection
FAR Clause 52.246-2, Inspection of Supplies – Fixed Price (DPACS E46A02) applies.
E – Higher-Level Contract Quality - Tailored ISO 9000
FAR Clause 52.246-2, Inspection of Supplies – Fixed Price (DPACS E46A02) and the tailored version of FAR Clause 52.246-11, Higher-Level Contract Quality Requirements apply.

<u>2nd Position (Quality Subsystem Identification)</u>

A - No Quality Subsystem Requirements

<u>3rd Position (Quality Specific Requirements)</u>

A - No Specific requirements



From:DSCC OFFICE OF COUNSEL 6146921889 01/23/2007 15:23 #030 P.017/047

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SPM7LX-07-R-0001 | PAGE<br>5 OF 34 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

ADQ: Annual Demand Quantity

QFD: Estimated Quarterly Forecast Demand (multiply by 4 for average yearly demand).

GOVERNMENT'S REQUIRED DELIVERY: This is the delivery time (in days) that the Government requires. When proposing delivery, contractor will provide a QFD quantity for Government Required Delivery. See Section B Spreadsheet.

CONTRACTOR'S DELIVERY AND STOCK PRICE: Contractor will fill in offered price and stock delivery (in days) for each NSN proposed. The contractor should fill in the base year price, plus the out years (Option years 1-4). Unit prices shall be priced as FOB Destination to any location in the Continental United States. The unit prices shall include packaging, RFID, and bar code costs. Please note the Government's required delivery in the preceding column.

PLACE OF PERFORMANCE: This must be filled out per Provision A12A06 and annotated in the Section B Spreadsheet. If the offeror has indicated in the clause that there are not multiple locations, the offeror may simply indicate "SAME".

4. Product Item Description (PID) Information:

**The following statements apply to all NSNs:**

The Product Item Descriptions (PIDs) are available on the Internet at http://www.dscc.dla.mil/programs/corporate_contracts/cc.asp as of the issue date.

If AQLS are Listed in the Specification(s) or Drawing(s), they may be used to establish the authorized sample size, however, the acceptance number for this contract is Zero; i.e., this contract requires a sampling plan that accepts on Zero defects and rejects on one or more defects(s).

Class 1 Ozone Depleting Chemicals are not to be used nor incorporated in any items to be delivered under this contract. This prohibition supersedes all specification requirements but does not alleviate any product requirements. Substitute chemicals must be submitted for approval unless they are authorized by the specification requirements.

BKC Ex. 1 008

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 6 OF PAGES 34 |
|---|---|---|

SECTION B

PR:
NSN: 1095-01-456-4457

ITEM DESCRIPTION:
KNIFE, COMBAT.

NO DATA IS AVAILABLE. THE ALTERNATE OFFEROR IS REQUIRED TO PROVIDE A COMPLETE DATA PACKAGE INCLUDING DATA FOR THE APPROVED AND ALTERNATE PART FOR EVALUATION.

BENCHMADE KNIFE CO INC (041N2) P/N 9100SBT

CLIN PR RELI U/I QUANTITY

0001

NSN
1095014564457

DELIVER FOB: See Clause
QTY VARIANCE: PLUS See Clause MINUS See Clause
INSP/ACCEP POINT: See Clause

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
QUP = 001: PRES MTHD = 31: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = XX: CUSH/DUNN THKNESS = X:
UNIT CONT = D
INTRMDTE CONT = DO: INTRMDTE CONT QTY = AAA:
PACK CODE = Q: PACKING LEVEL = B:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 - 00 No special marking
PALLETIZATION SHALL BE IN ACCORDANCE WITH REV
DATED 0

For all shipments of packaged material to the government, which includes either Depot (DLA-Direct) or DVD (Customer-Direct) shipments, both DoD linear and two-dimensional (2D) bar code markings are required on Military Shipping Labels

CONTINUED ON NEXT PAGE



From:DSCC OFFICE OF COUNSEL 6146921888 01/23/2007 15:23 #030 P.019/047

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 7 OF PAGES 34 |
|---|---|---|

SECTION B

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| ITEM | PR | PRLI | QUANTITY | UNIT |
|---|---|---|---|---|
| 0002 | IQC06094007001 | 0002 | 1 | EA |

ITEM DESCRIPTION:
NSN 1095-01-456-8569

KNIFE, COMBAT.

| | | | |
|---|---|---|---|
| BENCHMADE KNIFE CO INC | (041N2) | P/N | 140SBT |
| MASTERS OF DEFENSE LLC | (1WXM6) | P/N | CQD MARK VI |

(DLAD 52.217-9002 is applicable)
TO BE COMPLETED BY ALL OFFERORS:

Offer based on:

Manufacturer's Name________________________________

Part Number________________________________

DELIVER FOB: See Clause
QTY VARIANCE: PLUS See Clause MINUS See Clause
INSP/ACCEP POINT: See Clause

PREP FOR DELIVERY:

PKGING DATA - MIL-STD-2073-1D, 15 DEC 1999
MIL-STD-2073 PACKAGING DATA SAME AS PRIOR LINE

CONTINUED ON NEXT PAGE

BKC Ex. 1 008

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 8 OF PAGES 34 |
|---|---|---|

SECTION B

in accordance with MIL-STD-129, Revision P, dated December 15, 2002 (but see DLAD 52.211-9010(D) for exceptions to the requirement for MSL and 2D symbols). See the DLA packaging web site identified in DLAD 52.211-9010(E) for change notices to MIL-STD-129P that apply. 2D bar coding shall be in accordance with ISO/IEC 15438, ISO/IEC 15434 (ANSI MH10.8.3) and DoD 4500.9-R. MSL linear (code 3 of 9 or code 39) bar coding shall be in accordance with ISO/IEC 16388. Shipping label stock quality shall meet MIL-PRF-61002. Bar code print quality shall meet ANSI MH10.8-2000 or ANSI X3.182-1990 (R2000) for applicable 2D and/or linear bar codes. All DVD shipments shall meet additional linear bar coding requirements in DLAD 52.211-9010(C). Except for the Transportation Control Number (TCN), which must always be present on the Military Shipping Label, when the contract/order omits any other data elements as defined in MIL-STD-129P and if the information is not available from the Administrative Contracting Office, then the field is not required as part of the Military Shipping Label and may be left blank. If there are inconsistencies between the schedule and MIL-STD-129P, the schedule takes precedence.

PARCEL POST/FREIGHT ADDRESS:

000000
AIRFORCE SERVICES AGENCY
10100 REUNION PLACE
10100 REUNION PLACE
SAN ANTONIO TX TX 78216-4138
US

NON-MILSTRIP
PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

BKC Ex. 1 009

From:DSCC OFFICE OF COUNSEL 6146921889 01/28/2007 15:24 #080 P.021/047

9834

SECTION B SPREADSHEET
SPM7LX-07-R-0001

| CLIN | NSN | Item Name | UI | ADQ | ICC | Gov't. Req'd. Delivery | Contractor Stock Delivery (in days) | CAGE | Code and P/N | Cage and P/N Offered | CIC | PIC | QCC | Place of Performance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | 1095-01-456-4457 | KNIFE, COMBAT | EA | 25,972 | 1 | 68 | | 041N2 | 9100SBT | | N | 2 | DAA | |
| | | | | | | | | | | | | | | |
| 0002 | 1095-01-466-8569 | KNIFE, COMBAT | EA | 8,300 | 1 | 84 | | 041N2 | 140SBT | | N | 2 | DAA | |
| | | | | | | | | | | | | | | |

The Total Evaluated Price will be in accordance with Provision M16D01

Please Note: Unless otherwise specified above, your proposal will be deemed to offer delivery in accordance with the required schedule.

Please Note: For delivery quantity purposes, it is expected that the Government will order a QFD quantity of supplies.

"For delivery timeframe purposes, the Government may require delivery of quantities up to 4 times the QFD per Clause I16A17.

10 of 34

SECTION B
Pricing Spreadsheet
SPM7LX-07-R-0001

| CLIN | NSN | QFD | Quantity Ranges FROM | Quantity Ranges TO | Stock Unit Price Base Period | Stock Unit Price Option Year 1 | Stock Unit Price Option Year 2 | Stock Unit Price Option Year 3 | Stock Unit Price Option Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 1095-01-456-4457 | 6493 | 325 | 3,246 | | | | | |
| | | | 3247 | 12,987 | | | | | |
| | | | 12988 | 16,233 | | | | | |
| | | | 16234 | 25,972 | | | | | |
| 0005 | 1095-01-466-8569 | 2075 | 104 | 1,037 | | | | | |
| | | | 1038 | 4,151 | | | | | |
| | | | 4152 | 5,188 | | | | | |
| | | | 5189 | 8,300 | | | | | |

Please note: Unless otherwise specified above, your proposal will be deemed to offer delivery in accordance with the required delivery schedule.



From:DSCC OFFICE OF COUNSEL 6146921888 01/23/2007 15:24 #030 P.029/047

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 11 | OF PAGES 24 |
|---|---|---|---|

A04D01 52.204-9C26 DSCC Part 52 - SOLICITATION PROVISIONS AND CONTRACT CLAUSES STATEMENT (JUN 2005)

Full text of all DLAD/DSCC clauses listed within this individual solicitation are contained in the DSCC Part 52 - Solicitation Provisions and Contract Clauses, current version found at http://www.dscc.dla.mil/library/provisions_clauses/dsccmaster/

Also, the full text of FAR/DFARS clauses incorporated by reference may be accessed electronically at http://www.dla.mil/j-3/j-336/icps.htm The clauses/provisions incorporated by reference have the same force and effect as if they were in full text; however, those having no bearing on the instant acquisition become self-deleting. In the event of an inconsistency between text found in DSCC Part 52 and the individual solicitation/award, the provision of the individual solicitation/award shall govern.

A04D02 52.204-2C07 PAYMENT BY ELECTRONIC FUNDS TRANSFER (EFT) - CENTRAL CONTRACTOR REGISTRATION (CCR) DSCC:

Unless otherwise stated in the remarks section of this contract/order, the payment information contained in the CCR has precedence over any other payment information that may be printed in the Remittance Address field of this contract/order.

A12A01 52.212-4 CONTRACT TERMS AND CONDITIONS -- COMMERCIAL ITEMS (SEP 2005) FAR

A12A03 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS -- COMMERCIAL ITEMS (AUG 2006) FAR

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
(1) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).
(2) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78)
(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
[Contracting Officer shall check as appropriate.]
(X) (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (JUL 1995), with Alternate I (OCT 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).
( ) (2) 52.219-3, Notice of Total HUBZone Set-Aside (JAN 1999) (15 U.S.C. 657a).
( ) (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JUL 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
( ) (4) [Reserved]
( ) (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).
( ) (ii) Alternate I (OCT 1995) of 52.219-6.
( ) (iii) Alternate II (MAR 2004) of 52.219-6
( ) (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUN 2003) (15 U.S.C. 644).
( ) (ii) Alternate I (OCT 1995) of 52.219-7.
( ) (iii) Alternate II (MAR 2004) of 52.219-7
(X) (7) 52.219-8, Utilization of Small Business Concerns (MAY 2004) (15 U.S.C. 637(d)(2) and (3)).
(X) (8) 52.219-9, Small Business Subcontracting Plan (JUL 2005) (15 U.S.C. 637(d)(4)).
( ) (i) Alternate I (OCT 2001) of 52.219-9.
(X) (ii) Alternate II (OCT 2001) of 52.219-9.
( ) (9) 52.219-14, Limitations on Subcontracting (DEC 1996) (15 U.S.C. 637(a)(14)).
( ) (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (SEP 2005) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).
( ) (ii) Alternate I (JUN 2003) of 52.219-23.
( ) (11) 52.219-25, Small Disadvantaged Business Participation Program - Disadvantaged Status and Reporting (OCT 1999) (Pub.L. 103-355, section 7102, and 10 U.S.C. 2323).
( ) (12) 52.219-26, Small Disadvantaged Business Participation Program - Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
( ) (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (MAY 2004).
( ) (14) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).
(X) (15) 52.222-19, Child Labor - Cooperation with Authorities and Remedies (JAN 2006) (E.O. 13126).
(X) (16) 52.222-21, Prohibition of Segregated Facilities (FEB 1999)
(X) (17) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).
(X) (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212)
(X) (19) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).
(X) (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).
(X) (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).
( ) (22)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA - Designated Products (AUG 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).
( ) (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).
( ) (23) Omitted
( ) (24) Omitted
( ) (25) Omitted
(X) (26) 52.225-13, Restriction on Certain Foreign Purchases (FEB 2006) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).
( ) (27) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (42 U.S.C. 5150).
( ) (28) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (42 U.S.C. 5150)
( ) (29) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
( ) (30) 52.232.30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
(X) (31) 52.232-33, Payment by Electronic Funds Transfer Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).
( ) (32) 52.232-34, Payment by Electronic Funds Transfer Other Than Central Contractor Registration (MAY 1999) (31 U.S.C. 3332).
( ) (33) 52.232-36, Payment by Third Party (MAY 1999) (31 U.S.C. 3332).
( ) (34) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).
( ) (35) (i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. 1241 and 10 U.S.C. 2631).
( ) (ii) Alternate I (APR 1984) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]

( ) (1) 52.222-41, Service Contract Act of 1965, as Amended (July 2005) (41 U.S.C. 351, et seq.).
( ) (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
( ) (3) 52.222-43, Fair Labor Standards Act and Service Contract Act -- Price Adjustment (Multiple Year and Option Contracts) (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
( ) (4) 52.222-44, Fair Labor Standards Act and Service Contract Act -- Price Adjustment (Feb 2002) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records -- Negotiation.
(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.
(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 12 | OF PAGES 34 |
|---|---|---|---|

final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (May 2004)(15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (Apr 2002)(E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001)(38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998)(29 U.S.C. 793).

(v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).

(vi) 52.222-41, Service Contract Act of 1965, as Amended (July 2005), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.)

(vii) 52.247-64, Preference for Privately-Owned U.S. Flag Commercial Vessels (Apr 2003)(46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

A12A04 52.212-1 INSTRUCTIONS TO OFFERORS -- COMMERCIAL ITEMS (JAN 2006) FAR

NAICS CODE: 332211
Small Business Size Standard: 500

A12A05 52.212-2 EVALUATION -- COMMERCIAL ITEMS (JAN 1999) FAR

(a) The following factors shall be used to evaluate offers:

SEE SECTION M ADDENDA TO FAR 52.215-5

Technical and past performance, when combined, are

A12A06 52.212-03 OFFEROR REPRESENTATIONS AND CERTIFICATIONS -- COMMERCIAL ITEMS (JUN 2005) FAR

***

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(3) Taxpayer Identification Number (TIN) (Vendor Fill-in).

( ) TIN: ______________________ (Vendor Fill-in)

( ) TIN has been applied for.
( ) TIN is not required because:
( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;
( ) Offeror is an agency or instrumentality of a foreign government;
( ) Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization (Vendor Fill-in).
( ) Sole proprietorship;
( ) Partnership;
( ) Corporate entity (not tax-exempt);
( ) Corporate entity (tax-exempt);
( ) Government entity (Federal, State, or local);
( ) Foreign government;
( ) International organization per 26 CFR 1.6049-4;
( ) Other ______________________ (Vendor Fill-in).

(5) Common Parent.
( ) Offeror is not owned or controlled by a common parent;
( ) Name and TIN of common parent;
Name: ______________________ (Vendor Fill-in)
TIN: ______________________ (Vendor Fill-in)

(c) Check all that apply. (Vendor Fill-in)

(1) Small business concern. The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) Veteran-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(3) Service-disabled veteran-owned small business concern. [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.] The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(4) Small disadvantaged business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision] The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) Women-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision]. The offeror represents that it ( ) is, ( ) is not a women-owned small business concern.

NOTE: Complete paragraphs (c)(4) and (c)(5) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision] The offeror represents that it ( ) is a women-owned business concern.

(7) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

______________________ (Vendor Fill-in)

(8) [Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.]

(i) [Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the designated industry groups (DIGs).] The offeror represents as part of its offer that it ( ) is, ( ) is not an emerging small business.

(ii) [Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or designated industry groups (DIGs).] Offeror represents as follows

(Check one of the following):

NUMBER OF EMPLOYEES: (Vendor Fill-in)

( ) 50 or fewer
( ) 51 - 100
( ) 101 - 250
( ) 251 - 500

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 13 | OF PAGES 34 |
|---|---|---|---|

( ) 501 - 750
( ) 751 - 1,000
( ) Over 1,000

ANNUAL GROSS REVENUES:

( ) $1 million or less
( ) $1,000,001 - $ 2 million
( ) $2,000,001 - $ 3.5 million
( ) $3,500,001 - $ 5 million
( ) $5,000,001 - $10 million
( ) $10,000,001 - $17 million
( ) Over $17 million

(9) [Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns or FAR 52.219-25, Small Disadvantaged Business Participation Program -- Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.]

(i) General. The offeror represents that either --
(A) It ( ) is, ( ) is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net) and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or
(B) It ( ) has, ( ) has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.
(ii) ( ) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture:

__________________________________ (Vendor Fill-in).]

(10) [Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.] [The offeror shall check the category in which its ownership falls]:
( ) Black American.
( ) Hispanic American.
( ) Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).
( ) Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru)
( ) Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).
( ) Individual/concern, other than one of the preceding.

(10) HUBZone small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]

The offeror represents as part of its offer that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and
(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:

__________________________________ (Vendor Fill-in).]
Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) (1) Previous contracts and compliance. The offeror represents that --
(i) It ( ) has, ( ) has not, participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and
(ii) It ( ) has, ( ) has not, filed all required compliance reports.
(2) Affirmative Action Compliance. The offeror represents that --
(i) It ( ) has developed and has on file, ( ) has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or
(ii) It ( ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(h) The offeror certifies, to the best of its knowledge and belief that the offeror and/or any of its principals
(1) ( ) Are, ( ) are not presently barred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency, and
(2) ( ) Have, ( ) have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and ( ) are, ( ) are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.
(i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1) Listed end products.
Listed End Product/Listed Countries of Origin

__________________________________ (Vendor Fill-In)

__________________________________ (Vendor Fill-In)

__________________________________ (Vendor Fill-in)

(2) Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]
(i) ( ) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.
(ii) ( ) The offeror may supply and end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

A12A07 52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS -- COMMERCIAL ITEMS (JUN 2006)
ALT I (APR 2002) FAR

(11) (Complete if the offeror has represented itself as

CONTINUED ON NEXT PAGE

BKC Ex. 1 014

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 14 | OF PAGES 34 |
|---|---|---|---|

disadvantaged in paragraph (c)(4) or (c)(9) of this provision.) [The offeror shall check the category in which its ownership falls]:

( ) (Vendor Fill-in) Black American.
( ) (Vendor Fill-in) Hispanic American.
( ) (Vendor Fill-in) Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).
( ) (Vendor Fill-in) Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).
( ) (Vendor Fill-in) Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).
( ) (Vendor Fill-in) Individual/concern, other than one of the preceding.

A12201 252.212-7001 - CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (SEP 2005) DFARS

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

(X) 52.203-3, Gratuities (APR 1984) (10 U.S.C. 2207)

(b) The Contractor agrees to comply with any clause that is checked on the following list of DFARS clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive Orders applicable to acquisitions of commercial items or components.

(X) (1) 252.205-7000, Provision of Information to Cooperative Agreement Holders (DEC 1991) (10 U.S.C. 2416).
( ) (2) 252.219-7003, Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DoD Contracts) (APR 1996)(15 U.S.C. 637)
( ) (3) 252.219-7004, Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (Test Program) (JUN 1997)(15 U.S.C. 637 note).
( ) (4) 252.225-7001, Buy American Act and Balance of Payments Program (JUN 2005) (41 U.S.C. 10a-10d, E.O. 10582).
(X) (5) 252.225-7012, Preference for Certain Domestic Commodities. (MAY 2004) (10 U.S.C. 2533a).
(X) (6) 252.225-7014, Preference for Domestic Specialty Metals (JUN 2005)(10 U.S.C. 2533a).
( ) (7) 252.225-7015, Restriction on Acquisition of Hand or Measuring Tools (JUN 2005)(10 U.S.C. 2533a).
(X) (8) 252.225-7016, Restriction on Acquisition of Ball and Roller Bearings (MAR 2006)(Section 8065 of Pub. L. 107-117 and the same restriction in subsequent DoD appropriations acts).
(X) (9) 252.225-7021, Trade Agreements (JUN 2006) (19 U.S.C. 2501-2518 and 19 U.S.C 3301 note).
( ) (10) 252.225-7027, Restriction on Contingent Fees for Foreign Military Sales (APR 2003) (22 U.S.C. 2779).
( ) (11) 252.225-7028, Exclusionary Policies and Practices of Foreign Governments (APR 2003)(22 U.S.C. 2755).
(X) (12)(i) 252.225-7036, Buy American Act-Free Trade Agreements -Balance of Payments Program (JUN 2006)
( ) (ii) Alternate I (JAN 2005)(41 U.S.C. 10a-10d and 19 U.S.C. 3301 note)
( ) (13) 252.225-7038, Restriction on Acquisition of Air Circuit Breakers (JUN 2005) (10 U.S.C. 2534(a)(3))
(X) (14) 252.226-7001, Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (SEP 2004) (Section 8021 of Pub. L. 107-248 and similar sections in subsequent DoD appropriations acts).
( ) (15) 252.227-7015, Technical Data--Commercial Items (NOV 1995)(10 U.S.C. 2320)
( ) (16) 252.227-7037, Validation of Restrictive Markings on Technical Data (SEP 1999)(10 U.S.C. 2321)
(X) (17) 252.232-7003, Electronic Submission of Payment Requests (MAY 2006) (10 U.S.C. 2227).
( ) (18) 252.237-7019, Training for Contractor Personnel Interacting with Detainees (SEP 2006) (Section 1092 of Pub. L. 108-375).
(X) (19) 252.243-7002, Requests for Equitable Adjustment (MAR 1998)(10 U.S.C. 2410).
(X) (20)(i) 252.247-7023, Transportation of Supplies by Sea (MAY 2002)
( ) (ii) Alternate I (MAR 2000)
( ) (iii) Alternate II (MAR 2000)
( ) (iv) Alternate III (MAY 2002) (10 U.S.C. 2631)
( ) (21) 252.247-7024, Notification of Transportation of Supplies by Sea (MAR 2000)(10 U.S.C. 2631)

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract (FAR 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

(1) DFARS 252.225-7014, Preference for Domestic Specialty Metals, Alternate I (APR 2003)(10 U.S.C. 2533a).
(2) DFARS 252.237-7019, Training for Contractor Personnel Interacting with Detainees (SEP 2005) (Section 1092 of Pub. L. 108-375).
(3) DFARS 252.247-7023, Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631).
(4) DFARS 252.247-7024, Notification of Transportation of Supplies by Sea (MAR 2000)(10 U.S.C. 2631).

A12802 252.212-7000 OFFEROR REPRESENTATIONS AND CERTIFICATIONS - COMMERCIAL ITEMS (JUN 2005) DFARS

(c) Representation of Extent of Transportation by Sea.

(2) The Offeror represents that it --
( ) (Vendor Fill-in) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

( ) (Vendor Fill-in) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

A12C02 52.212-9000 CHANGES MILITARY READINESS (MAR 2001) DLAD

A12001 52.215-9C03 FOR COURIER SERVICE AND/OR CONTRACTOR HANDCARRIED OFFERS (JAN 2001) DSCC

RFPs and IFBs (generally Large Purchase Offers, $100,000 and over) when being hand carried Courier service or other means) shall be placed in the White Bid Box, located at DSCC in the Lobby of Building 20, 3990 E. Broad St., Columbus, OH 43213.

SECTION D

D11B03 52-211-7006 RADIO FREQUENCY IDENTIFICATION (MAY 2006) DFARS

(a) Definitions. As used in this clause:
Advance shipment notice - Means an electronic notification used to list the contents of a shipment of goods as well as additional information relating to the shipment, such as order information, product description, physical characteristics, type of packaging, marking, carrier information, and configuration of goods within the transportation equipment.
Bulk commodities - means the following commodities, when shipped in rail tank cars, tanker trucks, trailers, other bulk wheeled conveyances, or pipelines:
(1) Sand.
(2) Gravel.
(3) Bulk liquids (water, chemicals, or petroleum products).
(4) Ready-mix concrete or similar construction materials.
(5) Coal or combustibles such as firewood.
(6) Agricultural products such as seeds, grains, or animal feed.
Case - means either a MIL-STD-129 defined exterior container within a palletized unit load or a MIL-STD-129 defined individual shipping container.
Electronic Product Code (EPC) - means an identification scheme for universally identifying physical objects via RFID tags and other means. The standardized EPC data consists of an EPC (or EPC identifier) that uniquely identifies an individual object, as well as an optional filter value when judged to be necessary to enable effective and efficient reading of the EPC tags. In addition to this standardized data, certain classes of EPC tags will allow user-defined

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0002 | PAGE 15 | OF PAGES 34 |
|---|---|---|---|

data. The EPC tag data standards will define the length and position of this data, without defining its content.
EPCglobal - means a joint venture between EAN International and the Uniform Code Council to establish and support the EPC network as the global standard for immediate, automatic, and accurate identification of any item in the supply chain of any company, in any industry, anywhere in the world.
Exterior container - means a MIL-STD-129 defined container, bundle, or assembly that is sufficient by reason of material, design, and construction to protect unit packs and intermediate containers and their contents during shipment and storage. It can be a unit pack or a container with a combination of unit packs or intermediate containers. An exterior container may or may not be used as a shipping container.
Palletized unit load - means a MIL-STD-129 defined quantity of items, packed or unpacked, arranged on a pallet in a specified manner and secured, strapped, or fastened on the pallet so that the whole palletized load is handled as a single unit. A palletized or skidded load is not considered to be a shipping container. A loaded 463L System pallet is not considered to be a palletized unit load. Refer to the Defense Transportation Regulation, DoD 4500.9-R, Part II, Chapter 203, for marking of 463L System pallets.
Passive RFID tag - means a tag that reflects energy from the reader/interrogator or that receives and temporarily stores a small amount of energy from the reader/interrogator signal in order to generate the tag response.
(1) Until September 30, 2006, the acceptable tags are:
(i) EPC Class 0 passive RFID tags that meet the EPCglobal Class 0 specification; and
(ii) EPC Class 1 passive RFID tags that meet the EPCglobal Class 1 specification. This includes both the Generation 1 and Generation 2 Class 1 specifications.
(2) Beginning October 1, 2006, the only acceptable tags are EPC Class 1 passive RFID tags that meet the EPCglobal Class 1 Generation 2 specification. Class 0 and Class 1 Generation 1 tags will no longer be accepted after September 30, 2006.
Radio Frequency Identification (RFID) - means an automatic identification and data capture technology comprising one or more reader/interrogators and one or more radio frequency transponders in which data transfer is achieved by means of suitably modulated inductive or radiating electromagnetic carriers.
Shipping container - means a MIL-STD-129 defined exterior container that meets carrier regulations and is of sufficient strength, by reason of material, design, and construction, to be shipped safely without further packing (e.g., wooden boxes or crates, fiber and metal drums, and corrugated and solid fiberboard boxes).
(b) (1) Except as provided in paragraph (b)(2) of this clause, the Contractor shall affix passive RFID tags, at the case and palletized unit load packaging levels, for shipments of items that -
(i) Are in any of the following classes of supply, as defined in DoD 4140.1-R, DoD Supply Chain Materiel Management Regulation, AP1.1.11:
(A) Subclass of Class I - Packaged operational rations.
(B) Class II - Clothing, individual equipment, tentage, organizational tool kits, hand tools, and administrative and housekeeping supplies and equipment.
(C) Class IIIP - Packaged petroleum, lubricants, oils, preservatives, chemicals, and additives.
(D) Class IV - Construction and barrier materials.
(E) Class VI - Personal demand items (non-military sales items).
(F) Subclass of Class VIII - Medical materials (excluding pharmaceuticals, biologicals, and reagents).
(G) Class IX - Repair parts and components including kits, assemblies and subassemblies, reparable and consumable items required for maintenance support of all equipment, excluding medical-peculiar repair parts; and
(ii) Are being shipped to any of the following locations:
(A) Defense Distribution Depot, Susquehanna, PA: DoDAAC W25G1U or SW3124.
(B) Defense Distribution Depot, San Joaquin, CA: DoDAAC W62G2T or SW3224.
(C) Defense Distribution Depot, Albany, GA: DoDAAC SW3121.
(D) Defense Distribution Depot, Anniston, AL: DoDAAC W31G1Z or SW3120.
(E) Defense Distribution Depot, Barstow, CA: DoDAAC SW3215.
(F) Defense Distribution Depot, Cherry Point, NC: DoDAAC SW3113.
(G) Defense Distribution Depot, Columbus, OH: DoDAAC SW0700.
(H) Defense Distribution Depot, Corpus Christi, TX: DoDAAC W45H08 or SW3222.
(I) Defense Distribution Depot, Hill, UT: DoDAAC SW3210.
(J) Defense Distribution Depot, Jacksonville, FL: DoDAAC SW3122.
(K) Defense Distribution Depot, Oklahoma City, OK: DoDAAC SW3211.
(L) Defense Distribution Depot, Norfolk, VA: DoDAAC SW3117.
(M) Defense Distribution Depot, Puget Sound, WA: DoDAAC SW3216.
(N) Defense Distribution Depot, Red River, TX: DoDAAC W45G19 or SW3227.
(O) Defense Distribution Depot, Richmond, VA: DoDAAC SW0400.
(P) Defense Distribution Depot, San Diego, CA: DoDAAC SW3218.
(Q) Defense Distribution Depot, Tobyhanna, PA: DoDAAC W25G1W or SW3114.
(R) Defense Distribution Depot, Warner Robins, GA: DoDAAC SW3119.
(S) Air Mobility Command Terminal, Charleston Air Force Base, Charleston, SC: Air Terminal Identifier Code CHS.
(T) Air Mobility Command Terminal, Naval Air Station, Norfolk, VA: Air Terminal Identifier Code NGU.
(U) Air Mobility Command Terminal, Travis Air Force Base, Fairfield, CA: Air Terminal Identifier Code SUU.
(2) Bulk commodities are excluded from the requirements of paragraph (b)(1) of this clause.
(c) The Contractor shall ensure that-
(1) The data encoded on each passive RFID tag are unique (i.e., the binary number is never repeated on any and all contracts) and conforms to the requirements in paragraph (d) of this clause;
(2) Each passive tag is readable; and
(3) The passive tag is affixed at the appropriate location on the specific level of packaging, in accordance with MIL-STD-129 (Section 4.9.2) tag placement specifications.
(d) Data syntax and standards. The Contractor shall encode an approved RFID tag using the instructions provided in the most recent EPC - Tag Data Standards document, available at http://www.epcglobalinc.org/standards_technology/specifications.html.
(1) If the Contractor is an EPCglobal - subscriber and possesses a unique EPC - company prefix, the Contractor may use any of the identity types and encoding instructions described in the most recent EPC-Tag Data Standards document to encode tags.
(2) If the Contractor chooses to employ the DoD Identity Type, the Contractor shall use its previously assigned Commercial and Government Entity (CAGE) Code and shall encode the tags in accordance with the tag identity type details located at http://www.acq.osd.mil/log/rfid/tag_data.htm. If the Contractor uses a third party packaging house to encode its tags, the CAGE code of the third party packaging house is acceptable.
(3) Regardless of the selected encoding scheme, the Contractor is responsible for ensuring that each tag contains a globally unique identifier.
(e) Receiving report. The Contractor shall electronically submit advance shipment notice(s) with the RFID tag identification (specified in paragraph (d) of this clause) in advance of the shipment in accordance with the procedures at http://www.acq.osd.mil/log/rfid/advance_shipment_ntc.htm.

D11C02 52.211-9010 SHIPPING DOCUMENTATION - MIL-STD-129P - TAKES PRECEDENCE OVER SCHEDULE (DEC 2005) DLAD (FARS DEV 05-03)

D11C03 52.211-9010 SHIPPING DOCUMENTATION - MIL-STD-129P - TAKES PRECEDENCE OVER SCHEDULE (DEC 2005) ALT I (DEC 2005) DLAD (FARS DEV 05-03)

D11C04 52.211-9015 SHIPPER'S DECLARATION OF DANGEROUS GOODS (AUG 2005) DLAD

Contractors shall complete and attach a prescribed Shipper's Declaration for Dangerous Goods Form and an Air Waybill for each TP1 or TP2 shipment containing dangerous or hazardous goods or materials. Dangerous goods and/or hazardous materials are those items defined or classified as such in Title 49, Code of Federal Regulations, and the International Air Transport Association (IATA) Dangerous Goods Regulations. Generally, dangerous goods are those items containing any dangerous material or substance which is flammable, corrosive, combustible, explosive, poisonous, toxic, radioactive, unduly magnetic, contains oxidizing agents or is otherwise hazardous.

Contractors shall not offer dangerous or hazardous goods or materials for transportation by military air until properly packaged, marked, and labeled in accordance with MIL-STD-129P and military publication, Preparing Hazardous Materials for Military Air Shipments, AFMAN 24-204/TM 38-250/NAVSUP PUB 505/MCO P4030.19H, DLAI 4145.3. This publication also contains instructions on how to properly complete the Shipper's Declaration for Dangerous Goods. Blank forms may be purchased through commercial means and can be viewed on the Internet at http://www.iata.org/ps/publications/9065.htm.

CONTINUED ON NEXT PAGE



From:DSCC OFFICE OF COUNSEL 6146921889 01/23/2007 15:28 #080 P.028/047

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 16 OF PAGES 34 |
|---|---|---|

D11D01 52.211-9C01 PALLETIZATION REQUIREMENTS (OCT 2002) DSCC

D11D04 52.211-9C27 PACKING LIST/INVOICE/SHIPPING DOCUMENTS (SEP 2005) DSCC

(a) A packing list, invoice, or shipping documents shall accompany or be included in ALL shipments.
(b) The document(s) shall include the following:
Complete MARK FOR including requisition (TCN) number; Order Number; CLIN; National Stock Number (NSN) or part Number if NSN is not available; Shipment Number, Quantity; and Unit of Issue.
(c) In addition, for all DIRECT SHIPMENTS to overseas and domestic consignees, including shipments to Consolidation and Containerization Points, the documentation with complete MARK FOR INFORMATION is to be placed in a water-resistant envelope securely attached to the outside of the shipping container/exterior pack. (This paragraph 'c' is not applicable to shipments to a Government Packing Facility).

D16D03 52.245-9C01 PACKAGING AND MARKING REQUIREMENTS (FEB 2006) DSCC

Packaging and marking requirements for items being procured shall be accomplished as stated herein (See Section D). The items identified in Section B shall be Preserved, Packaged, Packed and Marked in accordance with MIL-STD-2073-1D and Marked in accordance with MIL-STD-129P.

D47C01 52.247-9X12 REQUIREMENTS FOR TREATMENT OF WOOD PACKAGING MATERIAL (WPM) (JUL 2006) DLAD

(a) THIS CLAUSE ONLY APPLIES WHEN WOOD PACKAGING MATERIAL (WPM) WILL BE USED TO MAKE SHIPMENTS UNDER THIS CONTRACT.
(b) Definition.
Wood packaging material (WPM) means wood pallets, skids, load boards, pallet collars, wooden boxes, reels, dunnage, crates, frame and cleats. The definition excludes materials that have undergone a manufacturing process, such as corrugated fiberboard, plywood, particleboard, veneer, and oriented strand board (OSB).
(c) All Wood Packaging Material (WPM) acquired by DOD must meet requirements of International Standards for Phytosanitary Measures (ISPM) 15, 'Guidelines for Regulating Wood Packaging Materials in International Trade.' DOD shipments inside and outside of the United States must meet ISPM 15 whenever WPM is used to ship DOD cargo.
(1) All WPM shall comply with the official quality control program for heat treatment (HT) or kiln dried heat treatment (KD HT) in accordance with American Lumber Standard Committee, Incorporated (ALSC) Wood Packaging Material Program and WPM Enforcement Regulations (see http://www.alsc.org/).
(2) All WPM shall include certification/quality markings in accordance with the ALSC standard. Markings shall be placed in an unobstructed area that will be readily visible to inspectors. Pallet markings shall be applied to the stringer or block on diagonally opposite sides of the pallet and be contrasting and clearly visible. All containers shall be marked on a side other than the top or bottom, contrasting and clearly visible. All dunnage used in configuring and/or securing the load shall also comply with ISPM 15 and be marked with an ALSC approved DUNNAGE stamp.
(d) Failure to comply with the requirements of this restriction may result in refusal, destruction, or treatment of materials at the point of entry. The Agency reserves the right to recoup from the Contractor any remediation costs incurred by the Government.

SECTION E

E46D01 252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (MAR 2003) DFARS

E46D06 52.246-9C00 ADDENDUM TO DFARS 252.246-7000, MATERIAL INSPECTION AND RECEIVING REPORT (JUN 2004) DSCC

When submitting a Material Inspection and Receiving Report, DD Form 250, electronically through Wide Area Workflow (WAWF-RA), contractors must print and provide a copy of the DD Form 250 with the material shipment.

E46D05 52.246-9C05 INSPECTION AT DESTINATION (NOV 1995) DSCC ✓

E46D06 52.246-9C06 ACCEPTANCE AT DESTINATION (NOV 1995) DSCC ✓

E46D10 52.246-9C10 WARRANTY - ACCEPTANCE OF SUPPLIES (FEB 2004) DSCC

E46D11 52.246-9C11 WARRANTY (APR 1985) DSCC

E46D12 52.246-9C13 SUBSTITUTION OF ITEM AFTER AWARD (JAN 1999) DSCC

E46D31 52.246-9C36 REPACKAGING BEFORE VENDOR NOTIFICATION (AUG 1995) DSCC

SECTION F

F11A07 52.211-17 DELIVERY OF EXCESS QUANTITIES (SEP 1989) FAR

F11D02 52.211-9C04 TIME OF DELIVERY (NOV 2000) DSCC

(a) The time of delivery of supplies to be furnished under any delivery order issued under this contract shall be stated in the order. The Government reserves the right to request phased delivery within the limits of the applicable schedule set forth below.

(b) Delivery is required to be made in accordance with the schedule set forth below.

See required deliveries on Section B Spreadsheet.

When proposing delivery, Contractor will provide

QFD quantity for Government required delivery.

CONTINUED ON NEXT PAGE



From:DSCC OFFICE OF COUNSEL 8146921889 01/23/2007 15:29 #080 P.029/047

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SPM7LX-07-R-0001 | PAGE 17 OF 34 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

## SECTION F

F11D02 52.211-9C04 TIME OF DELIVERY (NOV 2000) (cont'd)

Contractors please not that unless otherwise specified below, your proposal will be deemed to offer delivery in accordance with the required delivery schedule.

OFFEROR'S PROPOSED DELIVERY: Contractor will fill in offered STOCK delivery (in Days) for each NSN.

OFFEROR'S PROPOSED DELIVERY SUBSEQUENT QUANTITIES: This references quantities that are above/beyond the QFD quantity on a delivery order. Government's required delivery for each additional ½ the QFD is 30 days.

For Stock POPS/ Email Orders, the required delivery will be the same as the Government required delivery for the Estimated Buy Quantity.

| CLIN | NSN | Quantity that may be ordered any calendar month (UP TO) | GOV'T REQUIRED DELIVERY | OFFEROR'S PROPOSED DELIVERY | EACH ADDITIONAL QUANTITY | ADD (DAYS): | OFFEROR'S PROPOSED FOR ADDITIONAL QUANTITY |
|---|---|---|---|---|---|---|---|
| 0001 | 1095-01-456-4457 | 6493 | 68 | | 3247 | 30 | |
| 0002 | 1095-01-466-8569 | 2075 | 84 | | 1038 | 30 | |

✓



From:DSCC OFFICE OF COUNSEL 6146921889 01/23/2007 15:29 #030 P.030/047

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 18 | OF PAGES 34 |
|---|---|---|---|

ADO: ____________
(Vendor Fill-in)

Up to ____ each ____________
(Vendor Fill-in)

Each additional ____ each (or less)
ADD: ____________
(Vendor Fill-in)

(c) Unless otherwise specified above, your proposal will be deemed to offer delivery in accordance with the required schedule. The Government may elect to consider for award only those proposals which comply with the required schedule but reserves the right to consider proposals which exceed the required schedule. You are therefore encouraged to submit a proposal even if you cannot comply with the required delivery schedule. If you can comply with the required delivery schedule but could offer better prices for a longer schedule, you may submit two (2) or more proposals on each item. The Government reserves the right to make awards on the basis of delivery.

(d) Delivery orders will be mailed or otherwise furnished to the Contractor on or before the day the order is dated. Therefore, in computing time available to perform each order, the Contractor must take into consideration the time required for the delivery order to arrive through ordinary mail.

(e) In the event this solicitation provides for a partial set-aside for Small Business, and the set-aside portion is awarded to the same firm that received the award of the non-set-aside portion, then the quantities shown above will be doubled.

F42A02 52.242-15 STOP-WORK ORDER (AUG 1989) FAR

F42A03 52.242-17 GOVERNMENT DELAY OF WORK (APR 1984) FAR

F47A03 52.247-34 F.O.B. DESTINATION (NOV 1991) FAR

F47D02 52.247-9C02 SHIPPING INSTRUCTIONS (DOMESTIC) (MAY 2004) DSCC

F47D04 52.247-9C12 SHIPPING INSTRUCTIONS (JUL 1993) DSCC

Shipping instructions shall be provided with individual delivery orders. Destinations include various Department of Defense using activities (DSCC customers) and may include DSCC stock points.

SECTION H

H04D02 52.204-9C29 ELECTRONIC ORDER TRANSMISSION (SEP 2006) DSCC

Supplies procured through the Defense Supply Center Columbus (DSCC) may be ordered via electronic ordering. Offerors must check one of the following alternatives for paperless order transmission:

( ) (Vendor Fill-in) Electronic Data Interchange (EDI) transmissions in accordance with ANSI X12 Standards through a registered Value Added Network (VAN).

( ) (Vendor Fill-in) Electronic Mail (email) award notifications containing Web links to electronic copies of the DD Form 1155, Order for Supplies or Services (orders are stored in Portable Document Format (PDF) and accessing them requires a free Adobe Acrobat Reader plug-in).

Offerors choosing email notification for order transmission shall register their email address on the DLA DIBBS Home Page at https://www.dibbs.bsm.dla.mil/ as part of the VENDOR REGISTRATION.

Offerors choosing EDI for order transmission will receive transaction sets at time of award. The Contractor shall acknowledge receipt of each order by transmitting a functional acknowledgement or order receipt message within 24 hours, except for weekends and holidays where acknowledgement shall be the next working day. Failure to establish system(s) connectivity for successfully receiving and processing EDI orders within 30 days after date of award may be grounds for termination of the contract by the Government. Issuance of an EDI transmission or email notification constitutes a binding order. Successful offerors are authorized and expected to commence performance upon receipt.

NOTE: Questions concerning electronic ordering should be sent via email to the DLA DIBBS help desk at DibbsBSM(at)dla.mil.

D23B01 252.223-7001 HAZARD WARNING LABELS (DEC 1991) DFARS

***

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labelled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

MATERIAL (If None, Insert 'None.')

______________________________ (Vendor Fill-in)

ACT

______________________________ (Vendor Fill-in)

MATERIAL (If None, Insert 'None.')

______________________________ (Vendor Fill-in)

ACT

______________________________ (Vendor Fill-in)

MATERIAL (If None, Insert 'None.')

______________________________ (Vendor Fill-in)

ACT

______________________________ (Vendor Fill-in)

MATERIAL (If None, Insert 'None.')

______________________________ (Vendor Fill-in)

ACT

______________________________ (Vendor Fill-in)

SECTION I

I03B02 252.203-7002 DISPLAY OF DOD HOTLINE POSTER (DEC 1991) DFARS

I04A24 52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000) FAR

I04A25 52.204-7 CENTRAL CONTRACT REGISTRATION (JUL 2006) FAR

I04B03 252.204-7003 CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992) DFARS

I04B26 252.204-7004 ALTERNATE A (NOV 2003) DFARS

I05B01 252.205-7000 PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991) DFARS

I09B02 252.209-7004 SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998) DFARS

I11B01 252.211-7005 SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS (NOV 2005) DFARS

SPI Process: ______________________________ (Vendor Fill-in)

Facility: ______________________________ (Vendor Fill-in)

Military or Federal Specification or Standard:

______________________________ (Vendor Fill-in)

Affected Contract Line Item Number, Subline Item Number, Component, or Element:

______________________________ (Vendor Fill-in)

X11C01 52.211-9030 GOVERNMENT SURPLUS MATERIAL (APR 2002) DLAD

***

(c) With respect to the surplus material being offered, the Offeror represents that:
(1) The material is new, unused, and not of such age or so deteriorated as to impair its usefulness or safety. ( ) Yes ( ) No (Vendor Fill-in). The material conforms to the technical requirements cited in the

CONTINUED ON NEXT PAGE

BKC Ex. 1 019

From:DSCC OFFICE OF COUNSEL 6146921889 01/23/2007 15:30 #080 P.031/047

# CONTINUATION SHEET

Solicitation Number: SPM7LX-07-R-0001

PAGE 19 OF PAGES 34

solicitation (e.g., Contractor and Government Entity (CAGE) code and part number, specification, etc.).
( ) Yes ( ) No (Vendor Fill-in). The material conforms to the revision letter/number, if any is cited.
( ) Yes ( ) No ( ) Unknown (Vendor Fill-in)
If no, the revision offered does not affect form, fit, function, or interface. ( ) Yes ( ) No
( ) Unknown. The material was manufactured by:

Name ________________ (Vendor Fill-in)

Address ________________ (Vendor Fill-in)

________________ (Vendor Fill-in)

(2) The Offeror currently possesses the material.
( ) Yes ( ) No. If no, the Offeror must attach or forward to the Contracting Officer an explanation as to how the offered quantities will be secured. If yes, the Offeror purchased the material from a Government selling agency or other source.
( ) Yes ( ) No. If yes, provide the information below:

Government Selling Agency ________________ (Vendor Fill-in)

Contract Number ________________ (Vendor Fill-in)

Contract Date (Month/Year) ________________ (Vendor Fill-in)

Other Source ________________ (Vendor Fill-in)

Address ________________ (Vendor Fill-in)

Date Acquired (Month/Year) ________________ (Vendor Fill-in)

(3) The material has been altered or modified.
( ) Yes ( ) No (Vendor Fill-in)
If yes, the Offeror must attach or forward to the Contracting Officer a complete description of the alterations or modifications.

(4) The material has been reconditioned. ( ) Yes ( ) No. (Vendor Fill-in). If yes, (i) the price offered includes the cost of reconditioning/refurbishment. ( ) Yes ( ) No (Vendor Fill-in); and (ii) the Offeror must attach or forward to the Contracting Officer a complete description of any work done or to be done, including the components to be replaced and the applicable rebuild standard.
The material contains cure-dated components. ( ) Yes ( ) No (Vendor Fill-in). If yes, the price includes replacement of cure-dated components. ( ) Yes ( ) No (Vendor Fill-in)

(5) The material has data plates attached. ( ) Yes ( ) No (Vendor Fill-in). If yes, the Offeror must state below all information contained thereon, or forward a copy or facsimile of the data plate to the Contracting Officer.

(6) The offered material is in its original package.
( ) Yes ( ) No (Vendor Fill-in). (If yes, the Offeror has stated below all original markings and data cited on the package; or has attached or forwarded to the Contracting Officer a copy or facsimile of original package markings.)

Contract Number ________________ (Vendor Fill-in)

NSN ________________ (Vendor Fill-in)

Cage Code ________________ (Vendor Fill-in)

Part Number ________________ (Vendor Fill-in)

Other Markings/Data ________________ (Vendor Fill-in)

(7) The Offeror has supplied this same material (National Stock Number) to the Government before. ( ) Yes ( ) No (Vendor Fill-in). If yes, (i) the material being offered is from the same original Government contract number as that provided previously. ( ) Yes ( ) No; and (ii) state below the Government Agency and contract number under which the material was previously provided:

AgencyContract Number ________________ (Vendor Fill-in)

(8) The material is manufactured in accordance with a specification or drawing. ( ) Yes ( ) No. If yes, (i) the specification/drawing is in the possession of the Offeror. ( ) Yes ( ) No (Vendor Fill-in); and (ii) the Offeror has stated the applicable information below, or forwarded a copy or facsimile to the Contracting Officer.
( ) Yes ( ) No (Vendor Fill-in)

Specification/Drawing Number ________________ (Vendor Fill-in)

Revision (if any) ________________ (Vendor Fill-in)

Date ________________ (Vendor Fill-in)

(9) The material has been inspected for correct part number and for absence of corrosion or any obvious defects.
( ) Yes ( ) No. If yes,
(i) Material has been re-preserved. ( ) Yes ( ) No (Vendor Fill-in); (ii) Material has been repackaged.
( ) Yes ( ) No (Vendor Fill-in);
(iii) Percentage of material that has been inspected is %___ (Vendor Fill-in) and/or number of items inspected is ___ (Vendor Fill-in); and
(iv) a written Report was prepared. ( ) Yes ( ) No (Vendor Fill-in). If yes, the Offeror has attached it or forwarded it to the Contracting Officer. ( ) Yes ( ) No (Vendor Fill-in)

(d) The Offeror agrees that in the event of award and notwithstanding the provisions of the solicitation, inspection and acceptance of the surplus material will be performed at source or destination subject to all applicable provisions for source or destination inspection.

(e) The Offeror has attached or forwarded to the Contracting Officer one of the following, to demonstrate that the material being offered was previously owned by the Government (Offeror check which one applies):
( ) (Vendor Fill-in) For national or local sales, conducted by sealed bid, spot bid or auction methods, a solicitation/Invitation For Bid and corresponding DRMS Form 1427, Notice of Award, Statement and Release Document.
( ) (Vendor Fill-in) For DRMS Commercial Venture (CV) Sales, the shipment receipt/delivery pass document and invoices/receipts used by the original purchaser to resell the material.
( ) (Vendor Fill-in) For DRMS Recycling Control Point (RCP) term sales, the statement of account or billing document.
( ) (Vendor Fill-in) For property sold under the exchange or sale regulation, conducted by sealed bid, auction or retail methods, a solicitation/Invitation for Bid and corresponding DRMS Form 1427.
( ) (Vendor Fill-in) When the above documents are not available, or if they do not identify the specific NSN being acquired, a copy or facsimile of all original package markings and data, including NSN, Commercial and Government Entity (CAGE) code and part number, and original contract number. (This information has already been provided in paragraph (c)(6) of this clause. ( ) Yes ( ) No.
( ) (Vendor Fill-in) When none of the above are available, other information to demonstrate that the offered material was previously owned by the Government. Describe and/or attach.

________________ (Vendor Fill-in)

________________ Vendor Fill-in)

(f) This clause only applies to offers of Government surplus material. Offers of commercial surplus, manufacturer's overruns, residual inventory resulting from terminated Government contracts, and any other material that meets the technical requirements in the solicitation but was not previously owned by the Government will be evaluated in accordance with the provision at 52.217-9002.

Z11C02 52.211-9084 PRIORITY RATING FOR VARIOUS LONG-TERM CONTRACTS (MAR 2000) DLAD

Z12A25 52.215-21 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997) ALT IV (OCT 1997) FAR

(b) Provide information described below:

Contractors may be required to provide additional information for determining reasonableness of price. This data may consist of material cots or an explanation of the pricing approach.

(Insert description of the information and the format that are required, including access to records necessary to permit an adequate evaluation of the proposed price in accordance with 15.403-3.)

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 20 OF PAGES 34 |
|---|---|---|

I15D01 52.215-9C04 PRODUCTION FACILITY CHANGES (APR 1983) DSCC

I16A15 52.216-18 ORDERING (OCT 1995) FAR

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued --

FROM: Date of Contract Award

THROUGH: One Year Following Contract Award Date

I16A17 52.216-19 ORDER LIMITATIONS (OCT 1995) FAR

(a) Minimum Order. When the Government requires supplies or services covered by this contract in an amount of less than the beginning quantity in Range One stock, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract. See Continuation Sheet Page #

(b) Maximum Order. The Contractor is not obligated to honor -

(1) Any order for a single item in excess of See Continuation Sheet Page #Stock

(2) Any order for a combination of items in excess of , or

(3) A series of orders from the same ordering office within days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) above, the contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 20 days after issuance, with written notice stating the contractor's intent not to ship the item (or items) called for and the reasons.

I16A24 52.216-22 INDEFINITE QUANTITY (OCT 1995) FAR

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after

days from the date of contract expiration.

I16C07 52.216-9C05 ESTIMATED TOTAL QUANTITY (JUL 2006) DLAD

a. The estimated total quantity the Government expects to order during each contract year is as follows:

| CLIN(s) | QUANTITY |
|---|---|
| See Continuation Sheet on Page# | |

b. In the event that this solicitation provides for a partial set-aside, the estimated total quantity for the set-aside portion is as provided in the clause entitled 'Set-Aside Portion' located in Section I of the solicitation.

NOTE: It is anticipated that the quantities listed will remain constant for any additional option periods as provided elsewhere in this contract.

I16C05 52.216-9016 CONTRACT QUANTITY LIMITATIONS (JUL 2006) DLAD

[X] (a) The quantity limitations on any contract resulting from this solicitation are as follows during the contract period*:

(1) Minimum Quantity or Dollar Amount:

See Continuation Sheet on Page #

(2) Maximum Quantity or Dollar Amount:

See Continuation Sheet on Page#

The Government is obligated to order only the minimum quantity or dollar figure stated above.

If this solicitation provides for a partial Small Business set-aside and the resulting award is made to a contractor receiving the set-aside and non set-aside portion, the quantities specified above for both minimum and maximum will be doubled.

[ ] (b) MULTIPLE NSNs: The NSNs or NSN groups cited in the solicitation may be split (with one or more NSNs awarded to one contractor, one or more to another contractor or contractors) after evaluation of offers. If there are split awards, the contract minimum for each contract during the contract period* will become the total of the minimum(s) for the NSNs awarded to each offeror. The resulting contract minimum applies to the entire range of items awarded and does not guarantee that the Government will purchase any particular quantity or dollar amount of any individual NSN awarded.

The contract minimum will be $ which is the total of the minimum estimates for all NSNs. The minimum estimate for each NSN is calculated:

( ) (1) as per cent of the estimated annual demand value for each item, or

( ) (2) as specified below for each NSN or NSN group

| NSN | MINIMUM QUANTITY OR DOLLAR VALUE |
|---|---|
| | |

The contract maximum during the contract period* will be $

[ ] (c) MULTIPLE AWARDS: The Government anticipates making multiple awards (awards for the same NSNs) as a result of this solicitation. If multiple awards are made, the contract minimum for each award during the contract period* will be a proportion of the overall minimum cited below. For example, if two awards are made the Government is obligated to purchase half of the minimum from each awardee. Regardless of the number of awards made under this solicitation, the Government may order, and each awardee is obligated to deliver, up to the maximum cited below:

The contract minimum will be $ which is the total of the minimum estimates for all NSNs. The minimum estimate for each NSN is calculated:

( ) (1) as per cent of the estimated annual demand value for each item, or

( ) (2) as specified below for each NSN or NSN group

| NSN | MINIMUM QUANTITY OR DOLLAR VALUE |
|---|---|
| See Continuation Sheet on Page# | |

The contract maximum during the contract period* will be $

*NOTE:

( ) Contract period as defined in this clause means the extended contract shall be inclusive of any/all option periods.

(X) Contract period as defined in this clause means a separate contract period for the initial basic and each option period.

I16D03 52.216-9C05 PRICING OF DELIVERY ORDERS (OCT 2003) DSCC

(a) In pricing delivery orders requiring delivery of one NSN to multiple destinations, the price for each destination will be based on:

[X] (1) The quantity range price based on the total quantity of the NSN being procured under each delivery order regardless of destination.

[X] (2) The quantity being shipped to each destination.

CONTINUED ON NEXT PAGE

BKC Ex. 1 021

From:DSCC OFFICE OF COUNSEL 6146921889 01/23/2007 15:31 #030 P.033/047

| ONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SPM7LX-07-R-0001 | PAGE 21 OF 54 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

SECTION I

Clause I16C08 – Contract Quantity Limitations (in Dollars) (Continuation Sheet)

Total Estimated Minimum: $ 366,329.07 (0.10 * QFD)*MAUC )
Total Estimated Maximum: $30,324,987.20 (40 X QFD)*MAUC = Annual Demand Value X 10)
Total Annual Demand Value: $3,663,373.72

NOTE: The total for each NSN awarded will be added together for each awardee at time of award to arrive at the Guaranteed Minimum Dollar Amount. The minimum and maximum will be based aggregately on the number of NSNs awarded.

Clause I16A17 – Order Limitation

| NSN | MINIMUM | MAXIMUM |
|---|---|---|
| 1095-01-456-4457 | 1 | 25,972 |
| 1095-01-466-8569 | 1 | 8,300 |

The minimum is 1 for all NSNs, even for those NSNs that have a QFD of 1 or less. The maximum is calculated as 4 x QFD.

Clause I16C07 – Estimated Total Quantity

| NSN | ESTIMATED |
|---|---|
| 1095-01-456-4457 | 25,972 |
| 1095-01-466-8569 | 8,300 |

ADQ (4 x QFD) above reflects figures available at time of solicitation.

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 22 OF PAGES 134 |
|---|---|---|

(b) If this solicitation provides for partial set-aside and the set-aside portion is awarded to the same contractor receiving the award on the non-set-aside portion, the pricing of delivery orders will be accordance with paragraph (a) above.
(c) The minimum quantity to be ordered, per destination, will be the minimum ordering range quantity if specified in section B hereof, for each item.

I16S03 52.216-9C03 CONTRACT PERIOD (MAR 1981) DSCC

(a) The contract period will be for one year beginning
(X) on date of award;
( ) on a date to be specified not later than days after date of award.
The effective date of the contract will be stated in the award.
(b) If this solicitation provides for a partial set-aside, contracts awarded for the set-aside portion of this acquisition will contain the same terms and conditions as in this solicitation. The contract period for the set-aside portion will be adjusted to expire on the ending date for the non-set-aside contract; however, orders will be equitably distributed between the non-set-aside and the set-aside contracts based on the contract period of the non-set-aside contract.

I17D04 52.217-9C12 EXTENSION OF CONTRACT TERM (OCT 2003) DSCC

****
b. If the Government exercises this option for extension of the contract term, the contract as extended shall be deemed to include this option clause. However, the total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years.
****
d. This clause will be used in evaluation of offer.

A 5 year contract (base year plus option year(s) is desired.

OFFEROR MUST CHECK THE FOLLOWING BLOCKS FOR OPTION YEARS:
( ) (Vendor Fill-in) The Government's desired option is acceptable.
( ) (Vendor Fill-in) No option is acceptable.
( ) (Vendor Fill-in) option years are acceptable.

NOTE: Failure to accept option years as requested may result in rejection of offer.

I19X10 52.219-16 LIQUIDATED DAMAGES -- SUBCONTRACTING PLAN (JAN 1999) FAR
I19C01 52.219-9003 DLA MENTORING BUSINESS AGREEMENTS (MBA) PERFORMANCE (DEC 1997) DLAD

I19D05 52.219-9C03 NOTICE OF SUBCONTRACTING PLAN (FEB 2003) DSCC

I22A01 52.222-1 NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997) FAR

I23A01 52.223-3 HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997) FAR

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

Material _____ (Vendor Fill-in)(If none, insert 'None')

Identification No.______________ (Vendor Fill-in)

I23A09 52.223-11 OZONE-DEPLETING SUBSTANCES (MAY 2001) FAR

Warning

Contains (or manufactured with, if applicable) *______

(Vendor Fill-in), a substance(s) which harm(s) public health and environment by destroying ozone in the upper atmosphere.

* The Contractor shall insert the name of the substance(s).

I23C01 52.223-9C00 MATERIAL SAFETY DATA SHEETS AND HAZARD WARNING LABELS (MAR 1992) DLAD

I25B02 252.225-7002 QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS (APR 2003) DFARS

I26B01 252.226-7001 UTILIZATION OF INDIAN ORGANIZATIONS, INDIAN-OWNED ECONOMIC ENTERPRISES, NATIVE HAWAIIAN SMALL BUSINESS CONCERNS (SEP 2004) DFARS

I27A01 52.227-1 AUTHORIZATION AND CONSENT (JUL 1995) FAR

I32A13 52.232-17 INTEREST (JUN 1996) FAR

I32B03 252.232-7003 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (MAY 2006) DFARS

I32B10 252.232-7010 LEVIES ON CONTRACT PAYMENTS DFARS (SEP 2005)

I33C01 52.233-9001 DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (JUN 2001) DLAD

(c) If you wish to opt out of this clause, check here ( ) (Vendor Fill-in).

I39C01 52.239-9000 Y2K COMPLIANCE NOTICE (JUN 2002) DLAD

I42A08 52.242-13 BANKRUPTCY (JUL 1995) FAR

I43B01 252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991) DFARS

I48D01 52.248-9C01 CONFIGURATION CONTROL - ENGINEERING CHANGES, DEVIATIONS AND WAIVERS (OCT 2000) DSCC

I52A01 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) FAR

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.dla.mil/j-3/j-336/icps.htm

I52A02 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) FAR

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter1) clause with an authorize deviation is indicated by the addition of '(DEVIAITON)' after the date of the clause.

(b) The use in this solicitation or contract of any DoD FAR Supplement (DFARS) (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of '(DEVIATION)' after the name of the regulation.

I53A01 52.253-1 COMPUTER GENERATED FORMS (JAN 1991) FAR

SECTION J

J15E01 LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS:

This solicitation consists of documents and attachments identified by an 'X' in the space provided and made a part hereof.

| ATCH, FM NO. | NAME | DATE |
|---|---|---|
| (X) DD FM 1707 | Information to (Cover Sheet) Offerors or Quoters | MAR 90 |
| (X) SF 33 | Solicitation, Offer and Award | Rev 4-85 |
| (X) --- | Section B | --- |
| (X) --- | Sections C through M | --- |
| ( ) --- | Interim Amend. No. | |
| ( ) --- | Quality Assurance Provision (QAP) No. --- | |
| ( ) SF 1448 | Proposal Cover Sheet (Cost or | |

CONTINUED ON NEXT PAGE



From:DSCC OFFICE OF COUNSEL 6146921886 01/23/2007 15:32 #080 P.036/047

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 25 OF PAGES 34 |
|---|---|---|

Pricing Data Not Required) 10-95

( ) DSCC FM 1650 Freight Shipping Information - Mode of Shipment AUG 73

( ) Form CASB-CMF Facilities Capital Cost of Money Factors ---

( ) DD Form 1861 Contract Facilities Capital Cost of Money APR 95

CONTINUED ON NEXT PAGE

( )

( )

( )

( ) DD FM 1423 Contract Data Requirement List JUN 90
EXHIBIT No.
---
w/ATCH No.
---
EXHIBIT No.
---
w/ATCH No.
---
EXHIBIT No.
---
w/ATCH No.
---
EXHIBIT No.
---
w/ATCH No.
---

( ) DD FM 254 Contract Security Classification Specification DEC 89

C15D88 52.232-9008 NOTICE TO CONTRACTORS AND DEFENSE FINANCE AND ACCOUNTING SERVICES (EFAS) (JUN 2005) DSCC

-- Per FAR 15.204-1, Part IV of the solicitation/offer has been removed and retained in the contract file. Section K is hereby incorporated by reference. Therefore, the page numbers indicated on the front of the award and on the last page of the Continuation Sheet will not reflect the actual number of pages in the award document.

BKC Ex. 1 024

FROM:DSCC OFFICE OF COUNSEL 6146927889 01/29/2007 15:32 #080 P.085/047

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 24 OF PAGES 34 |
|---|---|---|

SECTION K

K09R01 252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (SEP 2006) DFARS

K09R02 252.209-7002 DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT (JUN 2005) DFARS

K15C01 52.215-9002 SOCIO ECONOMIC PROPOSAL (MAR 1996) DLAD

K15C02 52.219-9004 JAVITS-WAGNER-O'DAY ACT ENTITY PROPOSAL (DEC 1997) DLAD

K17R01 252.217-7026 IDENTIFICATION OF SOURCES OF SUPPLY (NOV 1995) DFARS

(b) The apparently successful Offeror agrees to complete and submit the following table before award:

TABLE

| Line Item (1) | NSN (2) | Commercial Item (Y or N) (3) | SOURCE OF SUPPLY Company (4) | Address (4) | Part No. (5) | Actual Mfg. (6) |
|---|---|---|---|---|---|---|

(Vendor Fill-in)

(Vendor Fill-in)

(Vendor Fill-in)

K25R02 252.225-7020 TRADE AGREEMENTS CERTIFICATE (JAN 2005) DFARS

***

(3) The following supplies are other nondesignated country end products:

Line Item Number:

(Vendor Fill-in)

Country of Origin (If known):

(Vendor Fill-in)

SECTION L

L11A01 52.211-14 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990) FAR

As cited on the front page of this solicitation.

L15A05 52.215-5 FACSIMILE PROPOSALS (OCT 1997) FAR

L15A11 52.215-20 REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (OCT 1997) ALT IV (OCT 1997) FAR

(b) Provide information described below:

Contractors may be required to provide additional information for determining reasonableness of price. This data may consist of material cost or explanation of pricing approach.

[Insert description of the information and the format that are required, including access to records necessary to permit an adequate evaluation of the proposed price in accordance with 15.403-3.]

L15C02 52.215-9025 FACSIMILE BIDS AND PROPOSALS (JUL 2005) DLAD

(a) Facsimile bids, proposals, amendments (including final proposal revisions (FPRs)), and withdrawals will be considered only if authorized in the solicitation by FAR 52.214-31, Facsimile Bids, or 52.215-5, Facsimile Proposals (Sec L). Fax machines should be programmed to include the telephone number as the distant station ID. This information is required to assist in properly documenting receipt.
(b) DLA/DSCC Internet Bid Board System (DIBBS) and Internet Quoting System (IQS). DIBBS and IQS do not permit facsimile proposals. Facsimile proposals in response to DIBBS or IQS solicitations will be rejected and returned to the offeror.
(c) DSC Richmond. The telephone number of the receiving facsimile equipment is 804-279-4161. For bid/proposal security reasons facsimile equipment is not located in the place designated for receipt of offers. Regular interoffice pick-up of facsimile transmissions occurs daily at 10:30 a.m. and 1:30 p.m., Eastern time zone.
(1) Bids, bid amendments, and bid withdrawals received by the facsimile equipment prior to 10:30 a.m. on the day of bid opening will be presumed to have been received on time.
(2) Proposals, amendments to proposals, withdrawals of proposals, and FPRs received by facsimile equipment prior to 1:30 p.m. on the day of closing will be presumed to have been received on time.
(d) DSC Columbus. The telephone number of the receiving facsimile equipment is 614-692-4375.
(e) DSC Philadelphia. The telephone number of the receiving facsimile equipment is 215-737-7205/02.

L15C04 52.215-9010 ALL OR NONE (IFB/RFP ONLY) (AUG 2005) DLAD

a) With respect to each item or group of items identified below, offers must be submitted for all items indicated. No award will be made for less than the full requirements shown in this solicitation for these items or groups.

GROUP:

ITEM CLINS: 0001 and 0002

L16A01 52.216-1 TYPE OF CONTRACT (APR 1984) FAR

The Government contemplates award of a
[X] FIRM FIXED PRICE
[ ] FIXED PRICE/ECONOMIC PRICE ADJUSTMENT
[ ] FIXED PRICE/PRICE REDETERMINATION
contract resulting from this solicitation.

L16A02 52.216-27 SINGLE OR MULTIPLE AWARDS (OCT 1995) FAR

L17C01 52.217-9002 CONDITIONS FOR EVALUATION AND ACCEPTANCE OF OFFERS FOR PART NUMBERED ITEMS (JUN 2006) DLAD

(a) The product described in the acquisition identification description (AID) of this solicitation is that product which the Government has determined to be acceptable. All Offerors shall indicate below, or through an alternative means in an electronic quoting system, whether they are offering an 'exact product,' an 'alternate product' (which includes a 'previously reverse-engineered product'), a 'superceding part number,' or a 'previously-approved product;' and shall furnish the data required for whichever is applicable. (To determine which type of product to indicate, Offerors must refer to the criteria in subparagraphs (b)-(e) of this provision, respectively.) Any product offered must be either a product cited in the AID, or be physically, mechanically, electrically, and functionally interchangeable with a product cited in the AID, including additional requirements referred to in the AID, if any.

Exact Product - Applies to CLIN(s):

(Vendor Fill-in)

Alternate/Previously Reverse-Engineered Product - Applies to CLIN(s): __________

(Vendor Fill-in)

Superceding Part Number - Applies to CLIN(s):

(Vendor Fill-in)

Previously-Approved Product - Applies to CLIN(s):

(Vendor Fill-in)

(b) 'Exact product.'
(1) 'Exact product' means a product described by the name of an approved source and its corresponding part number, as currently cited in the AID; modified (if necessary) to conform to any additional requirements set forth in the AID; and manufactured by, or under the direction of, that approved source. If an Offeror indicates that an 'exact product' is being offered, the Offeror must meet one of the descriptions in subparagraphs (i)-(iv) below. (Any Offeror not meeting one of these descriptions is not considered to be offering 'exact product;' even though the item may be manufactured in accordance with the drawings and/or specifications of an approved source currently cited in the AID.) For any offeror other than the manufacturer cited in the AID, the Contracting Officer may request evidence to demonstrate technical acceptability of the supplies offered. Evidence requested will generally include information tracing the supplies back to the original equipment manufacturer or its authorized distributor. As a minimum, evidence must be sufficient to establish the

CONTINUED ON NEXT PAGE



FROM:DSCC OFFICE OF COUNSEL 6146921889 01/23/2007 15:38 #030 P.037/047

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 25 OF PAGES 34 |
|---|---|---|

identity of the product and its manufacturing source. The Contracting Officer determines the acceptability and sufficiency of documentation or other evidence, at his or her sole discretion. If an offeror fails to provide the requested evidence/information or provides information that the Contracting Officer finds unacceptable, its offer may be rejected without further consideration under this solicitation.

(i) An approved source currently cited in the AID offering its corresponding part number as cited in the AID;

(ii) A dealer/distributor offering the product of an approved source that meets the description in subparagraph (i) above;

(iii) A manufacturer who (A) produces the offered item under the direction of an approved source currently cited in the AID; and (B) has authorization from that approved source to manufacture the item, identify it as that approved source's name and part number, and sell the item directly to the Government. If requested by the Contracting Officer, the Offeror must provide documentation to demonstrate such authorization, or other evidence of technical acceptability such as information that traces the supplies back to the original equipment manufacturer. Such evidence could be documentation obtained directly from the approved source or identification on a Web site maintained by the approved source confirming that the manufacturer is an acceptable source for the item identified by that approved source's name and part number. If evidence cannot be obtained directly from the approved source, this does not necessarily preclude acceptance of the offer, if the Offeror provides adequate documentation or other evidence allowing the Contracting Officer to determine the approved source has oversight of and involvement in the manufacturing process.

(iv) A dealer/distributor offering the product of a manufacturer that meets the description in subparagraph (iii) above. If requested by the Contracting Officer, the Offeror/Contractor must provide documentation that demonstrates such authorization or other evidence of technical acceptability such as information that traces the supplies back to the original equipment manufacturer or its authorized distributor. Such evidence could be documentation obtained directly from the approved source or identification on a Web site maintained by the approved source confirming that the item being offered is produced by a manufacturer that is an acceptable source for the item identified by that approved source's name and part number. If evidence cannot be obtained directly from the approved source or manufacturing source, this does not necessarily preclude acceptance of the offer, if the Contracting Officer can adequately document that the approved source has oversight of and involvement in the manufacturing process by other means.

(2) When the AID identifies the item being acquired as a critical safety item (CSI), offers of exact product will be evaluated in accordance with 52.211-9003.

(c) 'Alternate product.'

(1) The Offeror must indicate that an 'alternate product' is being offered if the Offeror is any one of the following:

(i) An Offeror who (A) manufactures the item for an approved source currently cited in the AID, and (B) does not have authorization from that approved source to manufacture the item, identify it as the approved source part number, and sell the item directly to the Government;

(ii) A dealer/distributor offering the product of a manufacturer that meets the description in subparagraph (i) above;

(iii) An Offeror of a previously reverse-engineered product that is not currently cited in the AID; or

(iv) Any other Offeror who does not meet the criteria in subparagraphs (b)(1), (d), or (e) of this provision.

(2) If an alternate product is offered, the Offeror shall furnish with its offer legible copies of all drawings, specifications, or other data necessary to clearly describe the characteristics and features of the alternate product being offered. Data submitted shall cover design, materials, performance, function, interchangeability, inspection and/or testing criteria, and other characteristics of the offered product. If the offered product is to be manufactured in accordance with data the Offeror has obtained from elsewhere within the Government, the Offeror shall either furnish the detailed data specified in this paragraph, or supply a description of the data package in its possession; i.e., basic data document and revision, the date the data was obtained and from whom (Government agency/activity). If the Offeror does not furnish the detailed data with its offer, the Contracting Officer will be unable to begin evaluation of the offered product until such time as the detailed data can be obtained from the Government agency/activity possessing the data. If the alternate product is a previously reverse-engineered product, the Offeror shall provide traceability documentation to establish that the offered item represents the item specified in the AID (i.e., invoice from an approved source or submission of samples having markings of an approved source); number of samples that were examined; the process/logic used; raw data (measurements, lab reports, test results) used to prepare drawings or specifications for the offered item; any additional evidence that indicates the reverse-engineered item will function properly in the end item; and any evidence that life cycle/reliability considerations have been analyzed.

(3) In addition, the Offeror may be required to furnish data describing the 'exact product' cited in the AID. The data required from the Offeror depends on the level of technical data describing the exact product, if any, available to the Government. The possible levels of technical data the Government may have and the corresponding data submission requirements for Offerors are identified in subparagraphs (a)-(d) below. For the item(s) being acquired under this solicitation, the level of data in the Government's possession and the corresponding requirements for data submission are identified in the AID; or, if not specified in the AID, are as follows: (buyer insert (a), (b), (c), or (d), as applicable, if AID does not identify). (If the level of data in the Government's possession and Offeror requirements for data submission are not identified in either the AID or in this subparagraph (c)(3), then subparagraph (a) below applies.)

(a) No data: This Agency has no data available for evaluating the acceptability of alternate products offered. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish drawings and other data covering the design, materials, etc., of the exact product cited in the AID, sufficient to establish that the Offeror's product is equal to the product cited in the AID.

(b) Adequate proprietary (i.e., limited rights) data: This Agency possesses adequate drawings and/or specifications for the exact product as cited in the AID, but such data are proprietary (i.e., limited rights) and shall be used only for evaluation purposes. The Offeror must furnish the data required in subparagraph (c)(2) of this provision, but is not required to submit data on the exact product.

(c) Inadequate data: This Agency does not have adequate data available for evaluating the acceptability of alternate products offered. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish drawings and other data covering the design, materials, etc., of the exact product cited in the AID, sufficient to establish that the Offeror's product is equal to the product cited in the AID.

(d) Adequate catalog data: This is a commercial off the shelf item. Adequate catalog data are available at the contracting office to evaluate alternate offers. In addition to the data required in subparagraph (c)(2) of this provision, the Offeror must furnish with its offer a commercially-acceptable cross reference list, or legible copies of all drawings, specifications or other data necessary to clearly describe the characteristics and features of the alternate product being offered, sufficient to establish that the Offeror's product is equal to the product cited in the AID. The Offeror is not required to submit data on the exact product.

(4) Except for indefinite delivery purchase orders (IDPOs), if this solicitation is automated (i.e., if the solicitation number begins with SPE, or begins with SP0 and contains 'T' or 'U' in the ninth position of the procurement instrument identification number (PIIN)), the Contracting Officer will not evaluate offers of alternate product (which includes offers of previously reverse-engineered product) for the current procurement. Instead, the Offeror shall submit a request to the location below for evaluation of the alternate product's technical acceptability for future procurements of the same item. The request for evaluation shall cite the National Stock Number (NSN) of the exact product and, as identified in this provision, include the applicable level of technical data on the alternate and exact products. All offers of alternate product will be handled in accordance with DLAD 17.7501(b)(4).

(i) For solicitation numbers beginning with SPE7 or SPE8, or beginning with SP0 and containing 'T' or 'U' in the ninth position of the PIIN:

Defense Supply Center Columbus
Directorate of Procurement
Alternate Offer Monitor, DSCC-PCA
P.O. Box 3990
Columbus, OH 43216-5590

(ii) For solicitation numbers beginning with SPE4, or beginning with SP0 and containing 'T' or 'U' in the ninth position of the PIIN:

Defense Supply Center Richmond
Office of the Competition Advocate
ATTN: DSCR-DU
8000 Jefferson Davis Highway
Richmond, VA 23297-5100

(iii) For solicitation numbers beginning with SPE5, or beginning with SP0 and containing 'T' or 'U' in the ninth

CONTINUED ON NEXT PAGE



From:DSCC OFFICE OF COUNSEL 6146921885 01/23/2007 15:38 #030 P.038/047

position of the PIIN:

Defense Supply Center Philadelphia
ATTN: Richard A. Ryons, DSCP-NASA
700 Robbins Avenue
Philadelphia, PA 19111-5096

(d) 'Superceding part number.'
(1) The Offeror must indicate that a 'superseding part number' is being offered if the offered item otherwise qualifies as an 'exact product,' except that the part number cited in the AID has been superseded. The Offeror may be requested to furnish data, or provide confirmation through some other means, sufficient to establish that there are no changes in the configuration of the part. However, if such data are unavailable, the Offeror may be required to furnish technical data as required in paragraph (c) for 'alternate products.' (If such data indicate there have been changes in the configuration of the part, the offered item must be identified as an 'alternate product.')
(2) For solicitation numbers beginning with SPE, any data to be furnished with an offer of a 'superseding part number' should be mailed to the buyer at the procuring activity address on the solicitation. (Uploading the information with the quotation, or including it in the 'Remarks' section, will make the offer a 'bid with exception,' causing it not to be evaluated.)
(e) 'Previously-approved product.'
(1) If the product offered has previously been furnished to the Government or otherwise previously evaluated and approved, the Offeror shall indicate in the space provided below, or through an alternative means in an electronic quoting system, the contract and/or solicitation number under which the product was furnished or approved.
CLIN NR(s) ______________________________ (Vendor Fill-in)
have been previously furnished or evaluated and approved under contract/solicitation number ______________ (Vendor Fill-in)
(2) If the product was furnished or evaluated and approved by a contracting activity different from the one issuing this solicitation, Offerors are advised that the Contracting Officer may not have access to records of another activity or other information sufficient to reasonably determine the offered product's acceptability. Therefore, in order to ensure that adequate data is available for evaluation, Offerors may elect to furnish with their offer the information requested by subparagraph (b) or (c) of this provision, whichever is applicable for the offered product. Offerors are advised that if the additional data is not furnished, the Government may not be able to evaluate the offer. (For solicitation numbers beginning with SPE, the information should be mailed to the buyer at the procuring activity address on the solicitation. Uploading the information with the quotation, or including it in the 'Remarks' section, will make the offer a 'bid with exception,' causing it not to be evaluated.)
(f) For all types of offers ('exact product,' 'alternate product,' 'superseding part number,' or 'previously-approved product'), Offerors shall provide the Contractor and Government Entity (CAGE) Code of the manufacturer and the part number being offered for each item in the solicitation.
(g) Failure to furnish adequate data and/or information as prescribed in subparagraph (b), (c), (d) or (e) of this provision (when required for the current procurement) within 10 business days or less, or as otherwise required by the Contracting Officer or elsewhere in this solicitation, may preclude consideration of the offer. For automated procurements, it is the responsibility of the Offeror when offering a 'superseding part number' or a 'previously-approved part number' to ensure that supporting documentation arrives at the contracting activity within 3 business days after the data is requested, or the offer may not be considered. The Agency will make every effort to determine, prior to award, the acceptability of the products offered which meet the dollar savings threshold shown below, and/or which have a reasonable chance to receive an award. Generally, the Agency will not evaluate alternate offers not meeting the dollar threshold. The savings potential is based on the cost of evaluation ($200.00 if only a local technical evaluation is involved, plus an additional $1,500.00 for each required Engineering Support Activity evaluation). If the time before proposed award does not permit evaluation and delay of award would adversely affect the Government, alternate offers will not be considered for the current procurement. Instead, they will be evaluated for technical acceptability for future procurements of the same item, if adequate data is submitted as stipulated above. When an alternate offer will not be considered for the current procurement, the Contracting Officer may request that the Offeror, at its discretion, provide a sample product for testing and evaluation in addition to the data required in this provision. Although not mandatory, Offerors are encouraged to provide the sample. This may facilitate the post-award evaluation and, if the alternate product is approved, increase the likelihood of its being added to the acquisition identification description in time for the next acquisition of the item. The Offeror shall not submit a sample product until requested to do so. The testing of the sample product will be done at a testing facility; therefore, the shipping instructions will be provided with the request. Unless otherwise specified in the solicitation, samples shall be submitted at no expense to the Government, may be damaged or destroyed during testing, and consequently may not be returned to the Offeror; samples that are not damaged or destroyed will be returned only at the Offeror's request and expense. For alternate offers not evaluated, the Offeror's complete technical data package will be returned.
(h) If Offerors desire to restrict the Government's use of data submitted for evaluation, the data must bear the appropriate legends as prescribed by FAR 52.215 1(e). In the event an award is made to an Offeror submitting data without the appropriate legend, the Government will have unlimited rights to its use as defined in DFARS 252.227 7013.
(i) It is the Government that determines if the documentation or other evidence furnished by an Offeror is adequate to satisfy the requirements in this provision. The Contracting Officer may at any time, pre-award or post-award, request evidence of the technical acceptability of the supplies offered in response to this solicitation. At a minimum, evidence must be sufficient to establish the identity of the product and its manufacturing source. The Contracting Officer determines the acceptability and sufficiency of documentation or other evidence, at his or her sole discretion. If the Contracting Officer requests evidence from a Contractor who received an award resulting from this solicitation, and the Contracting Officer subsequently finds the evidence to be unacceptable, or if the Contractor fails to provide the requested evidence, the award may be cancelled.

L22A01 52.222-24 PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE EVALUATION (FEB 1999) FAR

L33A01 52.233-2 SERVICE OF PROTEST (AUG 1996) FAR

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from

Contracting Officer: Ms. Brenda Williams
DSCC-FLG
P.O. Box 3990
Columbus, OH 43218-3990

Telephone: (614) 692-5399

L33D01 52.233-9000 AGENCY PROTESTS (SEP 1999) DLAD

L45E01 52.245-9003 GOVERNMENT PRODUCTION AND RESEARCH PROPERTY (APR 1985) DSCC

L52A01 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998) FAR

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):
http://www.dla.mil/j-3/j-336/icps.htm

L52A02 52.252-5 AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984) FAR

(a) The use in this solicitation of any Federal Acquisition regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of '(DEVIATION)' after the date of the provision.

(b) The use in this solicitation of any DoD FAR Supplement (DFARS) (48 CFR Chapter 2) provision with an authorized deviation is indicated by the addition of '(DEVIATION)' after the name of the regulation.

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Solicitation Number: SPM7LX-07-R-0001 | PAGE 37 OF PAGES 34 |
|---|---|---|

SECTION M

M11C01 52.211-9003 CONDITIONS FOR EVALUATION OF OFFERS OF GOVERNMENT SURPLUS MATERIAL (DEC 2004) DLAD

M11C02 52.211-9011 BUSINESS SYSTEMS MODERNIZATION (BSM) DELIVERY TERMS AND EVALUATION (MAY 2004) DLAD

M13D01 52.213-9C07 NOTE TO 52.213-9001, EVALUATION FACTOR FOR SOURCE INSPECTION (FEB 2004) DSCC

See Following Chart

| CLIN | NSN | No. of Orders |
|---|---|---|
| 0001 | 1095-01-456-4457 | 20 |
| 0002 | 1095-01-468-8589 | 20 |

NOTE: If this solicitation is intended to result in the award of a contract under which multiple orders may be placed, for evaluation purposes, it is anticipated that 20 orders will be issued during the entire term of the contract. The evaluation factor will be applied based on a presumption that each order issued under this contract will result in one origin inspection. If phased deliveries are required or offered, each phase of delivery will be presumed to result in one inspection.

M15C02 52.215-9002 SOCIOECONOMIC EVALUATION (OCT 1996) DLAD

M15C03 52.215-9003 JAVITS-WAGNER-O'DAY ACT ENTITY SUPPORT EVALUATION (DEC 1997) DLAD

M16D01 52.216-9007 EVALUATION OF OFFERS FOR INDEFINITE DELIVERY TYPE SOLICITATION (NOV 2003) DSCC

Subject to the terms and conditions of the solicitation relating to the evaluation of offers, the following procedure will be followed:
(a) When offers are requested on an ordering range basis, each CLIN will be evaluated as to price by:
[ ] applying a weighted factor of 18% to the first ordering range, 36% to the second ordering range, and 46% to the third ordering range to arrive at an average weighted unit price.
[X] applying a weighted factor of 5% to the first ordering range, 65% to the second ordering range, 25% to the third ordering range, and 5% to the fourth ordering range to arrive at an average weighted unit price.
This average weighted unit price will be multiplied by the estimated annual quantity that may be procured during the contract period to arrive at a total annual price for each CLIN. If the solicitation provides for separately priced option periods, average weighted prices will be calculated as described above for each option period and then added to the base contract period total to determine the total estimated price of that line item.
When ordering range prices are not requested, offers for each CLIN will be evaluated by multiplying the unit price by the estimated quantity that may be procured during the contract period to arrive at total price for each CLIN.
(b) In the event first article testing and/or technical data are required for any or all of the CLINS, the cost of such testing and data will be added to the appropriate CLIN or prorated based on the ratio of the estimated quantity for each

CLIN to the total estimated quantity of the various CLINs covering the same item (NSN). In the event an offeror is low only on one CLIN (where there are several CLINs for the same item) (NSN), the cost of testing and data pertaining to that CLIN will be added for evaluation purposes.
(c) When F.O.B. origin offers are authorized, transportation costs will be considered in evaluation and will be based on the best estimated quantity of each CLIN as specified elsewhere in this solicitation. Carload or truckload rates will be used to evaluate the cost of transportation for each CLIN unless the best estimated quantity would not constitute a

carload or truckload. In such case, Less than Carload (LCL) or Less than Truckload (LTL) rates will be used for evaluation

purposes.

BKC Ex. 1 028

28834

# SECTION L

## INSTRUCTIONS TO OFFERORS

Proposals will be evaluated in terms of both price and other evaluation factors in accordance with the evaluation criteria contained in this solicitation. Offerors should thoroughly read and understand the terms and conditions contained in the solicitation. Failure to provide any information requested in the solicitation, may render the offeror's proposal technically unacceptable and preclude it from any further consideration for contract award. Offerors should ensure that the information contained in their proposal is factual, accurate and complete. If the Government accepts the offer, it will contractually bind the successful offeror to the terms and conditions of the solicitations.

In addition to price, the Government will evaluate other business/technical factors in accordance with the evaluation criteria contained in the solicitation. These factors are deemed essential in order to determine the offer that best meets the Government's needs.

1. PRICE

Offerors shall submit a pricing proposal for the item(s) identified in the RFP's supplies or services with the offeror's insertions of its proposed prices for each contract line item on which the offeror is making a proposal.

2. PAST PERFORMANCE

Automated Best Value System (ABVS)

Each offeror will be assigned an ABVS score based upon its past performance.

Past Performance:

Past Performance information is maintained for performance under all procurements with the Defense Logistics Agency (DLA). Overall performance is evaluated as is performance in each Federal supply Class (FSC). [redacted] This information is used to generate ABVS ratings which are based on the following indicators:

Delivery Delinquencies

- Number
- Severity
- Contractor Caused Terminations, Cancellations, and Withdrawals

For administrative purposes, the delivery rating period excludes the most recent 60 days. For ABVS purposes, delinquent lines represent shipments not shipped and/or received in their entirety by the Contract Delivery Date (CDD).

Quality Complaints

- Product Nonconformance/Laboratory Test Failures
- Packaging Nonconformances

For administrative purposes, the quality rating period excludes the most recent 30 days.



From:DSCC OFFICE OF COUNSEL 6146921888 01/23/2007 15:36 #030 P.041/047

29 of 34

NOTE : The above 60 and 30 day offset periods are NOT grace periods.

ABVS rating does not determine an offeror's award eligibility, or technical acceptability, nor does it constitute a responsibility or non-responsibility determination.

[redacted] each offeror will be provided the opportunity to review their ABVS scores and negative historical performance data. For any questions or challenges to negative performance data, please forward requests/challenges to an ABVS Administrator at the below cited address, or telephone/fax an Administrator at one of the provided numbers:

Mail request to:
Defense Supply Center, Columbus
ATTN: DSCC-PB (ABVS)
P.O. Box 3990
[redacted]
Telephone Numbers: (614) 692-1381 or (614) 692-3383
Facsimile (FAX) Number: (614) 692-4170

When a discrepancy between contractor data and Government data occurs, the Government will make every effort to resolve the discrepancy expeditiously. However, the Government may make an award decision despite the existence of an unresolved challenge. The Government is the final authority for resolution of disputed data and its use in the source selection process.

<u>Other Past Performance Information:</u>

The offeror may provide past performance information, as follows, for consideration along with the offeror's ABVS score, in evaluating past performance:

(a) A list of contracts, commercial or government, performed within the past two years, limited to three (3) government and three (3) commercial contracts for the same or similar items. The offeror shall provide or include a point of contact (POC), address, telephone number, an average dollar amount of the contract per annum, the period of performance, and a sample listing of the items provided for under the commercial contracts. For any government contracts, provide the government agency, a (POC), telephone number, appropriate contract number, estimated dollar value of the contract, period of performance, and a sample listing of the items provided. The Government reserves the right to limit the number of references it decides to contact.

(b) A listing of any "problems" or discrepancies (includes shortages, overages, damages, defects, or misshipments, etc.) experienced within the past year for the contracts or customers reported in reference to paragraph 1a. Include a brief description of how these problems were addressed and remedied.

The offeror shall describe the extent of its past performance in the past two years for the contracts reported in response to paragraph (a) above for:

( ) Subcontracting with small, small disadvantaged, women-owned small business concerns
( ) Subcontracting with JWOD entities
( ) Participation in the DLA Mentoring Business Agreements Program

3. <u>DELIVERY</u>

See Section F of the solicitation for time, place and method of delivery or performance.

4. <u>SOCIOECONOMIC CONSIDERATIONS:</u>

In addition to the socioeconomic proposal required under K15C01, DLAD 52.215-9002, the offeror may propose participation by Historically Black Colleges and Minority Institutions.

5. <u>MENTORING BUSINESS AGREEMENTS PROGRAM</u> -

The offeror shall describe, as part of its proposal, its current or proposed participation in the DLA Mentoring Business Agreements (MBA) Program. Participants:

Cite your criteria for selecting a firm with whom to mentor. In addition provide the following information with all submissions:

a. Name, address, and office/plant location for offeror and potential small business concern participants.

b. Point of contact, job title, and phone number of all personnel involved in the development and oversight of any agreement from both parties. The Government reserves the right to limit the number of references it decides to contact.

c. The number of people employed by the small business concern.

d. Plans which identify new business ventures rather than expansion of existing agreements are preferred.

e. The mentoring plan shall specifically identify the areas of development assistance (i.e. management/technical) that will be provided. Provide a discussion of the areas chosen for mentoring.

f. Describe the scope of the plan (i.e. whether the plan will be specifically related to the requirements contained in this solicitation or will the plan cover other government and commercial contracts).

g. The offeror shall identify and describe the management control techniques that will be used to ensure compliance with any MBA requirement in any contract resulting from this solicitation. This should include the record keeping communication techniques and the methods to be used to control track performance.

Program Objectives:

Provide a chart indicating the milestones for program implementation.

Discuss and describe the measurements or yardsticks that will be utilized to determine if program objectives and goals have been met. Projections of successful program measurements should result in:

(i) an increase in the dollar value of subcontracts awarded to small business and small disadvantaged business concerns under DOD contracts;

(ii) an improvement in the level of small business/small disadvantage business participation in DOD, other Federal agencies, and commercial contracting opportunities

6. JWOD (Javits-Wagner-O-Day Entity Proposal) PROGRAM FACTORS

The offeror may provide a proposal as required under K15C02, DLAD 52.215-9004.

[redacted]

32 of 34

SECTION M

EVALUATION FACTOR FOR AWARD
NOTE: Addenda to FAR 52.212-5

General Basis for Award:

( ) **Multiple Awards:** The Government intends to make an award to the offeror that represents the best value to the Government. Additional awards for the same item or items may be made to offeror(s) representing the next best value(s). Award(s) will be made in the combination that will assure the Government needs in terms of delivery, quality, and price will be met during the life of the contract(s). However, the government will award no more than ____ contracts per NSN or CLIN groups as a result of the solicitation.

( X ) **Single or Split Awards:** The award of each individual item of supply specified in this solicitation will be made to the responsible offeror whose offeror conforms with the solicitation and is most advantageous to the Government. In making the best value determination, the Government will make a comparative assessment of the offerors.

All proposals will be evaluated to determine that the offered price(s) reflects a technical understanding of the requirement and those considered unrealistic may be rejected.

Evaluation Factors:

The Government will base the determination of best value on a comparative assessment of the offeror's prices, past performance, and other evaluation factors as identified in this solicitation. The determination of best value also considers the relative importance of the evaluation factors. All evaluation factors when combined are:

(X ) approximately equal to price; or

( ) significantly less important than price. As the evaluated price becomes more equal, relative importance of all other evaluation factors become more significant.

( ) significantly more important than price. As other evaluation factors become more equal, the evaluated price becomes more important.

The final award decision may be made through a trade-off between price and the non-price factors.

The following factors, ranked in descending order of importance, will be considered in the evaluation of proposals received under this solicitation:

1. Price
2. Past Performance
3. Proposed Delivery
4. Socioeconomic Support
5. DLA Mentoring Business Program
6. JWOD Program

1. PRICE:

The offered price will be evaluated as adjusted by price related evaluation factors identified in this solicitation and, if indicated, the following:



From:DSCC OFFICE OF COUNSEL 6146921889 01/23/2007 15:37 #030 P.045/047

33 & 34

( ) M15D04 – Weighted Average Price Evaluation Method (DSCC 52.215-9C19) (SEP 2000)

( X ) M16D01 – Evaluation of Offers for Indefinite Delivery Type Solicitations (DSCC 52.216-9C07) (MAY 2003)

( ) Other

The Government will also evaluate the reasonableness of offered prices.

2. <u>PAST PERFORMANCE EVALUATION FACTORS:</u>

Past performance includes but is not limited to, the offeror's record of conforming to specifications, to the standards of good workmanship, adherence to contract schedules, commitment to customer satisfaction, and cooperative behavior. The Government will use the past performance evaluation factors marked below:

( X ) Automated Best Value System (ABVS) (as defined below)
( X ) Socioeconomic Support
( X ) DLA Mentoring Business Program
( X ) JWOD

ABVS

The government will consider the offeror's ABVS score and any other information provided relating to the offeror's performance (see Section L). The Government will review and evaluate the offerors reputation for conforming to specifications, to the standards of good workmanship, adherence to contract schedules, commitment to customer satisfaction, and cooperative behavior.

The Government may solicit information from an offeror's customers and business associates; federal, state, and local government agencies; and from other persons and organizations as deemed necessary. The Government reserves the right to limit the number of references it decides to query and to contact references other than those provided by the offeror.

An offeror's ABVS rating is an indicator of performance risk and will be evaluated first on the basis of past performance in the same Federal Supply Class (FSC) as the supplies being solicited [redacted] The Contracting Officer may consider the volume of business on which the performance score is based as a measure of confidence in the FSC score. A vendor's overall score may also be evaluated when a satisfactory measure of confidence cannot be obtained from the FSC score or if a vendor has no FSC score. The Contracting Officer may also take into consideration any other available and relevant past performance data. An offeror with no performance history in any FSC procured by DLA will be identified as a new offeror and will not be scored by the ABVS on performance. However, any other available and relevant past performance data may be considered in rendering an award decision. Regardless, the status of being a new offeror will not be grounds for disqualification for an award. New offerors may be considered more favorably than scored offerors with a poor performance record. Also, the desirability of expanding the supplier base and possible competition enhancement in future procurements will be considered in the source selection decision when new offerors are present.

Additional information about ABVS and how to obtain your ABVS score can be found at [redacted]

34 of 34

## Socioeconomic Support, JWOD and DLA Mentoring Program

Performance will be considered on prior contracts for:

( ) Subcontracting with small, small disadvantaged, historically black colleges and universities, minority institutions and women-owned small concerns, including compliance with the requirements of FAR 52.219-8 - Utilization of Small Business Concerns, FAR 52.219-9 - Small Business Subcontracting Plan, and DFARS 252.219-7003 - Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DoD Contracts)

( ) Use of JWOD entities

( ) MBA performance

3. PROPOSED DELIVERY: Offerors will be evaluated based on their offered delivery as compared to the government's required delivery. Preference may be given for offered deliveries that are shorter than the required delivery.

4. SOCIOECONOMIC PROPOSAL

In addition to the information requested under provision K15C01 - DLAD 52.215-9002, which will be evaluated in accordance with provision M15C02 - DLAD 52.215-9003 as well as this provision, the extent of the proposed participation of historically black colleges and universities and minority institutions will be considered.

5. MENTORING BUSINESS AGREEMENT PROGRAM

See Provision M19C01 - DLAD 52.219-9002

6. JWOD SUPPORT

The information requested under provision K15C02 - DLAD 52.215-9004 will be evaluated in accordance with Provision M15C03 - DLAD 52.215-9005.

[illegible] Version

11/17

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE 1 OF 2 PAGES

2. AMENDMENT/MODIFICATION NO. 0001
3. EFFECTIVE DATE 2006 NOV 02
4. REQUISITION/PURCHASE REQ. NO.
5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SPM7L1
DEFENSE SUPPLY CENTER COLUMBUS
LAND SUPPLY CHAIN
PO BOX 3990
COLUMBUS OH 43218-3990
Initiator: Karen Robertson
PLCLGCH (614)692-7768 / FAX: (614)693-1572
E-mail: Karen.Robertson@dla.mil

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, State and ZIP Code)*

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.
X SPM7LX-07-R-0001
9B. DATED *(SEE ITEM 11)* 2006 NOV 02
10A. MODIFICATION OF CONTRACT/ORDER NO.
10B. DATED *(SEE ITEM 13)*

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the closing hour and date specified.

12. Accounting and Appropriation Data *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Return Amendment To:
Defense Supply Center Columbus
ATTN: DSCC-PBA (Bldg. 20, Room A2N233)
P.O. Box 3990
Columbus,OH 43218-3990

NSN: 1095-01-456-4457
Previous Opening/Closing Date: 2006 DEC 04
Extended to: 2006 NOV 17

This solicitation has a new closing date of November 17, 2006 (1:00 PM Eastern Standard Time), as this is a reissue of Solicitation

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*

15B. CONTRACTOR/OFFEROR

(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BKC Ex. 1 038

01/23/2007 15:20 #080 P.010/047 6145921889 FROM:DSCC OFFICE OF COUNSEL

| CONTINUATION SHEET | Reference Number of Document Being Continued: SPM7LX-07-R-0001-0001 | PAGE 2 | OF PAGES 2 |
|---|---|---|---|

SSP0750-06-R-4305.

All other terms and conditions remain the same

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Bid Protest*

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC. | ) | |
| Plaintiff | ) | |
| v. | ) | No. |
| THE UNITED STATES | ) | |
| Defendant | ) | |

AFFIDAVIT OF GREG MOONEY

I, Greg Mooney, President of Benchmade Knife Company, Inc., Plaintiff in the above-captioned matter, and hereby swears and affirms the following under penalties of perjury:

1. I am over the age of 18 years, otherwise competent to make this affidavit, and state as below based on my personal knowledge.

2. During the GAO protests, Benchmade conducted tests on the automatic, or "switchblade," knife offered by Gerber Legendary Blades in response to Solicitation SPM7LX-07-R-0001.

3. The automatic knife offered by Gerber differs in many respects from the automatic knife offered by Benchmade and was specifically requested by the Government in the Solicitation.

a. The safety locking mechanisms of the two knives are very different. The Benchmade knife has a push button blade opening mechanism with a safety on the spine to ensure that there is not an accidental opening of the knife. When a soldier wants to make sure the blade of the Benchmade automatic knife stays open, he/she would simply have to push the button opening the blade. The Gerber knife had a push button with an on/off safety on the face of the handle. To guarantee the blade of the Gerber model remains open in all situations, a soldier would have to push the button and then, assuming the soldier had enough time to do so in combat, take the extra step of locking the blade with the safety. This is due to the blade unlocking if it is hit on the spine. As tested in May, the knife fails if the blade is hit on the backside without the safety on. This happened with any upward thrusting motion.

b. The weight of Benchmade's knife is 3.9 ounces, as compared to Gerber's knife which is 7.0 ounces.

c. Benchmade's handle is a contoured aluminum handle that allows for ease of use in both the traditional and reverse grip. Gerber's handle is made of aluminum over steel liners and a steel spacer that adds weight and does not allow the user to effectively use the knife in the reverse grip.

d. Benchmade's blade is made of 154CM grade steel, which is not only hard but also durable. Gerber's blade is made of S30V grade steel, which is also hard but can be brittle. Tests show that S30V grade steel has a tendency to chip after hard use.

4. The only folding combat knifes that Benchmade is aware of in the DLA system for the past six to eight years have been Benchmade automatic knives. More than 95% of the automatic knives Benchmade has shipped to DLA have had the safety on the spine of the knife. As soldiers who have trained with these knives go to use Gerber switch blade knife, they will find a heavier more cumbersome product that operates in a significantly different manner.

5. Because the Gerber knife requires an extra essential step to keep its "switch blade" open and locked, Benchmade believes that the knife offered by Gerber is not interchangeable with the knife offered by Benchmade and sought by the Government in the Solicitation.

FURTHER AFFIANT SAYETH NOT

[signature]
GREG MOONEY, Affiant

State of OREGON

County/City of CLACKAMAS ; to wit

Subscribed and sworn to by Greg Mooney in my presence and in the jurisdiction aforesaid on this 3RD day of August, 2007.

[signature: Stacey E. Morgan]
Notary Public

OFFICIAL SEAL
STACEY E. MORGAN
NOTARY PUBLIC-OREGON
COMMISSION NO. 376545
MY COMMISSION EXPIRES MARCH 9, 2008

My commission expires: MARCH 9, 2008

AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) — RATING: DOA5 — PAGE 1 OF 8 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO.: SPM7LX-07-D-7026

3. EFFECTIVE DATE

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.

5. ISSUED BY — CODE SPM7L1

DEFENSE SUPPLY CENTER COLUMBUS
LAND SUPPLY CHAIN
PO BOX 3990
COLUMBUS OH 43218-3990
Local Administrator: PLCLSES (614)692-4345 /FAX: (614)693-1577
E-mail: Tonya.Norman@dla.mil

6. ADMINISTERED BY (If other than item 5) — CODE S2401A

DCMA TWIN CITIES
B H WHIPPLE FEDERAL BLDG RM 1150
1 FEDERAL DRIVE
FT SNELLING MN 55111-4007

Criticality: To be cited on each order — PAS: None

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

FISKARS BRANDS INC
14280 SW 72ND AVE
PORTLAND OR 97224-8010
US

8. DELIVERY: [ ] FOB ORIGIN [X] OTHER FOB Destination

9. DISCOUNT FOR PROMPT PAYMENT: NET 30 days

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN — ITEM 12

CODE [illegible] — FACILITY CODE

11. SHIP TO/MARK FOR — CODE

See Schedule - Do Not Ship to Address in Block 5

12. PAYMENT WILL BE MADE BY — CODE SL4701

DFAS BVDP (SL4701)
P.O. BOX 369031
COLUMBUS OH 43236-9031

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: X 10 USC 2304( ) ; 41 USC 253( )

14. ACCOUNTING AND APPROPRIATION DATA

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | See Section B Spreadsheet | | | | |

15G. TOTAL AMOUNT OF CONTRACT: See Next Page(s)

16. TABLE OF CONTENTS

| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 7 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COST | 3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | 8 |
| X | D | PACKAGING AND MARKING | 4 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 5 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 5 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 5 | | M | EVALUATION FACTORS FOR AWARD | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | | | |

17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number SPM7LX07R0001 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

(and amendments 0001)

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER: LORI A. ARCHIBALD

19B. NAME OF CONTRACTOR — BY ______ (Signature of person authorized to sign)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA — BY [signature] (Signature of Contracting Officer)

20C. DATE SIGNED: 12-21-06

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 26 (REV. 4-85)(EG)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

EXHIBIT 3

SKC Ex. 3 001

CONTINUATION SHEET | CONTINUATION OF SF 26 | REFERENCE NO. OF DOCUMENT BEING CONTINUED SPM7LX-07-D-7026 | PAGE 2 OF 8

NAME OF OFFEROR OR CONTRACTOR

G-ber Legendary Blades

## SECTION A

Notice to Vendor, DFAS, and DCMA:

DSCC and its related organizations, DSCP and DSCR, are transitioning to a new suite of business software, called Business Systems Modernization (BSM). Because of this transition, delivery orders issued for some NSNs under this contract will contain information, which will be different from current practices.

The differences are as follows:

- Delivery order number: The delivery order number will vary by one digit for orders issued in the BSM system. The third digit in the order number will be an "M".
  For example:
  - Non BSM order: SP0700-02-D-9781-0038*
  - BSM order: SP<u>M</u>700-02-D-9781-0038*
- Pay Office for BSM orders will be SL4701.
- The accounting cite used by BSM orders: 97X 4930 5CBX 001 2630 S33189.

Vendors need to ensure they use the above information, which will be on the actual delivery order, when invoicing or referencing this order.

## SECTION B

1. This is an Indefinite Quantity Contract. Supplies shall be ordered by the issuance of delivery orders against the basic contract. Do not ship any supplies until delivery orders are issued. The contract will become effective on the date in block 3 page 1 of the SF 26 and is for a period of one year. Contract Period: 12-21-2006 thru 12-20-2007.

2. The estimated annual demand value for the base year is $2,330,987.00.

3. Funds for the minimum dollar amount ($291,373.38) are chargeable to the accounting and appropriation data indicated in block 14 on page 1 of the SF 26 and are reserved by the funding request dated 12-21-2006.

Sectio. . preadsheet
Gerber Legendary Blades
SPM7LX-07-D-7026

| CLIN | NSN | ITEM NAME | UI | CAGE | PART NUMBER | CIC | PIC | QCC | ICC | DPAS RATING | PLACE OF INSPECTION SUPPLIES & PACKAGING | Contractor Stock Delivery (In Days) | QFD | Quantity Ranges From | Quantity Ranges To | Stock Unit Price Base Period | Stock Unit Price Option Year 1 | Stock Unit Price Option Year 2 | Stock Unit Price Option Year 3 | Stock Unit Price Option Year 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | 1095-01-456-4457 | COMBAT, KNIFE | EA | 0UAR7 | 22-01056DS | N | 2 | AA | 1 | DOA5 | Destination | 00 | 6403 | 325 | 3240 | $89.75 | $91.54 | $93.37 | $95.22 | $97.13 |
| | | | | | | | | | | | | | | 3247 | 12987 | $89.75 | $91.54 | $93.37 | $95.22 | $97.[illegible]3 |
| | | | | | | | | | | | | | | 12000 | 18233 | $89.75 | $91.54 | $93.37 | $95.22 | $97[illegible]3 |
| | | | | | | | | | | | | | | 18234 | 25972 | $89.75 | $91.54 | $93.37 | $95.22 | $97[illegible] |

SEE CLAUSE F11D09 FOR SUBSEQUENT QUANTITY DELIVERY

| CONTINUATION SHEET | Contract Number: SPM7LX-07-D-7026 | PAGE 4 OF PAGES 8 |
|---|---|---|

A04D01 52.204-9C06 DSCC Part 52 - SOLICITATION PROVISIONS AND CONTRACT CLAUSES STATEMENT (JUN 2006)

Full text of all DLAD/DSCC clauses listed within this individual solicitation are contained in the DSCC Part 52 - Solicitation Provisions and Contract Clauses, current version found at http://www.dscc.dla.mil/library/provisions_clauses/dsccmaster/

Also, the full text of FAR/DFARS clauses incorporated by reference may be accessed electronically at http://www.dla.mil/j-3/j-336/icps.htm The clauses/provisions incorporated by reference have the same force and effect as if they were in full text; however, those having no bearing on the instant acquisition become self-deleting. In the event of an inconsistency between text found in DSCC Part 52 and the individual solicitation/award, the provision of the individual solicitation/award shall govern.

A04D02 52.204-9C07 PAYMENT BY ELECTRONIC FUNDS TRANSFER (EFT) - CENTRAL CONTRACTOR REGISTRATION (CCR) DSCC.

Unless otherwise stated in the remarks section of this contract/order, the payment information contained in the CCR has precedence over any other payment information that may be printed in the Remittance Address field of this contract/order.

A11D01 52.211-9C41 DELIVERY INSTRUCTIONS FOR NEW CUMBERLAND, PA AND TRACY, CA (MAY 2004) DSCC

It is the vendor's responsibility to telephone the Consignee's Transportation Officer (Transport Control Prelodge Desk) as far in advance as possible to make arrangements for delivery of freight shipments (other than small parcels). Appointments for some bulk type shipments require a 7 - 10 day advance notice. Bills of lading must be annotated to reflect this requirement.

The following information must be provided to the Pre-Lodge Office:

Caller Company
Phone Number
Shipment Information: type of material, including hazardous information
Contract Number
NSN(s)
Number of Pieces/Weight on the Truck
TCN Information

Carriers may experience delays if notification requirements are not made.

[illegible]
Stock, Warehouse [illegible] - Phone [illegible]
[illegible] Warehouse [illegible] - Phone [illegible]
Tracy, CA

Defense Distribution Depot Susquehanna Pennsylvania
Phone [illegible]
New Cumberland, PA

SECTION B

B22D01 52.222-9C01 EEO COMPLIANCE NOTICE (AUG 2003) DSCC

If the contractor certifies in Provision FAR 52.222-22 and/or FAR 52.222-25 (or FAR 52.212-3 for commercial items) that it has NOT previously participated in a contract or subcontract subject to the Equal Opportunity Act or Affirmative Action Programs (requiring filing at the time of that award), and/or it has NOT filed the programs or plans required by these provisions, and/or if the contractor certifies he/she has 50 or more employees, then this award is subject to the contractor filing the required documents with the applicable Regional Office of the Department of Labor (see FAR 22.509) within 120 days after date of award.

SECTION D

D11C02 52.211-9010 SHIPPING DOCUMENTATION - MIL-STD-129P - TAKES PRECEDENCE OVER SCHEDULE (DEC 2005) DLAD (FARS DEV 05-03)

D11C03 52.211-9010 SHIPPING DOCUMENTATION - MIL-STD-129P - TAKES PRECEDENCE OVER SCHEDULE (DEC 2005) ALT I (DEC 2005) DLAD (FARS DEV 05-03)

D11C04 52.211-9013 SHIPPER'S DECLARATION OF DANGEROUS GOODS (AUG 2005) DLAD

Contractors shall complete and attach a prescribed Shipper's Declaration for Dangerous Goods Form and an Air Waybill for each TP1 or TP2 shipment containing dangerous or hazardous goods or materials. Dangerous goods and/or hazardous materials are those items defined or classified as such in Title 49, Code of Federal Regulations, and the International Air Transport Association (IATA) Dangerous Goods Regulations. Generally, dangerous goods are those items containing any dangerous material or substance which is flammable, corrosive, combustible, explosive, poisonous, toxic, radioactive, unduly magnetic, contains oxidizing agents or is otherwise hazardous.

Contractors shall not offer dangerous or hazardous goods or materials for transportation by military air until properly packaged, marked, and labeled in accordance with MIL-STD-129P and military publication, Preparing Hazardous Materials for Military Air Shipments, AFMAN 24-204 TM 38-250/NAVSUP PUB 505/MCO P4030.19H, DLAI 4145.3. This publication also contains instructions on how to properly complete the Shipper's Declaration for Dangerous Goods. Blank forms may be purchased through commercial means and can be viewed on the Internet at http://www.iata.org [illegible]

D11D01 52.211-9C11 PALLETIZATION REQUIREMENTS (OCT 2002) DSCC

D11D04 52.211-9C17 PACKING LIST/INVOICE/SHIPPING DOCUMENTS (SEP 2005) DSCC

(a) A packing list, invoice, or shipping documents shall accompany or be included in ALL shipments.
(b) The document(s) shall include the following: Complete MARK FOR including requisition (TCN) number; Order Number; CLIN; National Stock Number (NSN) or part number if NSN is not available; Shipment Number; Quantity; and Unit of Issue.
(c) In addition, for all DIRECT SHIPMENTS to overseas and domestic consignees, including shipments to Consolidation and Containerization Points, the documentation with complete MARK FOR INFORMATION is to be placed in a water-resistant envelope securely attached to the outside of the shipping container/exterior pack. (This paragraph (c) is not applicable to shipments to a Government Packing Facility).

D46D03 52.246-9C41 PACKAGING AND MARKING REQUIREMENTS (FEB 2006) DSCC

Packaging and marking requirements for items being procured shall be accomplished as stated herein (See Section B). The items identified in Section B shall be Preserved, Packaged, [illegible] Marked in accordance with MIL-STD-129P.

D47C01 52.247-9C12 REQUIREMENTS FOR TREATMENT OF WOOD PACKAGING MATERIAL (WPM) (JUL 2006) DLAD

(a) THIS CLAUSE ONLY APPLIES WHEN WOOD PACKAGING MATERIAL (WPM) WILL BE USED TO MAKE SHIPMENTS UNDER THIS CONTRACT.
(b) Definition.
Wood packaging material (WPM) means wood pallets, skids, load boards, pallet collars, wooden boxes, reels, dunnage, crates, frame and cleats. The definition excludes materials that have undergone a manufacturing process, such as corrugated fiberboard, plywood, particleboard, veneer, and oriented strand board (OSB).
(c) All Wood Packaging Material (WPM) acquired by DOD must meet requirements of International Standards for Phytosanitary Measures (ISPM) 15, 'Guidelines for Regulating Wood Packaging Materials in International Trade.' DOD shipments inside and outside of the United States must meet ISPM 15 whenever WPM is used to ship DOD cargo.
(1) All WPM shall comply with the official quality control program for heat treatment (HT) or kiln dried heat treatment (KD HT) in accordance with American Lumber Standard Committee, Incorporated (ALSC) Wood Packaging Material Program and WPM Enforcement Regulations (see http://www.alsc.org/).
(2) All WPM shall include certification/quality markings in accordance with the ALSC standard. Markings shall be placed in an unobstructed area that will be readily visible to

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Contract Number: SPM7LX-07-D-7026 | PAGE 5 | OF PAGES 8 |
|---|---|---|---|

inspectors. Pallet markings shall be applied to the stringer or block on diagonally opposite sides of the pallet and be contrasting and clearly visible. All containers shall be marked on a side other than the top or bottom, contrasting and clearly visible. All dunnage used in configuring and/or securing the load shall also comply with ISPM 15 and be marked with an ASLC approved DUNNAGE stamp.

(d) Failure to comply with the requirements of this restriction may result in refusal, destruction, or treatment of materials at the point of entry. The Agency reserves the right to recoup from the Contractor any remediation costs incurred by the Government.

SECTION E

E06D01 52.204-9C01 RECORDS RETENTION REQUIREMENTS (JUN 1980) DSCC

E46A02 52.246-2 INSPECTION OF SUPPLIES--FIXED-PRICE (AUG 1996) FAR

E46A17 52.246-15 CERTIFICATE OF CONFORMANCE (APR 1984) FAR

E46B11 252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (MAR 2003) DFARS

E46D01 52.246-9C01 ADDENDUM TO DFARS 252.246-7000, MATERIAL INSPECTION AND RECEIVING REPORT (FEB 2004) DSCC

When submitting a Material Inspection and Receiving Report, DD Form 250, electronically through Wide Area Workflow (WAWF-RA), contractors must print and provide a copy of the DD Form 250 with the material shipment.

E46D05 52.246-9C05 INSPECTION AT DESTINATION (NOV 1995) DSCC

E46D06 52.246-9C06 ACCEPTANCE AT DESTINATION (NOV 1995) DSCC

E46D10 52.246-9C10 WARRANTY - ACCEPTANCE OF SUPPLIES (FEB 2004) DSCC

E46D13 52.246-9C13 SUBSTITUTION OF ITEM AFTER AWARD (JAN 1999) DSCC

E46D25 52.246-9C25 COMMERCIAL WARRANTY (APR 1996) DSCC

The Contractor agrees that the supplies or services furnished under this contract ( ) (Vendor Fill-in) shall ( ) (Vendor Fill-in) shall not be covered by the most favorable commercial warranties the Contractor gives to any customer for such supplies or services and that the rights and remedies provided herein are in addition to and do not limit any rights afforded to the Government by any other clause of this contract. Attach a copy of the commercial warranty to this offer if applicable.

SECTION F

F11A06 52.211-16 VARIATION IN QUANTITY (APR 1984) FAR

(b) The permissible variation shall be limited to:

0 % (Percent) Increase 0 % (Percent) Decrease

This increase or decrease shall apply to the quantity at the line item level, or for phased delivery at the sub-clin level, as designated by item number followed by two alphas, i.e. 0001AA. The variation (if any) shall be shipped with the quantity for the line item, or for phased delivery the quantity specified for each sub-clin. Under no circumstances will the contractor ship a variation in quantity against any line item/sub-clin other than as specified in the delivery schedule.

F11A07 52.211-17 DELIVERY OF EXCESS QUANTITIES (SEP 1989) FAR

F11D05 52.211-9C14 TIME OF DELIVERY (FEB 2006) DSCC

The following Delivery Schedule applies to this award. See applicable TIME OF DELIVERY clause in Section F of the solicitation or see Amendment Number for additional information.

DELIVERY SCHEDULE

Item No. Quantity Days

SEE CONTINUATION SHEET PAGE# 6

Liquidated Damages ( ) is (X) is not applicable.

NOTE: Accelerated delivery is acceptable at no additional charge to the Government.

F42A02 52.242-15 STOP-WORK ORDER (AUG 1989) FAR

F42A05 52.242-17 GOVERNMENT DELAY OF WORK (APR 1984) FAR

F47A03 52.247-34 F.O.B. DESTINATION (NOV 1991) FAR

F47D01 52.247-9C02 SHIPPING INSTRUCTIONS (DOMESTIC) (MAY 2004) DSCC

F47D02 52.247-9C06 POINT OF CONTACT FOR TRANSPORTATION INSTRUCTIONS (MAY 2004) DSCC

(a) DCMA Administered Orders: Contact the Transportation Officer at the administering DCMA location.

(b) DSCC Administered orders: Contact the Defense Distribution Center (DDC), New Cumberland, PA. Shipping instructions should be requested by completing the form found at Attachment 1 of the DSCC Master Solicitation. The DSCC Master Solicitation is located at: http: [illegible]

Requests should be made by facsimile to 717-770-[illegible] or via email to delivery(at)dla.mil. A return fax number must be included with your faxed request. The DDC's hours of operation are Monday through Friday, 7:00 a.m. to 11:00 p.m. and Saturday from 8:00 a.m. to 4:30 p.m. excluding holidays.

Questions may be directed to the DDC at 1-800-456-[illegible].

F47D14 52.247-9C14 SHIPPING INSTRUCTIONS (JUL 1998) DSCC

Shipping instructions shall be provided with individual delivery orders. Destinations include various Department of Defense using activities (DSCC customers) and may include DSCC stock points.

SECTION G

G42D01 52.242-9C04 NOTES TO CONTRACT ADMINISTRATION OFFICE (JUL 1997) DSCC

a. Delinquency Reports - In accordance with FAR 42.1104 c, the Contract Administration Office may at any time initiate a report to advise the Administrative Contracting Officer and Inventory Control Manager (ICM) of any potential or actual delay in performance.

Address for ICM is as follows:

X DLA, Defense Supply Center Columbus
ATTN: DSCC- FLS
P.O. Box 3990
Columbus, OH 43216-3990

( ) b. Guaranteed Maximum Shipping Weights or Dimensions, DLAD 52.247-9000 is not applicable.

( ) c. This award has been made on the basis of Guaranteed Maximum Shipping Weights or Dimensions, DLAD 52.247-9000, as specified. Take action in accordance with DLAM 8105.1, Section 15-100.3, if it becomes evident that the guaranteed shipping characteristics will be exceeded, or if the contractor tenders delivery of less than the minimum size shipments specified, in order that action may be taken to adjust the contract price.

CLIN(s)

( ) d. Notice to Transportation Officer of the CAO. The commodity descriptions used in the evaluation of freight costs for this award are:

CONTINUED ON NEXT PAGE

SKC Ex. 3 005

NAME OF OFFEROR OR CONTRACTOR

Gerber Legendary Blades

# SECTION F

## F11D09 52.211-9C14 TIME OF DELIVERY (FEB 2006) DSCC (cont'd)

| CLIN | NSN | QUANTITY THAT MAY BE ORDERED ANY CALANDER MONTH (UP TO) | CONTRACTORS PROPOSED DELIVERY | EACH ADDITIONAL QTY | ADD (Days): |
|---|---|---|---|---|---|
| 0001 | 1095-01-456-4457 | 6483 | 60 | 3247 | 25 |

| CONTINUATION SHEET | Contract Number: SPM7LX-07-D-7026 | PAGE 7 OF PAGES 8 |
|---|---|---|

CLIN(s)

( ) a. Economic Price Adjustment (EPA): In accordance with FAR 42.302-(b)(7) total responsibility for effecting Economic Price Adjustments, is delegated to the ACO, conditioned on securing funds from DSCC Contract Administration Office. This responsibility also includes downward adjustments when warranted. DSCC will not review your decisions to adjust prices in accordance with EPA clause.

Part IV of the solicitation has been retained in the contract file in accordance with FAR 14.201-1(c) and FAR 15.204-1(b).

SECTION I

I03A06 52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) FAR

I04A04 52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000) FAR

I04A03 52.204-7 CENTRAL CONTRACT REGISTRATION (JUL 2006) FAR

I04B02 252.204-7003 CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992) DFARS

I04B04 252.204-7004 ALTERNATE A (NOV 2003) DFARS

I09E11 52.209-9217 QUALIFIED SUPPLIERS LIST (QSL) RETENTION REQUIREMENT (JUL 1999) DSCP

The contracting officer may recommend termination of the contractor's QSLM/QSLD status at any time for failure by the contractor to maintain qualification. Further, Government officials who have responsibility for establishing and maintaining the QSL may terminate the qualified status of a QSLM and/or QSLD concern if they determine that the concern has failed to maintain the qualifications required for such status. Maintenance of QSL status is a contractual requirement. Therefore the contracting officer may terminate the contract for default for failure to maintain such status.

I11A01 52.211-5 MATERIAL REQUIREMENTS (AUG 2000) FAR

I11A03 52.211-15 DEFENSE PRIORITY AND ALLOCATION REQUIREMENT (SEP 1990) FAR

I11C03 52.211-9004 PRIORITY RATING FOR VARIOUS LONG-TERM CONTRACTS (MAR 2000) DLAD

I15A05 52.215-8 ORDER OF PRECEDENCE -- UNIFORM CONTRACT FORMAT (OCT 1997) FAR

I15D11 52.215-9C04 PRODUCTION FACILITY CHANGES (APR 1995) DSCC

I16A15 52.216-18 ORDERING (OCT 1995) FAR

a Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued --

FROM: End date of Initial Contract

THROUGH: One year following contract date

I16A17 52.216-19 ORDER LIMITATIONS (OCT 1995) FAR

(a) Minimum Order. When the Government requires supplies or services covered by this contract in an amount of less than SEE PAGE # 21 of 34 Stock, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum Order. The Contractor is not obligated to honor - SEE PAGE # 21 of 34
(1) Any order for a single item in excess of Stock
(2) Any order for a combination of items in excess of
or
(3) A series of orders from the same ordering office within days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-1 of the Federal Acquisition Regulation (FAR), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) above, the contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within days after issuance, with written notice stating the contractor's intent not to ship the item (or items) called for and the reasons.

I16D05 52.216-9C03 CONTRACT PERIOD (MAR 1981) DSCC

(a) The contract period will be for one year beginning
[X] on date of award;
[ ] on a date to be specified not later than days after date of award.
The effective date of the contract will be stated in the award.
(b) If this solicitation provides for a partial set-aside, contracts awarded for the set-aside portion of this acquisition will contain the same terms and conditions as in this solicitation. The contract period for the set-aside portion will be adjusted to expire on the ending date for the non-set-aside contract. However, orders will be equitably distributed between the non-set-aside and the set-aside contracts based on the contract period of the non-set-aside contract.

I26B01 252.226-7001 UTILIZATION OF INDIAN ORGANIZATIONS, INDIAN-OWNED ECONOMIC ENTERPRISES, NATIVE HAWAIIAN SMALL BUSINESS CONCERNS (SEP 2004) DFARS

I32A01 52.232-1 PAYMENTS (APR 1984) FAR

I32A06 52.232-8 DISCOUNTS FOR PROMPT PAYMENT (FEB 2002) FAR

I32A08 52.232-11 EXTRAS (APR 1984) FAR

I32A22 52.232-25 PROMPT PAYMENT (OCT 2003) FAR

I32A28 52.232-33 PAYMENT BY ELECTRONIC FUNDS TRANSFER--CENTRAL CONTRACTOR REGISTRATION (OCT 2003) FAR

I32B02 252.232-7003 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (MAY 2006) DFARS

I33A01 52.233-1 DISPUTES (JUL 2002) FAR

I33A03 52.233-3 PROTEST AFTER AWARD (AUG 1996) FAR

I33A05 52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT (OCT 2004) FAR

I33C01 52.233-9001 DISPUTES; AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (JUN 2001) DLAD

(b) If you wish to opt out of this clause, check here [ ] (Vendor Fill-in.)

I39C01 52.239-9000 Y2K COMPLIANCE NOTICE (JUN 2002) DLAD

I43A01 52.243-1 CHANGES -- FIXED PRICE (AUG 1987) FAR

I47B02 252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA (MAY 2002) DFARS

I47B06 252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000) DFARS

I48A01 52.248-1 VALUE ENGINEERING (FEB 2000) FAR

I48D01 52.248-9C01 CONFIGURATION CONTROL - ENGINEERING CHANGES, DEVIATIONS AND WAIVERS (OCT 2000) DSCC

I49D01 52.249-9C00 ADDENDUM TO DLAD 52.249-9000 ADMINISTRATIVE COSTS OF REPROCUREMENT AFTER DEFAULT (JAN 2004) DSCC

The Contractor and the Government expressly agree that, in addition to any excess costs of repurchase, as provided in paragraph (b) of the 'Default' clause of the contract, or any

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Contract Number: SPM7LX-07-D-7026 | PAGE 8 OF PAGES 8 |
|---|---|---|

other damages resulting from such default, the Contractor shall pay, and the Government shall accept, the sum of $2,949.00 as payment in full for the administrative costs of such repurchase.

I52A01 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) FAR

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.dla.mil/j-3/j-336/icps.htm

I52A02 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) FAR

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter1) clause with an authorize deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any DoD FAR Supplement (DFARS) (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

I52A01 52.253-1 COMPUTER GENERATED FORMS (JAN 1991) FAR

SECTION J

J52001 LIST OF ENCLOSURES MADE A PART OF THIS CONTRACT:

| | | |
|---|---|---|
| Sub-Contracting Plan | dtd 17 No. 2007 | Encl # 1 |
| | dtd | Encl # |
| | dtd | Encl # |
| | dtd | Encl # |
| | dtd | Encl # |
| | dtd | Encl # |

I52D05 52.215-9Z06 NOTICE TO CONTRACTORS AND DEFENSE FINANCE AND ACCOUNTING SERVICES (DFAS) (JUN 2005) DSCC

-- Per FAR 15.204-1, Part IV of the solicitation/offer has been removed and retained in the contract file. Section K is hereby incorporated by reference. Therefore, the page numbers indicated on the front of the award and on the last page of the Continuation Sheet will not reflect the actual number of pages in the award document.

DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER, COLUMBUS
POST OFFICE BOX 3990
COLUMBUS, OH 43218-3990

IN REPLY REFER TO DSCC-G

March 5, 2007

Terry O'Connor, Esquire
Albo & Oblon, L.L.P.
Attorneys and Counselors at Law
Courthouse Plaza
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201

Re: Benchmade Knife Company, Inc., Solicitation SPM7LX-07-R-0001

Dear Mr. O'Connor:

This is in response to your letter dated February 27, 2007, that raised a variety of topics surrounding the contracting officer's decision to reevaluate award decisions made under Solicitation SPM7LX-07-R-0001.

While I appreciate the concerns expressed in your letter, every action the contracting officer has taken to date was a direct result of the protest filed by your client. As we prepared the contracting officer's report, issues came to light that necessitated corrective actions be taken as to the award to Gerber Legendary Blades (Gerber) under CLIN 0001. Only after completing this review on your protest, did the Contracting Officer turn her attention to see if the same mistakes were made in the evaluation that led to the award to Benchmade Knife Company, Inc. under CLIN 0002. She determined that the identical mistakes were made under both awards. Accordingly, the Contracting Officer decided that the best interest of the Government and fairness to all parties under both awards would be (1) to issue/maintain stop work orders against the contracts; and (2) to take no further contract administration action until both proposals as submitted are reevaluated consistent with the solicitation requirements.

After the contracting officer made these decisions, she received a protest from Gerber. I contacted Gerber's attorney, advised him of the decisions that had been made, and Gerber's attorney immediately agreed to withdraw the protest. Ideally, you should have been contacted at this point so that the circumstances could be explained, but instead I waited for written notification that the protest had been withdrawn before contacting you. Regardless of when you were notified, the Contracting Officer's actions since the filing of your client's protest have been strictly governed by her concern over maintaining the integrity of the procurement process, which ultimately resulted in her decision to reevaluate the proposals for both CLIN 0001 and CLIN 0002.

In reevaluating the proposals, the contracting officer will consider only the information in the proposals as submitted prior to the original award decision. Gerber has not submitted any additional past performance information. The past performance information Gerber referred to in its GAO protest was information submitted with its original proposal. Benchmade may review and challenge its ABVS score information at anytime, but only those challenges submitted prior

to the original award decision will be considered in reevaluating proposals under the subject solicitation.

Lastly, Benchmade's concern that this acquisition was not set aside for small business has already been considered by the Government Accountability Office and dismissed as untimely. Nonetheless, for this acquisition, the contracting officer did not have a reasonable expectation of receiving offers from at least two responsible small business concerns offering the products of different small business concerns (FAR 19.502-2(b)(1)). Benchmade is the only small business concern approved to manufacture the required item. The "rule of two" does not apply when multiple small businesses offer the product of a single small business concern.

We will immediately notify you when the reevaluations of the offers are completed and of what actions will be taken based upon those reevaluations.

Sincerely,

Gail L. Booth

GAIL L. BOOTH
Assistant Counsel, Contracts
Defense Supply Center Columbus



BKC Ex.4 002