ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC.<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | No. 07-593 C |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to the U.S. Court of Federal Claims Rule 7.1, Benchmade Knife Company, Inc. ("Benchmade") provides as follows for its mandatory disclosure statement:

1. Benchmade is a nongovernmental corporate party to a proceeding in this Court.

2. No parent corporation and no publicly held corporation owns 10% or more of Benchmade's stock.

Respectfully submitted,

Terrence M. O'Connor

Terrence M. O'Connor
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201
Telephone: (703) 562-3382
Facsimile: (703) 312-0415

*Counsel for Benchmade Knife Company, Inc.*

Dated: 8/6/07