**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **BENCHMADE KNIFE COMPANY, INC.** | ) | |
| **Plaintiff,** | ) | No. 07-593C |
| **v.** | ) | (Wheeler, T.) |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION OF GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC. TO INTERVENE**

Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber"), by its undersigned attorneys, hereby moves pursuant to RCFC 24(a) to intervene as Defendant-Intervenor in the above-captioned bid protest proceeding before this Court. Gerber is the awardee of the disputed contract and has been performing under the disputed contract. Therefore, Gerber is entitled to intervene as a matter of right in this bid protest proceeding, as provided for in RCFC Appendix C §§ 8.b., 12.

The undersigned counsel for Gerber participated in the initial status conference with the Court and counsel for the Plaintiff and the United States and stated Gerber's intention to move to intervene in this bid protest proceeding. No objection was raised at the initial status conference to Gerber's intervention.

Respectfully submitted,

s/ Philip A. Nacke
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Gerber Legendary Blades, Fiskars Brands, Inc.*

OF COUNSEL:
David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Dated August 8, 2007