**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **BENCHMADE KNIFE COMPANY, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No. 07-593C (Wheeler, T.) |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION TO INTERVENE**

The motion of Gerber Legendary Blades Division, Fiskars Brands, Inc. pursuant to RCFC 24(a) to intervene as Defendant-Intervenor in the above-captioned bid protest proceeding before this Court, good cause having been shown, is GRANTED. The Clerk shall serve counsel for all parties with this ORDER.

______________________________
Judge