**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **BENCHMADE KNIFE COMPANY, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No. 07-593C (Wheeler, T.) |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., MOVANT FOR INTERVENTION**

Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber"), movant for intervention as Defendant-Intervenor, pursuant to RCFC 7.1, states that its parent corporation is Fiskars Brands, Inc. ("Fiskars"). Gerber is a wholly-owned subsidiary of Fiskars. Fiskars Class A and K shares are publicly traded on the OMX Nordic Exchange.

Respectfully submitted,

s/ Philip A. Nacke
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Gerber Legendary Blades, Fiskars Brands, Inc.*

OF COUNSEL:
David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Dated August 8, 2007