**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., Plaintiff, | ) | |
| v. | ) | No. 07-593C (Wheeler, T.) |
| THE UNITED STATES, Defendant, | ) | |

# NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of the undersigned as counsel of record in this case for Defendant-Intervenor Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber").

Respectfully submitted,

s/ Philip A. Nacke
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399
E-Mail: pnacke@foley.com

*Counsel of Record for Defendant-Intervenor*
*Gerber Legendary Blades,*
*Fiskars Brands, Inc.*

Dated August 8, 2007