# In the United States Court of Federal Claims

No. 07-593C

(Filed: August 9, 2007)

```
*************************************** *
                                        *
BENCHMADE KNIFE COMPANY, INC.,          *
                                        *
                    Plaintiff           *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant           *
                                        *
and                                     *
                                        *
GERBER LEGENDARY BLADES DIVISION,       *
FISKARS BRANDS, INC.,                   *
                                        *
                    Defendant-Intervenor. *
                                        *
*************************************** *
```

ORDER

On August 8, 2007, counsel for Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber") filed a Motion to Intervene in the above-captioned bid protest, pursuant to Rule 24(a) of the Court's Rules. For good cause shown, Gerber's motion is GRANTED. Accordingly, Gerber shall henceforth be identified as "Defendant-Intervenor" in this action.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge