**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **BENCHMADE KNIFE COMPANY, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No. 07-593C<br>(Wheeler, T.) |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION TO SUBSTITUTE ATTORNEY OF RECORD**

Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber"), Defendant-Intervenor, through undersigned counsel and pursuant to RCFC 83.1(c)(4), hereby moves the Court to allow substitution of David T. Ralston, Jr. as attorney of record in the instant proceeding in place of Philip A. Nacke. By his signature below, Mr. Nacke consents to the substitution.

Respectfully submitted,

s/ David T. Ralston, Jr.
David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Gerber Legendary Blades Division, Fiskars Brands, Inc.*

I hereby consent.

s/ Philip A. Nacke
Philip A. Nacke

Dated August 9, 2007



WASH_2024476.1