**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **BENCHMADE KNIFE COMPANY, INC.**, ) | |
| **Plaintiff,** ) | No. 07-593C |
| **v.** ) | (Wheeler, T.) |
| **UNITED STATES OF AMERICA,** ) | |
| **Defendant.** ) | |

**ORDER GRANTING MOTION TO**
**SUBSTITUTE ATTORNEY OF RECORD**

The motion of Gerber Legendary Blades Division, Fiskars Brands, Inc., Defendant-Intervenor, pursuant to RCFC 83.1(c)(4), to substitute attorney of record in the above-captioned bid protest proceeding before this Court, good cause having been shown, is GRANTED. The Clerk shall serve counsel for all parties with this ORDER.

____________________________
Judge