**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **BENCHMADE KNIFE COMPANY, INC.** | |
| **Plaintiff,** | No. 07-593C |
| v. | (Wheeler, T.) |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**AFFIDAVIT OF APPOINTMENT**

I, David T. Ralston, Jr., hereby swear and affirm, under penalties of perjury, that I am appointed as attorney of record in the instant proceeding by Gerber Legendary Blades Division, Fiskars Brands, Inc. The appearance of my partner, Philip A. Nacke, as initial attorney of record was necessitated by the fact that I did not receive my Court of Federal Claims CM/ECF login ID and password until after 5:00 p.m. yesterday, August 8, 2007.

Dated: August 9, 2007

David T. Ralston, Jr.



WASH_2024529.1