**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

***Bid protest***

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant<br><br>and<br><br>GERBER LEGENDARY BLADES DIVISION, FISKAR BRANDS, INC.<br><br>Intervenor-Defendant | ) | No. 07-593C<br><br>Judge Wheeler |

**PROPOSED BRIEFING SCHEDULE PURSUANT TO COURT ORDER**

Pursuant to the Court's verbal order, at the conclusion of the August 7, 2007 telephonic initial status conference, directing the parties to file a joint proposed briefing schedule for the Government's Motion for Judgment on the Administrative Record, all parties have conferred and agreed upon the following proposed briefing schedule:

- Defendant's and Intervenor's Motion for Judgment on the Administrative Record shall be due no later than August 24, 2007.
- Plaintiff's Response/Cross-Motion for Judgment on the Administrative Record shall be due no later than September 7, 2007.
- Defendant's and Intervenor's Reply/Response shall be due no later than September 21, 2007.
- Plaintiff's Reply shall be due no later than September 28, 2007.

Dated August 9, 2007

Respectfully submitted,

s/ Terrence O'Connor

Terrence O'Connor
Stephanie Wilson
Albo & Oblon, LLP
Courthouse Plaza
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201
Tel: 703-312-0410
Fax: 703-312-0415

*Counsel for Plaintiff Benchmade Knife Co.*