# In the United States Court of Federal Claims

No. 07-593C

(Filed: August 10, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| BENCHMADE KNIFE COMPANY, INC., | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant | * |
| | * |
| and | * |
| | * |
| GERBER LEGENDARY BLADES DIVISION, | * |
| FISKARS BRANDS, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *************************************** | * |

ORDER

On August 9, 2007, counsel for the parties jointly submitted a proposed briefing schedule for cross-motions for judgment on the administrative record. The Court accepts the schedule as proposed, and directs the parties to observe the following deadlines:

1. Defendant's and Defendant-Intervenor's Motions for judgment on the administrative record are due by August 24, 2007;

2. Plaintiff's Response and Cross-Motion for judgment on the administrative record is due by September 7, 2007;

3. Defendant's and Defendant-Intervenor's Replies and Responses are due by September 21, 2007;

4. Plaintiff's Reply is due by September 28, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge