**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| BENCHMADE KNIFE COMPANY, INC., Plaintiff, v. THE UNITED STATES, Defendant, and GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., Defendant-Intervenor. | No. 07-593C (Wheeler, T.) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of the undersigned as counsel of record in this case for Defendant-Intervenor Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber").

Respectfully submitted,

s/ David T. Ralston, Jr.

David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399
E-Mail: dralston@foley.com

*Counsel of Record for Defendant-Intervenor Gerber Legendary Blades Division, Fiskars Brands, Inc.*

Dated August 10, 2007