**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| BENCHMADE KNIFE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GERBER LEGENDARY BLADES DIVISION,<br>FISKARS BRANDS, INC.,<br><br>Defendant-Intervenor. | No. 07-593C<br>(Wheeler, T.) |

**CORRECTED RULE 7.1 DISCLOSURE STATEMENT OF GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., DEFENDANT-INTERVENOR**

Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber"), Defendant-Intervenor, files this corrected RCFC 7.1 statement. Gerber states that it is a division of Fiskars Brands, Inc. Fiskars Brands, Inc. is a wholly-owned subsidiary of Fiskars Corporation, a Finnish corporation. Fiskars Corporation Class A and Class K shares are publicly traded on the OMX Nordic Exchange in Finland.

Respectfully submitted,

s/ David T. Ralston, Jr.
David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Gerber Legendary Blades Division, Fiskars Brands, Inc.*

OF COUNSEL:
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Dated August 14, 2007