**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| BENCHMADE KNIFE COMPANY, INC., Plaintiff, | |
| v. | No. 07-593C (Wheeler, T.) |
| THE UNITED STATES, Defendant, | |
| and | |
| GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., Defendant-Intervenor. | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE CORRECTED RULE 7.1 DISCLOSURE STATEMENT BY DEFENDANT-INTERVENOR**

The motion of Gerber Legendary Blades Division, Fiskars Brands, Inc., Defendant-Intervenor, to file a corrected RCFC 7.1 statement in the above-captioned bid protest proceeding before this Court, good cause having been shown, is GRANTED. The Clerk shall serve counsel for all parties with this ORDER.

____________________________
Judge