IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BENCHMADE KNIFE COMPANY, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 07-593C (Judge Wheeler) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of KENNETH S. KESSLER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Attention: Classification Unit
8th Floor

s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-0313
Facsimile: (202) 305-7643

Dated: August 14, 2007

CERTIFICATE OF FILING

I hereby certify that on August 14, 2007 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by

operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth S. Kessler