**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-593C (Wheeler, T.) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., | ) | |
| Defendant-Intervenor. | ) | |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**
**OF RECORD FOR GERBER LEGENDARY BLADES DIVISION,**
**FISKARS BRANDS, INC., DEFENDANT-INTERVENOR**

THE CLERK WILL PLEASE NOTE that the address and telephone and facsimile numbers of counsel of record for Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber"), Defendant-Intervenor, has changed to:

David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 295-4097
Facsimile: (202) 672-5399

Respectfully submitted,

s/ David T. Ralston, Jr.
David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Gerber Legendary Blades Division, Fiskars Brands, Inc.*

OF COUNSEL:
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Dated August 15, 2007