IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-593C |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO FILE THE ADMINISTRATIVE RECORD**

Defendant, United States, respectfully requests an enlargement of time of four calendar days, to and including August 20, 2007, within which to file the administrative record in this case. The record is currently due on August 17, 2007. This is our first request for an enlargement of time. Counsel for plaintiff, Terrence O'Connor, and counsel for defendant-intervenor, David T. Ralston informed the undersigned counsel that they do not oppose this request for an enlargement of time to file

The reason for this request is to due to delays in receiving the complete record from the agency. The administrative record in this case is based upon documents and issues that were not previously before the General Accounting Office. The gathering of those documents has required the assistance of the agency attorney assigned to this case, who, on account of a family emergency, was unable to gather all of the necessary documents in time to permit the timely filing of the administrative record. Notwithstanding that we have requested until August 20, 2007, to file the record, we will file the record as early as circumstances permit.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time, to and including August 20, 2007, in which to file the administrative record in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Dated: August 16, 2007

Attorneys for Defendant