IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-593C |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**MOTION FOR LEAVE TO FILE ON CD-ROM AND PAPER COPY**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The administrative record in this case is expected to exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. In addition, a sealed administrative record may not be filed electronically unless authorized by the Court. RCFC General Order 42A ¶ 7. Counsel for plaintiff and intervenor have been contacted and do not oppose this motion.

The administrative record consists of multiple documents. These materials can most efficiently be delivered to the Court and to the parties on a CD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. Filing on

CD-ROM also provides the most efficient and secure method for submission of the administrative record under seal.

In accordance with the Court's prior guidance, a courtesy hard copy of the record will be provided to the Court at the time of filing. For these reasons, defendant respectfully requests that this motion for leave to file on CD-ROM and paper copy be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Dated: August 17, 2007

Attorneys for Defendant