IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-593C |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | Bid Protest |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GERBER LEGENDARY BLADES | ) | |
| DIVISION, FISKARS BRANDS, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), defendant provides notice that it is filing the administrative record regarding plaintiff's protest.

The administrative record is contained on a CD-ROM. The CD-ROM contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter. The CD-ROM should be filed and maintained under seal pursuant to the Court's protective order.

In addition, a courtesy hardcopy of the administrative record is simultaneously being provided to the Court along with the CD-ROM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Dated: August 20, 2007

Attorneys for Defendant