# In the United States Court of Federal Claims

No. 07-593C
(Filed: August 21, 2007)

************************************* *
*
BENCHMADE KNIFE COMPANY, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
GERBER LEGENDARY BLADES DIVISION, *
FISKARS BRANDS, INC., *
*
Defendant-Intervenor. *
*
************************************* *

## ORDER

On August 17, 2007, Defendant filed a motion requesting leave to file the administrative record using a CD-ROM because the administrative record was expected to exceed the two megabyte size limitation applicable to electronic files, and the 50-page limitation requiring printed documents, pursuant to the Rules of the United States Court of Federal Claims ("RCFC") General Order 42A. Counsel for plaintiff and intervenor did not oppose the motion.

For good cause shown, Defendant's motion is GRANTED. Accordingly, the administrative record submitted to the Court on CD-ROM shall be admitted to the Record.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge