**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., Plaintiff, | ) | |
| v. | ) | No. 07-593C (Wheeler, T.) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., Defendant-Intervenor. | ) | |

**NOTICE OF NON-OBJECTION TO MOTION FOR LEAVE TO FILE CORRECTED RULE 7.1 DISCLOSURE STATEMENT OF GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., DEFENDANT-INTERVENOR**

Gerber Legendary Blades Division, Fiskars Brands, Inc., Defendant-Intervenor, has moved to file a corrected RCFC 7.1 statement. Counsel for plaintiff Benchmade Knife Company, Inc. and defendant United States have indicated they have no objection to the motion being granted.

Respectfully submitted,

s/ David T. Ralston, Jr.
David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Gerber Legendary Blades Division, Fiskars Brands, Inc.*

OF COUNSEL:
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Dated August 21, 2007