**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., Plaintiff, | ) | |
| v. | ) | No. 07-593C (Wheeler, T.) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., Defendant-Intervenor. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., DEFENDANT-INTERVENOR, TO FILE ITS MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber"), Defendant-Intervenor, hereby moves for an extension of time to file its motion for judgment on the administrative record and supporting brief from August 24, 2007 to August 28, 2007. Gerber seeks this extension to permit it additional time to review the administrative record, which was not received *in toto* until August 20, 2007. The additional time will also permit Gerber to review the filings by the United States, due August 24, 2007, prior to the filing of Gerber's motion and thereby avoid unnecessary duplication. Counsel for the plaintiff and the United States have consented to this motion.

Respectfully submitted,

s/ David T. Ralston, Jr.
David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Gerber Legendary Blades Division, Fiskars Brands, Inc.*

OF COUNSEL:
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Dated August 22, 2007