**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **BENCHMADE KNIFE COMPANY, INC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | No. 07-593C<br>(Wheeler, T.) |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., DEFENDANT-INTERVENOR, TO FILE ITS MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

The motion of Gerber Legendary Blades Division, Fiskars Brands, Inc., Defendant-Intervenor, for an extension of time to file a motion for judgment on the administrative record until August 28, 2007, all parties having consented and good cause having been shown, is GRANTED. The Clerk shall serve counsel for all parties with this ORDER.

______________________________
Judge