REDACTED VERSION

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

***Bid Protest***

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC.<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>GERBER LEGENDARY BLADES DIVISION, FISKAR BRANDS, INC.,<br><br>Intervenor-Defendant | ) | Case No. 07-593C<br><br>Judge Wheeler |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**<u>AMENDED COMPLAINT</u>**

Plaintiff, Benchmade Knife Company ("Plaintiff" or "Benchmade"), by and through its undersigned counsel, pursuant to Rules 7(a) and 15(a) of the Rules of the United States Court of Federal Claims, respectfully moves this Court for entry of an Order granting it leave to file the attached Amended Complaint ("Exhibit A") against Defendant United States ("Defendant" or "Government"), acting by and through the United States Department of Defense ("DOD"), Defense Logistics Agency ("DLA"), Defense Supply Center-Columbus ("DSCC").

Plaintiff received the Administrative Record in this case on August 20, 2007. Because counsel was out-of-town all week with another client, he did not receive a hard copy of the

REDACTED VERSION

Administrative Record until the afternoon of August 22.[1] Plaintiff brings this Motion now to include a claim based upon the Government's failure to follow FAR requirements for issuing solicitations for bundled procurements, as apparent from the Administrative Record.

Plaintiff attempted to contact Mr. Kenneth Kessler, counsel for the Government, before filing this Motion, but was unable to reach him as he is out of town until September 5. Intervenor-Defendant Gerber Legendary Blades Division, Fiskar Brands, Inc., has informed Plaintiff that it will oppose this Motion.

Dated August 28, 2007
(Electronically Filed)

Respectfully submitted,

s/ Terrence O'Connor

Terrence O'Connor
Stephanie Wilson
Albo & Oblon, LLP
Courthouse Plaza
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201
Tel: 703-312-0410
Fax: 703-312-0415

*Counsel for Plaintiff Benchmade Knife Co.*

[1] Although the hard copy of the Administrative Record was sent to Mr. O'Connor via Federal Express overnight delivery on August 20, the package did not arrive at his hotel until mid-morning of August 22.

REDACTED VERSION

**CERTIFCATE OF SERVICE**

I hereby certify that on the 28th day of August, 2007, a copy of the foregoing "PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Terrence O'Connor