**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

***Bid Protest***

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC.<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>GERBER LEGENDARY BLADES DIVISION, FISKAR BRANDS, INC.,<br><br>Intervenor-Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-593C<br><br>Judge Wheeler |

**ORDER**

Upon consideration of Plaintiff's Memorandum of Law in Support of its Motion for Leave to File Amended Complaint filed August 28, 2007, it is hereby

ORDERED that the Plaintiff is granted leave to file its Amended Complaint, attached as Exhibit A to Plaintiff's Motion for Leave to File Amended Complaint, and the Amended Complaint is deemed file as of the date of the entry of this Order.

ENTERED this ___________ day of ____________ , 2007.

_________________________
Thomas C. Wheeler
Judge