**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

***Bid Protest***

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GERBER LEGENDARY BLADES DIVISION, FISKAR BRANDS, INC.,<br><br>Defendant-Intervenor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-593C<br>Judge Wheeler |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF BENCHMADE KNIFE COMPANY TO FILE ITS RESPONSE AND CROSS-MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND TO MODIFY THE REMAINDER OF THE BRIEFING SCHEDULE**

Plaintiff Benchmade Knife Company, Inc. ("Benchmade"), hereby moves for an extension of time of four days to file its Cross-Motion for Judgment on the Administrative Record and Opposition to Defendant and Defendant-Intervenor's Motions for Judgment on the Administrative Record from Friday, September 7, 2007, to Tuesday, September 11, 2007. Benchmade seeks this extension following Defendant-Intervenor Gerber Legendary Blade Division, Fiskar Brands, Inc.'s ("Gerber") four-day extension of time to file its motion for judgment on the administrative record. For the convenience of the Court and the parties, Benchmade intends to submit a single, consolidated response to both Defendant's and Gerber's motions. The additional time will permit Benchmade to review Gerber's motion, which was

filed on

August 28, 2007. Plaintiff's counsel would also benefit from the extension because he has oral argument scheduled in another case before Senior Judge Smith this Friday, September 7.

Additionally, the parties have conferred and respectfully request that should the Court grant Plaintiff's motion for extension of time to file its Response/Cross-Motion, the remainder of the briefing schedule be modified as follows:

- Defendant and Defendant-Intervenor's Reply/Response shall be due no later than September 26, 2007.
- Plaintiff's Reply shall be due no later than October 3, 2007.

Counsel for Gerber and the United States have consented to this motion.

Dated September 5, 2007
(Electronically Filed)

Respectfully submitted,

s/ Terrence O'Connor

Terrence O'Connor
Stephanie Wilson
Albo & Oblon, LLP
Courthouse Plaza
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201
Tel: 703-312-0410
Fax: 703-312-0415

*Counsel for Plaintiff Benchmade Knife Co.*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

***Bid Protest***

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | Case No. 07-593C |
| Defendant, | ) | Judge Wheeler |
| and | ) | |
| GERBER LEGENDARY BLADES DIVISION, FISKAR BRANDS, INC., | ) | |
| Defendant-Intervenor. | ) | |

**ORDER GRANTING EXTENSION OF TIME**

The motion of Plaintiff Benchmade Knife Company for an extension of time to file its response to Defendant and Defendant-Intervenor's motions for judgment on the administrative record until Tuesday, September 11, 2007, is hereby GRANTED. The Court also accepts the modified schedule as proposed, and directs the parties to observe the following deadlines:

- Plaintiff's Response and Cross-Motion for Judgment on the Administrative Record is due by September 11, 2007.
- Defendant's and Defendant-Intervenor's Reply/Response are due by September 26, 2007.
- Plaintiff's Reply is due by October 3, 2007.

IT IS SO ORDERED.

Dated: ___________________

_______________________________
Judge Thomas C. Wheeler

**CERTIFCATE OF SERVICE**

I hereby certify that on the 5th day of September, 2007, a copy of the foregoing "CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF BENCHMADE KNIFE COMPANY TO FILE ITS RESPONSE TO DEFENDANT AND DEFENDANT-INTERVENOR'S MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND TO MODIFY THE REMAINDER OF THE BRIEFING SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Terrence O'Connor