# In the United States Court of Federal Claims

No. 07-593C

(Filed: September 6, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| BENCHMADE KNIFE COMPANY, INC., | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant | * |
| | * |
| and | * |
| | * |
| GERBER LEGENDARY BLADES DIVISION, | * |
| FISKARS BRANDS, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| ****************************************** | * |

ORDER

On August 28, 2007, Plaintiff filed a Motion for Leave to File an Amended Complaint in the above-captioned bid protest, pursuant to Rule 15(a) of the Court's Rules. Plaintiff wishes to add a new claim based upon information it learned from Defendant's Administrative Record. For good cause shown, Plaintiff's motion is GRANTED. The Clerk shall allow the filing of Plaintiff's Amended Complaint, attached as Exhibit A to Plaintiff's motion.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge