# In the United States Court of Federal Claims

No. 07-593C

(Filed: September 17, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| BENCHMADE KNIFE COMPANY, INC., | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant | * |
| | * |
| and | * |
| | * |
| GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., | * * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *************************************** | * |

ORDER

As agreed by the parties, oral argument on the cross-motions for judgment on the administrative record will be held in the above-captioned case at the National Courts Building, 717 Madison Place, NW in Washington, DC on October 25, 2007 at 10:00 AM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge