# In the United States Court of Federal Claims

No. 07-593C

(Filed: September 18, 2007)

| | |
|---|---|
| ***************************************** | * |
| | * |
| BENCHMADE KNIFE COMPANY, INC., | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant | * |
| | * |
| and | * |
| | * |
| GERBER LEGENDARY BLADES DIVISION, | * |
| FISKARS BRANDS, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| ***************************************** | * |

SCHEDULING ORDER

On September 5, 2007, counsel for Plaintiff submitted a proposed amended briefing schedule for cross-motions for judgment on the administrative record, to which counsel for Defendant and Defendant-Intervenor consented. The Court accepts the schedule as proposed, and directs the parties to observe the following remaining deadlines:

1. Defendant's and Defendant-Intervenor's Replies and Responses are due by September 26, 2007;

2. Plaintiff's Reply is due by October 3, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge