# In the United States Court of Federal Claims

No. 07-593C

(Filed: September 18, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| BENCHMADE KNIFE COMPANY, INC., | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant | * |
| | * |
| and | * |
| | * |
| GERBER LEGENDARY BLADES DIVISION, | * |
| FISKARS BRANDS, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *************************************** | * |

ORDER

On September 11, 2007, Plaintiff filed a Motion for Leave to Supplement the Administrative Record in the above-captioned bid protest. Plaintiff wishes to add two documents relating to the procurement at issue in this proceeding. Defendant and Defendant-Intervenor do not oppose Plaintiff's motion. For good cause shown, Plaintiff's motion is GRANTED. The Clerk shall allow the filing of Plaintiff's supplemental documents to the Administrative Record as Tab O, pages 390-395.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge