# In the United States Court of Federal Claims

No. 07-593C

(Filed: September 19, 2007)

*************************************** *
*
BENCHMADE KNIFE COMPANY, INC., *
*
Plaintiff *
*
v. *
*
THE UNITED STATES, *
*
Defendant *
*
and *
*
GERBER LEGENDARY BLADES DIVISION, *
FISKARS BRANDS, INC., *
*
Defendant-Intervenor. *
*
*************************************** *

ORDER

On August 28, 2007, Defendant-Intervenor filed a Motion for Leave to Supplement the Administrative Record in the above-captioned bid protest. Defendant-Intervenor wishes to add six documents relating to the procurement at issue in this proceeding. Plaintiff and Defendant do not oppose Defendant-Intervenor's motion. For good cause shown, Defendant-Intervenor's motion is GRANTED. The Clerk shall allow the filing of Defendant-Intervenor's supplemental documents to the Administrative Record as Tab P, pages 396-494.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge