**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., Plaintiff, | ) | |
| v. | ) | No. 07-593C (Wheeler, T.) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., Defendant-Intervenor. | ) | |

**CONSENT MOTION FOR LEAVE FOR**
**DEFENDANT AND DEFENDANT-INTERVENOR**
**TO EXCEED THE PAGE LIMITS IN THEIR REPLY BRIEFS**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber"), Defendant-Intervenor herein, upon behalf of itself and the United States, Defendant herein, hereby files this consent motion for leave to exceed the page limits established by RCFC 5.2(b)(2) for reply briefs containing a response to a motion.

In support of this Consent Motion, Defendant-Intervenor Gerber states as follows:

The Rules of this Court limit a party filing a reply brief to 30 pages in length where a response to a motion is included. RCFC 5.2(b)(2). In this proceeding, however, Plaintiff moved for leave to file its First Amended Complaint, which leave the Court granted on September 6, 2007, after the United States had already filed its Motion for Judgment on the Administrative

Record on August 24, 2007, and after Defendant-Intervenor Gerber had already filed its Motion for Judgment on the Administrative Record on August 28, 2007. Plaintiff's First Amended Complaint added a new Count IV relating to a "bundling" issue not encompassed within its original Complaint and, hence, not addressed in either the United States' or Gerber's Motions for Judgment on the Administrative Record. Because of the timing of filing of the First Amended Complaint, the reply brief will be the first opportunity for the United States and Gerber to file a motion for judgment on the administrative record with respect to the new Count IV of the First Amended Complaint.

Accordingly, the United States' and Gerber's reply briefs will include: (a) a reply to Plaintiff's opposition to Defendant's and Defendant-Intervenor's motions for judgment on the administrative record; (b) an opposition to Plaintiff's cross-motion for judgment on the administrative record; and (c) a further motion for judgment on the administrative record on Count IV of the First Amended Complaint. For the convenience of the Court and the parties, and in the interests of efficiency, the United States and Gerber desire to incorporate their respective motions for judgment on the administrative record with respect to Count IV of the First Amended Complaint into their respective reply briefs, rather than filing them as a separate document. In proposing to do so, however, both the United States and Gerber anticipate that their reply briefs will exceed the thirty-page limit otherwise imposed by the Court's Rules. Gerber therefore respectfully requests leave of Court to exceed the page limits imposed by RCFC 5.2(b)(2) and to file a combined reply brief/further motion for judgment on the administrative record that shall not exceed forty-five (45) pages in length. For consistency, and with the consent of the parties, Gerber also requests that the same leave be extended to the United States.

Gerber has conferred with counsel for the Plaintiff and the United States and has been authorized to advise the Court that Plaintiff and the United States do not object to this motion for leave for Defendant and Defendant-Intervenor to exceed the page limits with respect to their reply briefs.

**CONCLUSION**

For the foregoing reasons, Defendant-Intervenor Gerber respectfully requests that the Court grant this consent motion for leave for Defendant and Defendant-Intervenor to exceed the page limits in their reply briefs as described herein.

Respectfully submitted,

s/ David T. Ralston, Jr.
David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Defendant-Intervenor Gerber Legendary Blades Division, Fiskars Brands, Inc.*

OF COUNSEL:
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Dated: September 24, 2007