# In the United States Court of Federal Claims

No. 07-593C

(Filed: September 25, 2007)

****************************************
BENCHMADE KNIFE COMPANY, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

and

GERBER LEGENDARY BLADES DIVISION,
FISKARS BRANDS, INC.,

Defendant-Intervenor.
****************************************

ORDER

On September 24, 2007, counsel for Defendant-Intervenor, on behalf of itself and Defendant, filed a motion for leave to exceed the page limits established by Rule 5.2(b)(2). For good cause shown, Defendant-Intervenor's motion is GRANTED. Accordingly, Defendant and Defendant-Intervenor may each file a combined reply brief/further motion for judgment on the administrative record that shall not exceed 45 pages in length.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge