IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-593C |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | Bid Protest |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GERBER LEGENDARY BLADES | ) | |
| DIVISION, FISKARS BRANDS, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE BRIEF AND AMEND SCHEDULING ORDER**

Defendant, United States, upon its own behalf, respectfully requests an enlargement of time of seven calendar days, to and including October 3, 2007, within which to file our response/reply brief in this case, and to amend the scheduling order to conform the deadlines for all remaining filings to comport with the revised schedule. The Government's brief is currently due on September 26, 2007. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Terrence O'Connor, and counsel for defendant-intervenor, David T. Ralston informed the undersigned counsel that they do not oppose this request for an enlargement of time to file our response brief. In addition, for the sake of consistency, and with the consent of all parties, the parties request that the Court also amend the scheduling order to permit defendant-intervenor to submit its response/reply brief on the same date as the Government, October 3, 2007, and to permit plaintiff to file its reply brief on October 10, 2007.

There are several reasons for this request. First, additional time is needed to research and

address the new issues raised by plaintiff in its recently amended complaint. Plaintiff moved for leave to file its first amended complaint, which leave the Court granted on September 6, 2007, after the United States and defendant-intervenor Gerber had already filed their motions for judgment upon the administrative record. Plaintiff's first amended complaint added a new count IV relating to a "bundling" issue not encompassed within its original complaint and, therefore, not addressed in either the United States' or Gerber's motions for judgment upon the administrative record. Additional time is needed to research and address the factual and legal issues surrounding the new claim.

Second, the United States requires additional time to compile additional record documents and file them with the Court. Because we filed the administrative record before plaintiff amended its complaint to add the bundling issue, the record does not contain some of the documents that concern that issue. We intend to file the new documents with the Court prior to filing our response/reply brief and need additional time to compile and file those documents.

Third, the agency attorney assigned to assist the undersigned counsel with this case has had only limited availability during the past two weeks due to an urgent family medical matter. As a result, the agency has requested that we seek this one-week enlargement of time to provide it adequate time to assist in the drafting and review of the Government's response/reply.

The parties also jointly request that, if the the Court grants this motion for an enlargement of time, the Court amend the scheduling order to provide a commensurate amount of time for the remaining parties to submit their pending briefs. To this end, the parties request that the Court amend the scheduling order to provide that both defendant and defendant-intervenor Gerber be directed to file their response/reply briefs on or before October 3, 2007, and that plaintiff be permitted to file its reply brief on or before October 10, 2007. The parties

request no change to the scheduled date of oral argument in this case, currently set for October 25, 2007.

For the reasons set forth above, defendant respectfully requests that the Court grant this motion for an enlargement of time and to amend the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Dated: September 25, 2007

Attorneys for Defendant