IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BENCHMADE KNIFE COMPANY, INC., )
)
Plaintiff, )
)
v. ) No. 07-593C
) (Judge Wheeler)
)
THE UNITED STATES, ) Bid Protest
)
Defendant, )
)
and )
)
GERBER LEGENDARY BLADES )
DIVISION, FISKARS BRANDS, INC., )
)
Defendant-Intervenor. )

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE BRIEF AND AMEND SCHEDULING ORDER**

Defendant, United States, upon its own behalf, respectfully requests an enlargement of time of four calendar days, to and including October 9, 2007, within which to file our response/reply brief in this case, and to amend the scheduling order to conform the deadlines for plaintiff's remaining filing to comport with the following proposed schedule. The Government's brief is currently due on October 5, 2007. This is our third request for an enlargement of time for this purpose, the Court having previously granted two enlargements for a total of nine calendar days. Counsel for plaintiff, Terrence O'Connor, and counsel for defendant-intervenor, David T. Ralston, informed the undersigned counsel that they do not oppose this request for an enlargement of time. In addition, for the sake of consistency, and with the consent of all parties, the parties request that the Court also amend the scheduling order to permit plaintiff to file its reply brief on October 17, 2007.

The additional time is needed to complete the research into the new issues raised by

plaintiff in its recently amended complaint and to compile and file the additional documents to be included in a proposed supplement to the Administrative record. As set forth in our previous motion, plaintiff's first amended complaint added a new count IV relating to a "bundling" issue not encompassed within its original complaint and, therefore, not addressed in either the United States' or Gerber's motions for judgment upon the administrative record.

Responding to these issues has taken more time than initially anticipated. In addition, the undersigned Government counsel recently was called upon to assist in other urgent matters in this case, including preparing to defend the Government against a possible motion for a temporary restraining order. Moreover, the agency attorney and personnel necessary to assist the Government with the preparation and review of the Government's brief, and to supplement the record, are unavailable until early next week.

The parties jointly request that, if the the Court grants this motion for an enlargement of time, the Court amend the scheduling order to permit plaintiff to file its reply brief on or before October 17, 2007. The parties request no change to the scheduled date of oral argument in this case, currently set for October 25, 2007.

For the reasons set forth above, defendant respectfully requests that the Court grant this motion for an enlargement of time and to amend the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Dated: October 5, 2007

Attorneys for Defendant