# In the United States Court of Federal Claims

No. 07-593C

(Filed: October 9, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| BENCHMADE KNIFE COMPANY, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| and | * |
| | * |
| GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *************************************** | * |

## SCHEDULING ORDER

On October 5, 2007, counsel for Defendant submitted a motion for an enlargement of time to file its response to Plaintiff's motion for judgment on the administrative record. For good cause shown, Defendant's motion is GRANTED.

Additionally, Defendant's motion included a proposed amended briefing schedule, to which counsel for Plaintiff and Defendant-Intervenor consented. The Court accepts the schedule as proposed, and directs the parties to observe the following remaining deadlines:

1. Defendant's Reply and Response is due by October 9, 2007;
2. Plaintiff's Reply is due by October 17, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge