IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC., Plaintiff, | ) | |
| v. | ) | No. 07-593C (Judge Wheeler) |
| THE UNITED STATES, Defendant, | ) | Bid Protest |
| and | ) | |
| GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC., Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**<u>AN ENLARGEMENT OF TIME TO FILE RESPONSE BRIEF</u>**

Defendant, United States, respectfully requests an enlargement of time of one calendar day, to and including October 10, 2007, within which to file our response/reply brief in this case. The Government's brief is currently due on October 9, 2007. This is our fourth request for an enlargement of time, the Court having previously granted three enlargements for a total of 13 calendar days. Counsel for plaintiff, Terrence O'Connor, and counsel for defendant-intervenor, David T. Ralston, informed the undersigned counsel that they do not oppose this request for an enlargement of time.

The additional time is needed to complete the inter- and intra-agency review of the Government's brief and to file the additional documents that will be submitted to supplement the administrative record. As set forth in our previous motions, plaintiff's first amended complaint added a new count IV relating to a "bundling" issue not encompassed within its original complaint and, therefore, not addressed in either the United States' or Gerber's motions for

judgment upon the administrative record.

The parties have been working together to agree upon the documents to be included as a supplement to the administrative record and plan to file those documents on October 10, 2007. Meanwhile, the undersigned government attorney and agency attorney assigned to assist the Government with the preparation and review of the Government's brief in this case are continuing to work together to complete the motion to supplement the record and to complete the review required prior to filing the Governments final brief with the Court.

This motion seeks only to enlarge the filing date of the Government's reply/response brief. The parties request that the remaining dates set forth in the Court's October 9, 2007 scheduling order remain in effect, including the oral argument scheduled for October 25, 2007.

For the reasons set forth above, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Kenneth S. Kessler
KENNETH S. KESSLER
Trial Attorney

Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Dated: October 9, 2007

Attorneys for Defendant