# In the United States Court of Federal Claims

No. 07-593C

(Filed: October 10, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| BENCHMADE KNIFE COMPANY, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| and | * |
| | * |
| GERBER LEGENDARY BLADES DIVISION, | * |
| FISKARS BRANDS, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| ****************************************** | * |

ORDER

On October 9, 2007, counsel for Defendant submitted a motion for an enlargement of time to file its response to Plaintiff's motion for judgment on the administrative record. Defendant's motion is GRANTED. Accordingly, Defendant's Reply and Response is due by close of business on October 10, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge