# In the United States Court of Federal Claims

No. 07-593C

(Filed: October 16, 2007)

*************************************** *
*
BENCHMADE KNIFE COMPANY, INC., *
*
Plaintiff *
*
v. *
*
THE UNITED STATES, *
*
Defendant *
*
and *
*
GERBER LEGENDARY BLADES DIVISION, *
FISKARS BRANDS, INC., *
*
Defendant-Intervenor. *
*
*************************************** *

ORDER

On October 10, 2007, Defendant filed a Motion for Leave to Supplement the Administrative Record in the above-captioned bid protest. Defendant wishes to add two sets of documents relating to the procurement at issue in this proceeding. For good cause shown, Defendant's motion is GRANTED. The Clerk shall allow the filing of Defendant's supplemental documents to the Administrative Record as Tab Q, pages 495-515, and Tab R, pages 516-528.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge