**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

***Bid Protest***

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | Case No. 07-593C |
| Defendant, | ) | Judge Wheeler |
| and | ) | |
| GERBER LEGENDARY BLADES DIVISION, FISKAR BRANDS, INC., | ) | |
| Defendant-Intervenor. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF BENCHMADE KNIFE COMPANY TO FILE ITS REPLY AND FOR EXTENSION OF PAGE LIMITS**

Plaintiff Benchmade Knife Company, Inc. ("Benchmade"), hereby moves for an extension of time of one day to file its Reply/Response from October 17, 2007, to October 18, 2007. Plaintiff also requests leave to extend the page limit for its Reply/Response to 25 pages, because it will be responding to both opposing parties' briefs in one document. Counsel for Gerber and the United States have consented to this motion.

Dated October 17, 2007
(Electronically Filed)

Respectfully submitted,

s/ Terrence O'Connor

Terrence O'Connor
Stephanie Wilson
Albo & Oblon, LLP
Courthouse Plaza
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201
Tel: 703-312-0410
Fax: 703-312-0415
*Counsel for Plaintiff Benchmade Knife Co.*

**CERTIFCATE OF SERVICE**

I hereby certify that on the 17th day of October, 2007, a copy of the foregoing "CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF BENCHMADE KNIFE COMPANY TO FILE ITS REPLY AND FOR EXTENSION OF PAGE LIMITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Terrence O'Connor