**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| BENCHMADE KNIFE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GERBER LEGENDARY BLADES DIVISION, FISKARS BRANDS, INC.,<br><br>Defendant-Intervenor. | No. 07-593C<br>(Wheeler, T.) |

**SECOND DECLARATION OF EDGAR A. DALLAS**

I, Edgar A. Dallas, depose and state:

1. I am employed by Gerber Legendary Blades Division, Fiskars Brands, Inc. ("Gerber") as a Director of Research and Development. I make this declaration based on personal knowledge. I have previously provided a declaration in this matter, dated August 28, 2007.

2. As part of my employment responsibilities for Gerber, I oversee the design team that designed Gerber's combat knife, Gerber Part No. 01055DS, known as the 06 automatic tanto knife ("06 auto tanto knife"). This knife was approved by Defense Supply Center Columbus ("DSCC") as an alternative product under National Stock Number 1095-01-456-4457, Knife, Combat, as part of DSCC contract award SPM7LX-07-D-7026 to Gerber on December 21, 2006. I am advised that this knife is the subject of this bid protest action.

3. I have read the affidavit of Vance Collver dated September 11, 2007 submitted in this bid protest. Mr. Collver states at paragraph 2 that "[d]uring the GAO protests, Benchmade conducted tests on the automatic, or 'switchblade' knife offered by Gerber Legendary Blades in response to Solicitation SPM7LX-07-R-0001." The Gerber knife that Mr. Collver refers to in paragraphs 3 and 4 of his affidavit is apparently the same knife referred to in paragraph 2 of his affidavit. While I very much doubt that the knife described by Mr. Collver is the same knife Gerber supplied to DSCC in response to Solicitation SPM7LX-07-R-0001, Mr. Cullver's claims are wrong for the reasons I discuss in this declaration.

4. As Mr. Collver does not define "low shock force" or "sudden low force shock or whacks" in his affidavit, I interpret those terms to mean force levels lower than anticipated in foreseeable combat use. The Gerber knife will not fail under foreseeable combat conditions, the intended purpose for the knife. Contrary to Mr. Collver's claims in paragraphs 3 and 4 of his affidavit, the Gerber 06 auto tanto knife is not more prone to failure than the knife Benchmade offered in response to Solicitation SPM7LX-07-R-0001, nor is the Gerber knife prone to slipping under "low shock force." The Gerber 06 auto tanto knife will withstand force loads equal to or higher than the Benchmade knife offered in response to Solicitation SPM7LX-07-R-0001, and is not "more prone to low shock force failure" than the Benchmade knife.

5. Mr. Collver describes Benchmade's lock design as point (cylindrical blade cut out) to conical surface wedge (conical lock pin), and describes Gerber's lock design as a conical (conical blade cut out) to conical wedge (conical lock pin), and claims the Gerber design or manufacturing makes the Gerber knife prone to slipping when a low shock force is applied to the back spine of the blade. Robust knife locks are, in fact, made using the conical to conical wedge geometry employed by Gerber, [redacted]

[redacted] When these factors are designed in, which Gerber does, a self-locking mechanism of two opposing angles is achieved and failure from a low shock force does not occur. It is uncommon for a knife to experience a low force shock to the back spine of the blade when piercing, prying, cutting, twisting or chiseling.

6. Additionally, the surface to surface contact present in the Gerber plunge lock design versus point to surface contact present in the Benchmade plunge lock design means that the Gerber knife can withstand constant forces applied to the back of the blade because the load is distributed evenly over the conical pin surface and the conical wedge surface. In the point to surface design present in the Benchmade knife, the hard point of the knife cut out edge penetrates the soft surface of the conical pin when constant forces are applied to the back of the blade, causing permanent deformation damage to the locking mechanism. It is common for a knife to experience constant load force on the back of the blade when prying in all directions after piercing an object.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2007.

Edgar A. Dallas