**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>GERBER LEGENDARY BLADES DIVISION, FISKAR BRANDS, INC.,<br><br>Defendant-Intervenor. | ) | Case No. 07-593C<br>Judge Wheeler |

**AFFIDAVIT OF LES deASIS**

I, Les deAsis, CEO, founder and owner of Benchmade Knife Company, Inc., Plaintiff in the above-captioned matter, and hereby swears and affirms the following under penalties of perjury:

1. I am over the age of 18 years, otherwise competent to make this affidavit, and state as below based on my personal knowledge.

2. I have read the Second Declaration of Edgar A. Dallas dated October 4, 2007, submitted in this bid protest. Mr. Dallas maintains in Paragraph 4 that "The Gerber knife will not fail under foreseeable combat conditions, the intended purpose for this knife." In my professional and technical expertise, and based upon recent empirical evidence gathered by the Army testing

laboratory in Fort Bliss, I strongly disagree with Mr. Dallas's claims that the Gerber knife is not more prone to failure than the Benchmade knife.

3. In early June 2007, Benchmade learned that the Army Evaluation Task Force at Fort Bliss, Texas had received a shipment of Gerber knives instead of the Benchmade knives they had expected, and that the Army testing laboratory in Fort Bliss had conducted an independent evaluation and testing of the Gerber automatic knives, where 100% of the Gerber knives failed completely. After determining that the Gerber knives were unsafe, the Army testing laboratory contacted us, briefed us about the problems with the Gerber knife, and we supplied them with Benchmade knives to replace the Gerber knives,

4. Benchmade obtained a copy of the Department of the Army's "Memorandum For Record" discussing the failure of the Gerber automatic knives, which is attached to this Affidavit as Exhibit A. The memorandum discusses the pros and cons of the Gerber knives and concludes that the Gerber knives are unsafe, that the blade locking device failed repeatedly, and that all of the knives received failed. The memorandum recommended that the Gerber knives not be used.

5. Both Benchmade's 9050 NSN and 9100 NSN knives have been in the DLA/DSCC procurement system for many years, and as a result, have been carried regularly into battle into Afghanistan and Iraq. Both the 9050 and the 9100 feature identical engineered lockface geometries and function identically to each other with regard to blade deployment and robust lockup. They have slightly different ergonomic and blade shapes, but are mechanically identical. These knives have been issued in far greater numbers of their contract spans than the current Gerber models, and Benchmade has received no reports of lock failure for these knives, as compared to the failure rate of the current Gerber model. In 2004, Benchmade was the recipient

of the DLA Vendor Excellence Award, given to only 10 companies from a field of tens of thousands of suppliers. The relevant award citation to this was zero defects.

6. Mr. Dallas's discussion of the "surface to surface" contact in Gerber's plunge lock design may accurately describe the Gerber knife's ability to withstand forces in a "constant force" load situation. However, the "real world" use failures experienced in the field under significantly less than foreseeable combat conditions indicates that this "surface to surface" contact plunge lock design renders the Gerber knife more prone to failure than the Benchmade knife under these conditions.

FURTHER AFFIANT SAYETH NOT

LES deASIS, Affiant

State of Arizona

County/City of Maricopa to wit Scottsdale

Subscribed and sworn to by Les deAsis in my presence and in the jurisdiction aforesaid on this 18 day of October, 2007.

Suzanne Amorese
Notary Public

My commission expires: 11/15/10

SUZANNE AMORESE
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
November 15, 2010

**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 5th BRIGADE COMBAT TEAM
ARMY EVALUATION TASK FORCE
FORT BLISS, TEXAS 79916

ATZC-AETF-SAMG

20 AUGUST 2007

MEMORANDUM FOR RECORD

**SUBJECT: EVALUATION OF GERBER AUTOMATIC KNIFE**

The Gerber 06 Automatic Opener Knife (DROP POINT), was sent to our Supply Room after we ordered what used to be the BENCHMADE 9050 NSN. Most Infantry Soldiers in the Army are familiar with the Benchmade 9050, and we had the NSN from 2003, so we placed an order for 10. We received the Gerber knife in its place, and found out rather quickly that the blade locking mechanism failed on these knives when the blade was tapped from behind at certain pressures. We quickly deemed these knives UNSAFE, and replaced them with better knives.

**PROS: The Gerber 06 Automatic has an over-sized release button, which makes this knife an easy opener, especially when wearing gloves. The end of the knife has a stainless steel striker and a lanyard hole, so the knife may be tied down. The knife has a half serrated blade, and a solid handle. The blade is subdued.**

**CONS: The blade locking device failed when the knife is inverted, and tapped on the back of the blade. The knife doesn't open as quickly as other knives. The blade is large in comparison to other knives.**

**CONCLUSION: The knives we received were unsafe. The blade locking device failed repeatedly. Knives are meant to be used and abused. Out of the 10 knives we received ALL 10 KNIVES FAILED. They did not fail always, and they did not fail at the same pressure, but they all failed. This is a safety hazard, and our recommendation is to not use these knives.**

TESTED IN MAY 2007
TESTED AT FT BLISS TX
TESTED BY: THE ARMY EVALUATION TASK FORCE 5-1 BCT 1st ARMORED DIVISION FT BLISS TEXAS

//ORIGINAL SIGNED\\

SFC KEVIN REAGAN
BDE SMALL ARMS MASTER GUNNER
BLDG 2440
FT BLISS TX 79906
(915) 568-6417



EXHIBIT A