**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
***Bid protest***

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07-593C |
| | ) | |
| THE UNITED STATES | ) | Judge Wheeler |
| | ) | |
| Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GERBER LEGENDARY BLADES DIVISION, FISKAR BRANDS, INC. | ) | |
| | ) | |
| Intervenor-Defendant | ) | |
| | ) | |

**PLAINTIFF'S SECOND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Pursuant to Rule 7(b) of the United States Court of Federal Claims, Plaintiff Benchmade Knife Company, Inc., hereby moves for leave to supplement the Administrative Record ("AR") in this proceeding with the addition of an August 20, 2007 Department of the Army memorandum evaluating the Gerber automatic knife at issue in this protest. A copy of that memorandum is attached as Exhibit 1 to this Motion.

This Court has recognized certain circumstances in which it may grant a party's request to supplement the administrative record. These circumstances include "when the agency failed to consider factors which are relevant to its final decision" and "cases where evidence arising after the agency action shows whether the decision was correct or not." *Emerald Coast Finest Produce Co. v. United States*, 75 Fed. Cl. 549, 553 (2007) (citing *Esch v. Yeutter*, 876 F.2d 976,

991 (D.C. Cir. 1989)). This Court should grant Plaintiff's motion and consider this extra-record evidence because it meets both of these *Esch* exceptions.

The document with which the Plaintiff seeks to supplement the AR is a "Memorandum for Record" signed by SFC Kevin Regan at Fort Bliss, Texas. The subject of this memorandum is the Department of the Army Evaluation Task Force's evaluation of the Gerber automatic knife at issue in this protest. The Army Evaluation Task Force received ten Gerber automatic knives and determined that *all ten* of these knives failed. The Gerber knives were deemed unsafe and the memorandum recommended that the Gerber automatic knives not be used.

Plaintiff seeks to supplement the AR with this memorandum, because it supports Plaintiff's claim that "the agency failed to consider factors which are relevant to its final decision," i.e., whether the Gerber knife is an acceptable substitute for the Benchmade knife that was specifically sought in the Solicitation. The Solicitation stated that an alternate knife would be "acceptable" if it was "physically, mechanically, electrically, and functionally interchangeable" with the Benchmade knife. The Army Evaluation Task Force's conclusion that *all ten* of the ten Gerber automatic knives it received failed supports Plaintiff's claim that the Agency did not conduct a proper evaluation of the Gerber knife. Presumably had the Agency conducted an independent evaluation of the knife, that evaluation would have turned up the same flaws that were discovered by the Army Evaluation Task Force and the Agency would have also concluded that the Gerber knives were unsafe and therefore not interchangeable with the Benchmade knife.

This memorandum is also "evidence arising after the agency action shows whether the decision was correct or not." As discussed above, *every single* Gerber knife tested by the Army

Evaluation Task Force failed, and the Task Force deemed the Gerber knives to be unsafe and recommended that they not be used. This evidence demonstrates that the Agency's determination that the Gerber knives were interchangeable with the Benchmade knives was incorrect, and that the Agency's determination that the Gerber knife was an acceptable substitute under the terms of the Solicitation was arbitrary and capricious.

For the foregoing reasons, Plaintiff respectfully requests that the Court grants its Second Motion to Supplement the Administrative Record with the documents attached to this motion as described herein.

Respectfully submitted,

s/ Terrence M. O'Connor
Terrence M. O'Connor
Stephanie D. Wilson
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard, Suite 1201
Arlington, Virginia 22201
Telephone: (703) 562-3382
Facsimile: (703) 312-0415
*Counsel for Benchmade Knife Co., Inc.*

Dated: October 22, 2007
(electronically filed)

**CERTIFICATE OF FILING**

I hereby certify that on this 22nd day of October, 2007, a copy of the foregoing "PLAINTIFF'S SECOND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Terrence M. O'Connor

DEPARTMENT OF THE ARMY
HEADQUARTERS, 5th BRIGADE COMBAT TEAM
ARMY EVALUATION TASK FORCE
FORT BLISS, TEXAS 79916

ATZC-AETF-SAMG

20 AUGUST 2007

MEMORANDUM FOR RECORD

**SUBJECT: EVALUATION OF GERBER AUTOMATIC KNIFE**

The Gerber 06 Automatic Opener Knife (DROP POINT), was sent to our Supply Room after we ordered what used to be the BENCHMADE 9050 NSN. Most Infantry Soldiers in the Army are familiar with the Benchmade 9050, and we had the NSN from 2003, so we placed an order for 10. We received the Gerber knife in its place, and found out rather quickly that the blade locking mechanism failed on these knives when the blade was tapped from behind at certain pressures. We quickly deemed these knives UNSAFE, and replaced them with better knives.

**PROS:** The Gerber 06 Automatic has an over-sized release button, which makes this knife an easy opener, especially when wearing gloves. The end of the knife has a stainless steel striker and a lanyard hole, so the knife may be tied down. The knife has a half serrated blade, and a solid handle. The blade is subdued.

**CONS:** The blade locking device failed when the knife is inverted, and tapped on the back of the blade. The knife doesn't open as quickly as other knives. The blade is large in comparison to other knives.

**CONCLUSION:** The knives we received were unsafe. The blade locking device failed repeatedly. Knives are meant to be used and abused. Out of the 10 knives we received ALL 10 KNIVES FAILED. They did not fail always, and they did not fail at the same pressure, but they all failed. This is a safety hazard, and our recommendation is to not use these knives.

TESTED IN MAY 2007
TESTED AT FT BLISS TX
TESTED BY: THE ARMY EVALUATION TASK FORCE 5-1 BCT 1st ARMORED DIVISION FT BLISS TEXAS

//ORIGINAL SIGNED\\

SFC KEVIN REAGAN
BDE SMALL ARMS MASTER GUNNER
BLDG 2440
FT BLISS TX 79906
(915) 568-6417



EXHIBIT 1

10/17/2007 15:19 5127168677 SYLVAIN BEAUDIN PAGE 01/01