**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
***Bid protest***

| | | |
|---|---|---|
| BENCHMADE KNIFE COMPANY, INC.<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant<br><br>and<br><br>GERBER LEGENDARY BLADES DIVISION, FISKAR BRANDS, INC.<br><br>Intervenor-Defendant | ) | No. 07-593C<br><br>Judge Wheeler |

**PLAINTIFF'S THIRD MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Pursuant to Rule 7(b) of the United States Court of Federal Claims, Plaintiff Benchmade Knife Company, Inc., hereby moves for leave to supplement the Administrative Record ("AR") in this proceeding with the addition of two documents related to a prior GAO protest involving the procurement at issue in this proceeding.

The Rules of this Court state that the administrative record of a bid protest proceeding should contain "correspondence between the agency and the protester, awardee, or other interested parties relating to the procurement." RCFC App. C, ¶ 22(i). The Administrative Record filed by the Defendant on August 20, 2007, does not include two e-mails, dated June 8, 2007, and July 26, 2007, from Matthew O. Geary, Senior Counsel for DSCC, to Terry O'Connor,

counsel for Plaintiff. These e-mails are evidence that, during the course of the GAO protests, Benchmade discovered flaws in the Gerber knife that indicated that the Gerber knife was not "interchangeable" with the Benchmade knife and that Benchmade had provided this information to DSCC. Because Gerber is challenging the timeliness of Benchmade's interchangeability claim, these documents are relevant and material to the Court's resolution of the issues raised by the Complaint and the parties' Cross-Motions for Judgment on the Administrative Record.

Accordingly, to assist the Court in resolving the issues before it and to ensure the Court's decision is informed by a complete record of the administrative proceedings involving this procurement, Plaintiff Benchmade seeks leave to supplement the Administrative Record with the June 8, 2007 e-mail from Matthew O. Geary to Terry O'Connor (attached as Exhibit 1 to this Motion), and the July 26, 2007 e-mail from Matthew O. Geary to Terry O'Connor, Frank Murray, David Ralston, and Seth Berenzweig (attached as Exhibit 2 to this Motion). This document falls within those records described in RCFC App. C. ¶ 22(i) and is appropriate for inclusion in the Administrative Record.

Respectfully submitted,

s/ Terrence M. O'Connor
Terrence M. O'Connor
Stephanie D. Wilson
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard, Suite 1201
Arlington, Virginia 22201
Telephone: (703) 562-3382
Facsimile: (703) 312-0415
*Counsel for Benchmade Knife Co., Inc.*

Dated: October 23, 2007
(electronically filed)

**CERTIFICATE OF FILING**

I hereby certify that on this 23rd day of October, 2007, a copy of the foregoing "PLAINTIFF'S THIRD MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Terrence M. O'Connor