**Terrence M. O'Connor**

**From:** Geary, Matthew O (DSCC) [Matthew.Geary@dla.mil]
**Sent:** Friday, June 08, 2007 12:54 PM
**To:** Terrence M. O'Connor
**Subject:** RE: Knife Safety Review

Thank you!

-----Original Message-----
From: Terrence M. O'Connor [mailto:to@albo-oblon.com]
Sent: Friday, June 08, 2007 12:53 PM
To: Geary, Matthew O (DSCC)
Cc: Booth, Gail L (DSCC); Greg@benchmade.com
Subject: RE: Knife Safety Review

Mr. Geary, by copy of this email, I am asking my client to comply with your requests. Terry OConnor

-----Original Message-----
From: Geary, Matthew O (DSCC) [mailto:Matthew.Geary@dla.mil]
Sent: Fri 6/8/07 8:25 AM
To: Terrence M. O'Connor
Cc: Booth, Gail L (DSCC)
Subject: Knife Safety Review

Mr. O'Connor:

Ms. Gail Booth referred the two videos of the Gerber knives to my attention. After reviewing the demonstrations, I have advised Ms. Booth that I will take action on this matter and that her involvement is to be limited to the current Benchmade protests pending at the GAO. I want to express my appreciation for your willingness to step outside the GAO process to bring this matter to our attention, and I assure you that we consider this a serious matter deserving our full attention. As you understand we will need to treat all parties fairly and equitably but as important we will need to move forward quickly.

The DSCC Land Supply Operation and procuring contracting officer are fully engaged in this matter. They have directed a course of action that will seek to, independent of any prior approvals for both knife manufacturers, establish product and safety requirements necessary to meet mission needs. To facilitate expediting this effort, I would ask for your assistance on few matters. First, could you obtain from your client and provide a test specification that is intended to establish the performance and/or safety of the knife. Second, could you obtain from your client and provide a specification sheet on the Benchmade knife. If you can, I ask that any information you wish to be protected please mark so. I have been advised this information will be used in validating the requirements developed by the Government, against which both currently approved knives will be reviewed. I will also be requesting the same information from Gerber and will go through their counsel. In addition to the information requested, I will be forwarding the two videos (without your email) to Gerber and asking them to address the obvious concerns raised in the demonstration.

I will be calling on your cell to confirm receipt of this email. Again, thank you for the advance copy.

Matthew O. Geary
Senior Counsel



Exhibit 1