**Terrence M. O'Connor**

---

**From:** Geary, Matthew O (DSCC) [Matthew.Geary@dla.mil]

**Sent:** Thursday, July 26, 2007 5:24 PM

**To:** Terrence M. O'Connor; FMurray@foley.com; Ralston, David T.; Seth C. Berenzweig

**Cc:** Williams, Brenda J (DSCC)

**Subject:** Update on Testing of NSN 1095-01-456-4457 (Benchmade & Gerber)

Gentlemen,

Subsequent to GAO decision on B-299366.3 and B-299366.4, Benchmade Knife Co., Inc., I met with DSCC Management, Contracting, and Quality to determine the road ahead in light of the GAO denial and concerns presented relating to the safety of the knifes made by Benchmade and Gerber. In deciding on a course of action, a variety of factors were considered such as existing levels of stock, back orders, preliminary review of knives by DSCC quality, the intended functional purpose of the knife, material submitted by Benchmade and Gerber, input from the activity taking Engineering Source Authority for this knife, and any legal considerations relating to statutory stay provision under the statutes governing GAO protests. It should be noted that the preliminary review by DSCC quality indicated that both knifes performed properly for the intended use and when the secondary lock was not engaged both knifes behaved in a like manner.

As a result of the above, the following course of action was outlined.

1) Lift the freeze on stock and allow valid requisitions by priority classification to be filled.
2) Lift the stop work order allowing Gerber to perform against outstanding orders issued against the contract.
3) Obtain from stock a like number (approx. 4) of the Benchmade and Gerber knives and forward to the ESA for testing
4) Review and analyze test results
5) Depending on results of testing, be prepared to do any single one or combination of the following:
    a) take no action and continue issuing orders against Gerber's contract as needed,
    b) take action to requalify sources,
    c) take an appropriate contract administration action, and/or
    d) recompete the requirement.

I will keep you updated on the progress of this effort.

Thank you for your help in this matter.

***Matthew O. Geary***
Senior Counsel
Land Supply Chain/
Aviation Detachment



Exhibit 2