# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) — RATING: DOA5 — PAGE 1 OF 8 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO.: SPM7LX-06-D-7056

3. EFFECTIVE DATE: SEP 29 2006

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.:

5. ISSUED BY — CODE: SPM7L1

DEFENSE SUPPLY CENTER COLUMBUS
LAND SUPPLY CHAIN
PO BOX 3990
COLUMBUS OH 43218-3990
Local Administrator: PLCLSXM (614)692-4345 /FAX: (614)693-1577
E-mail: tonya.norman@dla.mil

6. ADMINISTERED BY (If other than Item 5) — CODE: S2401A

DCMA TWIN CITIES
B H WHIPPLE FEDERAL BLDG RM 1150
1 FEDERAL DRIVE
FT SNELLING MN 55111-4007

Criticality: To be cited on each order — PAS: None

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

FISKARS BRANDS INC
14200 SW 72ND AVE
PORTLAND OR 97224-8010
US

CODE: 0RAU7 — FACILITY CODE:

8. DELIVERY: [ ] FOB ORIGIN [X] OTHER: FOB Destination

9. DISCOUNT FOR PROMPT PAYMENT: NET 30 days

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR — CODE:

See Schedule - Do Not Ship to Address in Block 5

12. PAYMENT WILL BE MADE BY — CODE: SL4701

DFAS BVDP (SL4701)
P.O. BOX 369031
COLUMBUS OH 43236-9031

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [X] 10 USC 2304(c)( 1 ) [ ] 41 USC 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA: BX: 97X7930 5CBX 001 2630 S33189

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | See Section B Spreadsheet | | | | |

DUPLICATE COPY ORIGINAL

15G. TOTAL AMOUNT OF CONTRACT: See Next Page(s)

16. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 7 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COST | 3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | 8 |
| X | D | PACKAGING AND MARKING | 4 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 5 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 5 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 5 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |



17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number SP0750-06-R-4323, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

AMENDMENT 0001

19A. NAME AND TITLE OF SIGNER (Type or print)
W. S. Spotswood, Jr.
Government Sales Representative

20A. NAME OF CONTRACTING OFFICER
MR. CHARLES L. SHARP JR.

19B. NAME OF CONTRACTOR
BY W. S. Spotswood (Signature of person authorized to sign)

19C. DATE SIGNED
29 Sept 2006

20B. UNITED STATES OF AMERICA
BY Charles L. Sharp Jr. (Signature of Contracting Officer)

20C. DATE SIGNED
SEP 29 2006

| ;ONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SPM7LX-06-D-7056 | PAGE 2 OF 8 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
Gerber Legendary Blades

CONTINUATION OF SF 26

## SECTION A

*Notice to Vendor, DFAS, and DCMA*

DSCC and its related organizations, DSCP and DSCR, are transitioning to a new suite of business software, called Business Systems Modernization (BSM). Because of this transition, delivery orders issued for some NSNs under this contract will contain information which will be different from current practices. The differences are as follows:

Delivery order number

The delivery order number will vary by one digit for orders issued in the BSM system. The third digit in the order number will be an "M". For example:

Non BSM order: SP0750-06-D-7056 xxxx
BSM order: SPM750-06-D- 7056 -xxxx

Vendors need to ensure they use the above information, which will be on the actual delivery order, when invoicing or referencing this order.

As additional NSNs transition into the BSM system, more delivery orders will be issued in this manner.

## SECTION B

1. This is an Indefinite Quantity Contract. Supplies shall be ordered by the issuance of delivery orders against the basic contract. Do not ship any supplies until delivery orders are issued. The contract will become effective on the date in block 3, page 1 of the SF 26 and is for a period of one year.
   Contract Period: SEP 29 2006 - SEP 28 2007 Also see clause I17D04.

2. The estimated annual demand value for the base year is $ 2,961,830.00

3. Funds for the minimum dollar amount ($ 370,228.81) are chargeable to the accounting and appropriation data indicated in block 14 on page 1 of the SF 26 and are reserved by the funding memorandum dated SEP 29 2006.

3 of 8

CLS

Section B Spreadsheet
SPM7LX-06-D-7056
Gerber Legendary

| CLINS | NSN | ITEM NAME | UI | Cage and Part Number | | CIC | PI C | QCC | ICC | QFD | Gov't. Rqd. Delivery (days) | Cont. Stock Delivery (days) | Quantty Price Break Ranges | Stock Unit Price Base Period | Stock Unit Price Option Year 1 | Stock Unit Price Option Year 2 | Stock Unit Price Option Year 3 | Stock Unit Price Option Year 4 | DPAS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | 1095-01-446-4348 | Knife, Combat | EA | 0RAU7 | 22-01397 | N | 2 | EAA | 1 | 7,843 | 118 | 90 | 393-3,921 | $94.41 | $96.30 | $98.23 | $100.19 | $102.19 | DOA5 |
| | | | | | | | | | | | | | 3,922-15,687 | $94.41 | $96.30 | $98.23 | $100.19 | $102.19 | |
| | | | | | | | | | | | | | 15688-19,608 | $94.41 | $96.30 | $98.23 | $100.19 | $102.19 | |
| | | | | | | | | | | | | | 19,609-31,372 | $94.41 | $96.30 | $98.23 | $100.19 | $102.19 | |

A04D01 52.204-9C06 DSCC Part 52 - SOLICITATION PROVISIONS AND CONTRACT CLAUSES STATEMENT (JUN 2006)

Full text of all DLAD/DSCC clauses listed within this individual solicitation are contained in the DSCC Part 52 - Solicitation Provisions and Contract Clauses, current version found at http://www.dscc.dla.mil/library/provisions_clauses/dsccmaster/

Also, the full text of FAR/DFARS clauses incorporated by reference may be accessed electronically at http://www.dla.mil/j-3/j-336/icps.htm The clauses/provisions incorporated by reference have the same force and effect as if

they were in full text; however, those having no bearing on the instant acquisition become self-deleting. In the event of

an inconsistency between text found in DSCC Part 52 and the individual solicitation/award, the provision of the individual

solicitation/award shall govern.

**A04D02 52.204-9C07 PAYMENT BY ELECTRONIC FUNDS TRANSFER (EFT) - CENTRAL CONTRACTOR REGISTRATION (CCR) DSCC:**

Unless otherwise stated in the remarks section of this contract/order, the payment information contained in the CCR has precedence over any other payment information that may be printed in the Remittance Address field of this contract/ order.

**A11D01 52.211-9C41 DELIVERY INSTRUCTIONS FOR NEW CUMBERLAND, PA AND TRACY, CA (MAY 2004) DSCC**

It is the vendor's responsibility to telephone the Consignee's Transportation Officer (Transport Control/ Prelodge Desk) as far in advance as possible to make arrangements for delivery of freight shipments (other than small parcels). Appointments for some bulk type shipments require a 7 - 10 day advance notice. Bills of lading must be annotated to reflect this requirement.

The following information must be provided to the Pre-Lodge Office:

Caller/Company
Phone Number
Shipment Information (type of materiel, including hazardous information)
Contract Number
NSN(s)
Number of Pieces/Weight on the Truck
TCN Information

Carriers may experience delays if notification requirements are not made.

Defense Distribution Depot San Joaquin
Stock, Warehouse 10 - Phone (209) 839-4307
CCP, Warehouse 30 - Phone (209) 839-4518
Tracy, CA

Defense Distribution Depot Susquehanna Pennsylvania
Phone: 1-800-307-8496
New Cumberland, PA

**SECTION B**

**B22D01 52.222-9C01 EEO COMPLIANCE NOTICE (AUG 2003) DSCC**

If the contactor certifies in Provision FAR 52.222-22 and/or FAR 52.222-25 (or FAR 52.212-3 for commercial items) that it has NOT previously participated in a contract or subcontract subject to the Equal Opportunity Act or Affirmative Action Programs (requiring filing at the time of that award), and/or it has NOT filed the programs or plans required by these provisions, and/or if the contractor certifies he/she has 50 or more employees, then this award is subject to the contractor filing the required documents with the applicable Regional Office of the Department of Labor (see FAR 22.609) within 120 days after date of award.

**SECTION D**

**D11C02 52.211-9010 SHIPPING DOCUMENTATION - MIL-STD-129P - TAKES PRECEDENCE OVER SCHEDULE (DEC 2005) DLAD (FARS DEV 05-03)**

D11C03 52.211-9010 SHIPPING DOCUMENTATION - MIL-STD-129P - TAKES PRECEDENCE OVER SCHEDULE (DEC 2005) ALT I (DEC 2005) DLAD (FARS DEV 05-03)

D11C04 52.211-9013 SHIPPER'S DECLARATION OF DANGEROUS GOODS (AUG 2005) DLAD

Contractors shall complete and attach a prescribed Shipper's Declaration for Dangerous Goods Form and an Air Waybill for each TP1 or TP2 shipment containing dangerous or hazardous goods or materials. Dangerous goods and/or hazardous materials are those items defined or classified as such in Title 49, Code of Federal Regulations, and the International Air Transport Association (IATA) Dangerous Goods Regulations. Generally, dangerous goods are those items containing any dangerous material or substance which is flammable, corrosive, combustible, explosive, poisonous, toxic, radioactive, unduly magnetic, contains oxidizing agents or is otherwise hazardous.

Contractors shall not offer dangerous or hazardous goods or materials for transportation by military air until properly packaged, marked, and labeled in accordance with MIL-STD-129P and military publication, Preparing Hazardous Materials for Military Air Shipments, AFMAN 24-204/TM 38-250/NAVSUP PUB 505/MCO P4030.19H, DLAI 4145.3. This publication also contains instructions on how to properly complete the Shipper's Declaration for Dangerous Goods. Blank forms may be purchased through commercial means and can be viewed on the Internet at http://www.iata.org/ps/publications/9065.htm.

**D11D01 52.211-9C01 PALLETIZATION REQUIREMENTS (OCT 2002) DSCC**

**D11D04 52.211-9C17 PACKING LIST/INVOICE/SHIPPING DOCUMENTS (SEP 2005) DSCC**

(a) A packing list, invoice, or shipping documents shall accompany or be included in ALL shipments.
(b) The document(s) shall include the following:
Complete MARK FOR including requisition (TCN) number; Order Number; CLIN; National Stock Number (NSN) or part Number if NSN is not available; Shipment Number, Quantity; and Unit of Issue.
(c) In addition, for all DIRECT SHIPMENTS to overseas and domestic consignees, including shipments to Consolidation and Containerization Points, the documentation with complete MARK FOR INFORMATION is to be placed in a water-resistant envelope securely attached to the outside of the shipping container/exterior pack. (This paragraph 'c' is not applicable to shipments to a Government Packing Facility).

**D46D03 52.246-9C41 PACKAGING AND MARKING REQUIREMENTS (FEB 2004) DSCC**

Packaging and marking requirements for items being procured shall be accomplished as stated herein (See Section B). The items identified in Section B shall be Preserved, Packaged, Packed and Marked in accordance with MIL-STD-2073-1D and Marked in accordance with MIL-STD-129P.

**D47C01 52.247-9012 REQUIREMENTS FOR TREATMENT OF WOOD PACKAGING MATERIAL (WPM) (JUL 2006) DLAD**

(a) THIS CLAUSE ONLY APPLIES WHEN WOOD PACKAGING MATERIAL (WPM) WILL BE USED TO MAKE SHIPMENTS UNDER THIS CONTRACT.
(b) Definition.
Wood packaging material (WPM) means wood pallets, skids, load boards, pallet collars, wooden boxes, reels, dunnage, crates, frame and cleats. The definition excludes materials that have

undergone a manufacturing process, such as corrugated fiberboard, plywood, particleboard, veneer, and oriented strand board (OSD).
(c) All Wood Packaging Material (WPM) acquired by DOD must meet requirements of International Standards for Phytosanitary

Measures (ISPM) 15, 'Guidelines for Regulating Wood Packaging Materials in International Trade.' DOD shipments inside and outside of the United States must meet ISPM 15 whenever WPM is

used to ship DOD cargo.
(1) All WPM shall comply with the official quality control program for heat treatment (HT) or kiln dried heat treatment (KD HT) in accordance with American Lumber Standard Committee,

Incorporated (ALSC) Wood Packaging Material Program and WPM Enforcement Regulations (see http://www.alsc.org/).
(2) All WPM shall include certification/quality markings in accordance with the ALSC standard. Markings shall be placed in an unobstructed area that will be readily visible to

CONTINUED ON NEXT PAGE

# CONTINUATION SHEET

Contract Number: SPM7LX-06-D-7056



inspectors. Pallet markings shall be applied to the stringer or block on diagonally opposite sides of the pallet and be contrasting and clearly visible. All containers shall be marked on a side other than the top or bottom, contrasting and

clearly visible. All dunnage used in configuring and/or securing the load shall also comply with ISPM 15 and be marked

with an ASLC approved DUNNAGE stamp.
(d) Failure to comply with the requirements of this restriction may result in refusal, destruction, or treatment of materials at the point of entry. The Agency reserves the right to recoup from the Contractor any remediation costs incurred by the Government.

SECTION E

E04D01 52.204-9C01 RECORDS RETENTION REQUIREMENTS (JUN 1980) DSCC

E46B01 252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (MAR 2003) DFARS

E46D00 52.246-9C00 ADDENDUM TO DFARS 252.246-7000, MATERIAL INSPECTION AND RECEIVING REPORT (JUN 2004) DSCC

When submitting a Material Inspection and Receiving Report, DD Form 250, electronically through Wide Area Workflow (WAWF-RA), contractors must print and provide a copy of the DD Form 250 with the material shipment.

E46D05 52.246-9C05 INSPECTION AT DESTINATION (NOV 1995) DSCC

E46D06 52.246-9C06 ACCEPTANCE AT DESTINATION (NOV 1995) DSCC

E46D10 52.246-9C10 WARRANTY - ACCEPTANCE OF SUPPLIES (FEB 2004) DSCC

E46D13 52.246-9C13 SUBSTITUTION OF ITEM AFTER AWARD (JAN 1999) DSCC

E46D25 52.246-9C28 COMMERCIAL WARRANTY (APR 1994) DSCC

The Contractor agrees that the supplies or services furnished under this contract ( ) (Vendor Fill-in) shall
( ) (Vendor Fill-in) shall not be covered by the most favorable commercial warranties the Contractor gives to any customer for such supplies or services and that the rights and remedies provided herein are in addition to and do not limit any rights afforded to the Government by any other clause of this contract. Attach a copy of the commercial warranty to this offer if applicable.

SECTION F

F11A06 52.211-16 VARIATION IN QUANTITY (APR 1984) FAR

(b) The permissible variation shall be limited to:

0 % (Percent) Increase 0 % (Percent) Decrease

This increase or decrease shall apply to the quantity at the line item level, or for phased delivery at the sub-clin level, as designated by item number followed by two alphas, i.e. 0001AA. The variation (if any) shall be shipped with the quantity for the line item, or for phased delivery the quantity specified for each sub-clin. Under no circumstances will the contractor ship a variation in quantity against any line item/sub-clin other than as specified in the delivery schedule.

F11A07 52.211-17 DELIVERY OF EXCESS QUANTITIES (SEP 1989) FAR

F11D09 52.211-9C14 TIME OF DELIVERY (FEB 2006) DSCC

The following Delivery Schedule applies to this award. See applicable TIME OF DELIVERY clause in Section F of the solicitation or see Amendment Number for additional information.

DELIVERY SCHEDULE

Item No. Quantity Days

SEE CONTINUATION SHEET PAGE # 6 of 8

Liquidated Damages ( ) is (X) is not applicable.

NOTE: Accelerated delivery is acceptable at no additional charge to the Government.

F42A02 52.242-15 STOP-WORK ORDER (AUG 1989) FAR

F42A05 52.242-17 GOVERNMENT DELAY OF WORK (APR 1984) FAR

F47A03 52.247-34 F.O.B. DESTINATION (NOV 1991) FAR

F47D01 52.247-9C02 SHIPPING INSTRUCTIONS (DOMESTIC) (MAY 2004) DSCC

F47D03 52.247-9C04 POINT OF CONTACT FOR TRANSPORTATION INSTRUCTIONS (MAY 2004) DSCC

(a) DCMA Administered Orders: Contact the Transportation Officer at the administering DCMA location.

(b) DSCC Administered orders: Contact the Defense Distribution Center (DDC), New Cumberland, PA. Shipping instructions should be requested by completing the form found at Attachment 1 of the DSCC Master Solicitation. The DSCC Master Solicitation is located at: http://DIBBS.dscc.dla.mil/refs/provclauses/.

Requests should be made by facsimile to 717-770-2701 or via email to delivery(at)dla.mil. A return fax number must be included with your faxed request. The DDC's hours of operation are Monday through Friday, 7:00 a.m. to 11:00 p.m. and Saturday from 8:00 a.m. to 4:30 p.m. excluding holidays.

Questions may be directed to the DDC at 1-800-456-5507.

F47D04 52.247-9C12 SHIPPING INSTRUCTIONS (JUL 1995) DSCC

Shipping instructions shall be provided with individual delivery orders. Destinations include various Department of Defense using activities (DSCC customers) and may include DSCC stock points.

SECTION G

G42D01 52.242-9C04 NOTES TO CONTRACT ADMINISTRATION OFFICE (JUL 1987) DSCC

a. Delinquency Reports - In accordance with FAR 42.1106(c), the Contract Administration Office may at any time initiate a report to advise the Administrative Contracting Officer and Inventory Control Manager (ICM) of any potential or actual delay in performance.

Address for ICM is as follows:

(X) DLA, Defense Supply Center Columbus
ATTN: DSCC- FLG
P.O. Box 3990
Columbus, OH 43218-3990

( ) b. Guaranteed Maximum Shipping Weights or Dimensions, DLAD 52.247-9000 is not applicable.

( ) c. This award has been made on the basis of Guaranteed Maximum Shipping Weights or Dimensions, DLAD 52.247-9000, as specified. Take action in accordance with DLAM 8105.1, Section 19-100.3, if it becomes evident that the guaranteed shipping characteristics will be exceeded, or if the contractor tenders delivery of less than the minimum size shipments specified, in order that action may be taken to adjust the contract price.

CLIN(s)

( ) d. Notice to Transportation Officer of the CAO. The commodity descriptions used in the evaluation of freight costs for this award are:

CLIN(s)

( ) e. Economic Price Adjustment (EPA): In accordance with FAR 42.302-(b)(7) total responsibility for effecting Economic Price Adjustments, is delegated to the ACO,

CONTINUED ON NEXT PAGE

| ONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP7LX-06-D-7056 | PAGE 6 OF 8 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

## SECTION F
### F11D02 52.211-9C04 TIME OF DELIVERY

| CLIN | NSN | Quantity that may be ordered any calendar month (UP TO) | OFFEROR'S DELIVERY | EACH ADDITIONAL QUANTITY | OFFEROR'S ADDITIONAL QUANTITY DELIVERY |
|---|---|---|---|---|---|
| 0001 | 1095-01-446-4348 | 7843 | 90 | 3922 | 25 |

| CONTINUATION SHEET | Contract Number: SPM7LX-06-D-7056 | PAGE 7 OF PAGES 8 |
|---|---|---|

conditioned on securing funds from DSCC Contract Administration Office. This responsibility also includes downward adjustments when warranted. DSCC will not review your decisions to adjust prices in accordance with EPA clause.

Part IV of the solicitation has been retained in the contract file in accordance with FAR 14.201-1(c) and FAR 15.204-1(b).

SECTION I

I03A06 52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) FAR

I04A04 52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000) FAR

I04A05 52.204-7 CENTRAL CONTRACT REGISTRATION (JUL 2006) FAR

I04B03 252.204-7003 CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992) DFARS

I04B04 252.204-7004 ALTERNATE A (NOV 2003) DFARS

I09E12 52.209-9I17 QUALIFIED SUPPLIERS LIST (QSL) RETENTION REQUIREMENT (JUL 1999) DSCP

The contracting officer may recommend termination of the contractor's QSLM/QSMD status at any time for failure by the contractor to maintain qualification. Further, Government officials who have responsibility for establishing and maintaining the QSL may terminate the qualified status of a QSLM and/or QSLD concern if they determine that the concern has failed to maintain the qualifications required for such status. Maintenance of QSL status is a contractual requirement. Therefore, the contracting officer may terminate the contract for default for failure to maintain such status.

I11A01 52.211-5 MATERIAL REQUIREMENTS (AUG 2000) FAR

I11A02 52.211-15 DEFENSE PRIORITY AND ALLOCATION REQUIREMENT (SEP 1990) FAR

I11C03 52.211-9004 PRIORITY RATING FOR VARIOUS LONG-TERM CONTRACTS (MAR 2000) DLAD

I15A05 52.215-8 ORDER OF PRECEDENCE -- UNIFORM CONTRACT FORMAT (OCT 1997) FAR

I15D01 52.215-9C04 PRODUCTION FACILITY CHANGES (APR 1985) DSCC

I16A16 52.216-18 ORDERING (OCT 1995) FAR

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued --

FROM: End date of Inital Contract

THROUGH: One year following contract date

I16A17 52.216-19 ORDER LIMITATIONS (OCT 1995) FAR

(a) Minimum Order. When the Government requires supplies or services covered by this contract in an amount of less than See Page # 21 of 34 Stock, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum Order. The Contractor is not obligated to honor - See Page # 21 of 34
(1) Any order for a single item in excess of
Stock
(2) Any order for a combination of items in excess of
, or
(3) A series of orders from the same ordering office within days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-1 of the Federal Acquisition Regulation (FAR), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) above, the contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within days after issuance, with written notice stating the contractor's intent not to ship the item (or items) called for and the reasons.

I16D03 52.216-9C03 CONTRACT PERIOD (MAR 1981) DSCC

(a) The contract period will be for one year beginning
[X] on date of award;
[ ] on a date to be specified not later than days after date of award.
The effective date of the contract will be stated in the award.
(b) If this solicitation provides for a partial set-aside, contracts awarded for the set-aside portion of this acquisition will contain the same terms and conditions as in this solicitation. The contract period for the set-aside portion will be adjusted to expire on the ending date for the non-set-aside contract; however, orders will be equitably distributed between the non-set-aside and the set-aside contracts based on the contract period of the non-set-aside contract.

I32A01 52.232-1 PAYMENTS (APR 1984) FAR

I32A06 52.232-8 DISCOUNTS FOR PROMPT PAYMENT (FEB 2002) FAR

I32A08 52.232-11 EXTRAS (APR 1984) FAR

I32A22 52.232-25 PROMPT PAYMENT (OCT 2003) FAR

I32A28 52.232-33 PAYMENT BY ELECTRONIC FUNDS TRANSFER--CENTRAL CONTRACTOR REGISTRATION (OCT 2003) FAR

I32B02 252.232-7003 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (MAY 2006) DFARS

I32B10 252.232-7010 LEVIES ON CONTRACT PAYMENTS DFARS (SEP 2005)

I33A01 52.233-1 DISPUTES (JUL 2002) FAR

I33A03 52.233-3 PROTEST AFTER AWARD (AUG 1996) FAR

I33A05 52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT (OCT 2004) FAR

I33C01 52.233-9001 DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (JUN 2001) DLAD

(c) If you wish to opt out of this clause, check here ( ) (Vendor Fill-in).

I39C01 52.239-9000 Y2K COMPLIANCE NOTICE (JUN 2002) DLAD

I43A01 52.243-1 CHANGES -- FIXED PRICE (AUG 1987) FAR

I43B01 252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991) DFARS

I47B02 252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA (MAY 2002) DFARS

I48A01 52.248-1 VALUE ENGINEERING (FEB 2000) FAR

I48D01 52.248-9C01 CONFIGURATION CONTROL - ENGINEERING CHANGES, DEVIATIONS AND WAIVERS (OCT 2000) DSCC

I49D01 52.249-9C00 ADDENDUM TO DLAD 52.249-9000 ADMINISTRATIVE COSTS OF REPROCUREMENT AFTER DEFAULT (JAN 2004) DSCC

The Contractor and the Government expressly agree that, in addition to any excess costs of repurchase, as provided in paragraph (b) of the 'Default' clause of the contract, or any other damages resulting from such default, the Contractor shall pay, and the Government shall accept, the sum of $2,949.00 as payment in full for the administrative costs of such repurchase.

I52A01 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) FAR

This contract incorporates one or more clauses by reference,

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Contract Number: SPM7LX-06-D-7056 | PAGE 8 OF PAGES 8 |
|---|---|---|

with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.dla.mil/j-3/j-336/icps.htm

**I52A02 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) FAR**

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter1) clause with an authorize deviation is indicated by the addition of '(DEVIAITON)' after the date of the clause.

(b) The use in this solicitation or contract of any DoD FAR Supplement (DFARS) (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of '(DEVIATION)' after the name of the regulation.

**I53A01 52.253-1 COMPUTER GENERATED FORMS (JAN 1991) FAR**

**SECTION J**

**J15D05 LIST OF ENCLOSURES MADE A PART OF THIS CONTRACT:**

| | | | | |
|---|---|---|---|---|
| e-mail | dtd | 9/18/206 | Encl # | 1 |
| Letter | dtd | 7/8/2006 | Encl # | 2 |
| Data Package | dtd | 7/8/2006 | Encl # | 3 |
| Subcontracting Plan | dtd | 7/8/2006 | Encl # | 4 |
| | dtd | | Encl # | |
| | dtd | | Encl # | |

**J15D06 52.215-9C06 NOTICE TO CONTRACTORS AND DEFENSE FINANCE AND ACCOUNTING SERVICES (DFAS) (JUN 2005) DSCC**

-- Per FAR 15.204-1, Part IV of the solicitation/offer has been removed and retained in the contract file. Section K is hereby incorporated by reference. Therefore, the page numbers indicated on the front of the award and on the last page of the Continuation Sheet will not reflect the actual number of pages in the award document.