# In the United States Court of Federal Claims

**No. 07-593 C**

**BENCHMADE KNIFE COMPANY, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**GERBER LEGENDARY BLADES DIVISION,**
**FISKARS BRANDS, INC.,**
**Defendant-Intervenor.**

Pursuant to the court's Opinion and Order, filed November 30, 2007, granting defendant's motion for judgment on the Administrative Record, and denying plaintiff's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs are awarded to either party.

Brian Bishop
Clerk of Court

**December 13, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.